UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA					19-CR-227-01-JLS-MJR

       v.

JOSEPH BONGIOVANNI,
          Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on December 8, 2020, this Court finds:

__X____That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

Accordingly, the proceeding(s) held on this date may be conducted by:

__X____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant is detained at a facility lacking video teleconferencing capability.

    _____Other:  Defendant did not have access to a video conferencing device.

IT IS SO ORDERED.

DATED:	March 4, 2021
	Buffalo, NY

						/s/ Michael J. Roemer
						MICHAEL J. ROEMER
						U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          19-CR-227-03-JLS-MJR

        v.

PETER GERACE, JR.,
        Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on December 8, 2020, this Court finds:

__X____That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

Accordingly, the proceeding(s) held on this date may be conducted by:

__X____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant is detained at a facility lacking video teleconferencing capability.

    _____Other:  Defendant did not have access to a video conferencing device.

IT IS SO ORDERED.

DATED:   March 4, 2021
           Buffalo, NY

                                            */s/ Michael J. Roemer*
                                            MICHAEL J. ROEMER
                                            U.S. Magistrate Judge