1              **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF NEW YORK**
2

3   UNITED STATES OF AMERICA,        )
                                     ) Case No. 1:19-CR-0227
4                                    )            (JLS)(MJR)
                    Plaintiff,       )
5                                    )
    vs.                              ) March 8th, 2021
6                                    )
    JOSEPH BONGIOVANNI,              )
7   PETER GERACE, JR.,               )
    (Via Zoom for Government)        )
8                                    )
                    Defendants.      )
9

10                **TRANSCRIPT OF ARRAIGNMENT**
          **BEFORE THE HONORABLE MICHAEL J. ROEMER**
11              **UNITED STATES MAGISTRATE JUDGE**

12

13  <u>APPEARANCES:</u>

14  For the Plaintiff:     JAMES P. KENNEDY, JR.
                           UNITED STATES ATTORNEY
15                         BY:  JOSEPH TRIPI, ESQ.
                           (Via Zoom for Government)
16                         ASSISTANT UNITED STATES ATTORNEY
                           138 Delaware Avenue
17                         Buffalo, NY 14202

18  For the Defendant:     HARRINGTON & MAHONEY
    BONGIOVANNI            BY:  JAMES HARRINGTON, ESQ.
19                              JESSIE PYLE, ESQ.
                           (Via Zoom for Government)
20                         70 Niagara Street
                           Third Floor
21                         Buffalo, NY 14202

22  For the Defendant:     JOEL DANIELS, ESQ.
    GERACE                 (via Zoom for Government)
23                         42 Delaware Avenue, Suite 700
                           Buffalo, NY 14202
24
    Probation Officer:     ANDRE MCCRAY
25
    Audio Recorder:        ROSALIE ZAVARELLA

APPEARANCES CONTINUED:

Transcriber:          MEGAN E. PELKA, RPR
                      Robert H. Jackson US Courthouse
                      2 Niagara Square
                      Buffalo, NY 14202
                      (716) 364-6449

          Proceedings recorded with electronic sound recording,
transcript prepared with computer-aided transcription.

01:56PM  1        THE CLERK:  We're here on the matter of Peter Gerace,

01:56PM  2   Jr. and Joseph Bongiovanni, case number 19-CR-227, for an

01:56PM  3   argument on a second superseding indictment.  Counsel from the

01:56PM  4   government, please state your name for the record.

01:56PM  5        MR. TRIPI:  Joseph Tripi for the United States.

01:56PM  6        THE CLERK:  Thank you.  Counsel for Defendant

01:57PM  7   Bongiovanni, please state your name for the record.  You are

01:57PM  8   muted.

01:57PM  9        MR. HARRINGTON:  James Harrington and Jessie Pyle.

01:57PM  10        THE CLERK:  Thank you.  And counsel for Defendant

01:57PM  11   Gerace, please state your name for the record.

01:57PM  12        MR. DANIELS:  Joel Daniels.

01:57PM  13        THE CLERK:  Thank you.  And I note we have

01:57PM  14   Mr. Bongiovanni and Mr. Gerace on video and we also have the

01:57PM  15   U.S. Probation Officer Andre McCray on video.

01:57PM  16        THE COURT:  Good afternoon.  Before we start, I have

01:57PM  17   to read a statement.

01:57PM  18     Persons granted remote access to these proceedings are

01:57PM  19   reminded of the general prohibition against photographing,

01:57PM  20   recording or rebroadcasting of court proceedings.  Violation

01:57PM  21   of these prohibitions may result in sanctions including

01:58PM  22   removal of court-issued media credentials, restricted entry to

01:58PM  23   future hearings, denial of entry to future hearings, or any

01:58PM  24   other sanctions deemed necessary by the Court, including

01:58PM  25   contempt of court.

01:58PM   1      Mr. Harrington, have you had an opportunity to explain to

01:58PM   2   Mr. Bongiovanni that he has the right to have this arraignment

01:58PM   3   held here in the courthouse and is he waiving that right and

01:58PM   4   agreeing to appear by videoconference today?

01:58PM   5      MR. HARRINGTON:  I have and he does, Judge.

01:58PM   6      THE COURT:  Mr. Daniels, have you had the opportunity

01:58PM   7   to explain to Mr. Gerace that he has the right to have this

01:58PM   8   arraignment held here in the courthouse, is he waiving that

01:58PM   9   right and agreeing to appear by video conference today?

01:59PM  10      MR. DANIELS:  He is, Judge.

01:59PM  11      THE COURT:  Thank you, sir.  Okay.  We're here for an

01:59PM  12   arraignment on a second superseding indictment.  Mr. Tripi,

01:59PM  13   before we start, is the second superseding indictment -- does

01:59PM  14   that add new charges against Mr. Bongiovanni?

01:59PM  15      MR. TRIPI:  It does, Your Honor and I am prepared as

01:59PM  16   I go through the indictment to indicate what charges are new.

01:59PM  17      THE COURT:  Okay.  Mr. Harrington, do you want to

01:59PM  18   just talk about the new charges and not go over the old

01:59PM  19   charges again?

01:59PM  20      MR. HARRINGTON:  That's fine, Judge.

01:59PM  21      THE COURT:  Okay.

01:59PM  22      MR. TRIPI:  Want me to proceed one at a time, Your

01:59PM  23   Honor?

01:59PM  24      THE COURT:  Yeah, if you just --

02:00PM  25      MR. TRIPI:  A lot of the counts overlap, so it might

02:00PM 1   make sense to go through both defendants at the same time.

02:00PM 2   That's all.

02:00PM 3          THE COURT:  Okay.  If that's the way you want to

02:00PM 4   proceed, that's fine.

02:00PM 5          MR. TRIPI:  Your Honor, the indictment alleged 18

02:00PM 6   counts total.  Count 1 through 5, 8 and 10 through 18 charge

02:00PM 7   Mr. Bongiovanni.  Counts 2 and 6 through 9 charge Mr. Gerace,

02:00PM 8   Jr.

02:00PM 9      The indictment begins with an introduction which describes

02:00PM 10  Mr. Bongiovanni, Mr. Gerace, some other individuals, as well

02:00PM 11  as some background regarding Mr. Bongiovanni and Gerace.

02:00PM 12     Count 1 charges Mr. Bongiovanni with conspiracy to defraud

02:00PM 13  the United States beginning in or about 2008 until about

02:01PM 14  August 2019.  That has a maximum penalty of five years, a

02:01PM 15  $250,000 fine.  That charge is only against Mr. Bongiovanni.

02:01PM 16  That conspiracy is an agreement with Michael Masecchia and

02:01PM 17  others known and unknown.  That count had a manner and means

02:01PM 18  which is laid out, as well as a number of overt acts regarding

02:01PM 19  that conspiracy.

02:01PM 20     Count 2 charges both Mr. Bongiovanni and Mr. Gerace.  I'll

02:01PM 21  note, Your Honor, in the predecessor preceding indictment,

02:01PM 22  Mr. Gerace was referenced in that as co-conspirator 2.  Count

02:01PM 23  2 is a new charge, although much of the information that was

02:02PM 24  in the prior indictment in Count 1 is contained in Count 2, so

02:02PM 25  a number of the overt acts, manner and means, et cetera, but

02:02PM 1  Count 2 charges both defendants with conspiracy to defraud the

02:02PM 2  United States.  It has a manner and means laid out.  It

02:02PM 3  incorporates the introduction by reference and that occurred

02:02PM 4  between beginning in or about 2005 and continued until in or

02:02PM 5  about February 2019.  Again, the maximum penalty is five years

02:02PM 6  and a $250,000 fine.  Two has a manner and means section as

02:02PM 7  well as a number of overt acts.

02:02PM 8      Page 26 of the indictment has Count 3.  That relates to

02:02PM 9  Mr. Bongiovanni.  Minimum is 10 years.  Maximum is life.

02:03PM 10 Conspiracy to distribute controlled substances is the charge

02:03PM 11 and it's got a $10 million fine maximum.

02:03PM 12     Count 4 is a public official accepting a bribe beginning

02:03PM 13 in or about 2008 and continuing to in or about 2017.  That

02:03PM 14 charge relates only to Mr. Bongiovanni.  It incorporates the

02:03PM 15 introduction in Count 1 by reference.  Maximum penalty is

02:03PM 16 15 years and a $250,000 fine.

02:03PM 17     Count 5 is a public official accepting a bribe.  That

02:03PM 18 incorporates the introduction in Count 2.  That charge begins

02:03PM 19 in or about 2009 and continues to on or about June 6, 2019 and

02:03PM 20 charges Mr. Bongiovanni.  Maximum penalty is 15 years and a

02:03PM 21 $250,000 fine.  That public official accepting a bribe also

02:03PM 22 references Mr. Gerace, Jr. in the body of the charge, although

02:04PM 23 he's not charged, obviously, in that count.

02:04PM 24     Count 6 charges Mr. Gerace paying a bribe to a public

02:04PM 25 official.  It incorporates the introduction in Count 2 by

02:04PM  1  reference.  Again, it begins in or about 2009 and continues to

02:04PM  2  on or about June 6, 2019, and that's in sum and substance for

02:04PM  3  paying bribes to Mr. Bongiovanni.

02:04PM  4      Count 7 is a new charge.  It relates entirely to Peter

02:04PM  5  Gerace, Jr.  That's for maintaining a drug-involved premises

02:04PM  6  at 999 Aero Drive, Pharaoh's Gentlemen's Club, for

02:05PM  7  manufacturing, distribution and using cocaine, cocaine base,

02:05PM  8  methamphetamine, amphetamine also known as Adderall, marijuana

02:05PM  9  and heroin in violation of 21 U.S. Code 856(a)(1) and Title

02:05PM  10 18, United States Code, Section 2.  That date range of that

02:05PM  11 charge is beginning in or about 2006 and continuing until on

02:05PM  12 or about December 12th, 2019.

02:05PM  13     Count 8 is a new charge; charges both Mr. Bongiovanni and

02:05PM  14 Gerace, Jr. with conspiracy to distribute controlled

02:05PM  15 substances beginning in or about 2009 until in or about

02:05PM  16 February 2019.  The offense is in relationship to the

02:05PM  17 conspiracy to possession with intent to distribute and to

02:05PM  18 distribute cocaine, cocaine base, methamphetamine and

02:05PM  19 amphetamine, also known as Adderall, and essentially

02:06PM  20 maintaining the premises at 999 Aero Drive for manufacture,

02:06PM  21 use and distribution of controlled substances.

02:06PM  22     Count 9 is a new count, relates solely to Mr. Gerace, Jr.,

02:06PM  23 charges him with conspiracy to commit sex trafficking

02:06PM  24 beginning in or about 2009 and continuing until in or about

02:06PM  25 2017.  That's punishable by a maximum penalty of life

02:06PM 1   imprisonment and a $250,000 fine.  Judge, if I neglected to

02:06PM 2   say it, Count 8, the maximum was 20 years and a maximum $1

02:06PM 3   million fine.

02:06PM 4       Count 10, although it's a renumbered count, it is an

02:06PM 5   obstruction of justice count and it -- other than changing

02:06PM 6   some numbering of the count and incorporating the introduction

02:06PM 7   in Count 1 by reference in sum and substance -- it was

02:07PM 8   previously charged, but it is obstruction of justice related

02:07PM 9   to November 4th, 2014.  All the obstruction of justice counts

02:07PM 10  are 20-year maximums, $250,000 fine.

02:07PM 11      Count 11 is another obstruction of justice charge for

02:07PM 12  Mr. Bongiovanni related to January 28th, 2015.

02:07PM 13      Count 12 is another obstruction of justice charge related

02:07PM 14  to Mr. Bongiovanni that relates to on or about November 1st,

02:07PM 15  2018.  Again, 20 years maximum, $250,000 fine.

02:07PM 16      Count 13, another obstruction of justice count, relates to

02:07PM 17  Mr. Bongiovanni; maximum 20 years, maximum fine $250,000.

02:07PM 18      Count 14, another obstruction of justice count, relates to

02:07PM 19  January 28th, 2019; same penalties.

02:07PM 20      Count 15, another obstruction of justice count for

02:07PM 21  Mr. Bongiovanni beginning on a date unknown but no later than

02:08PM 22  on or about February 1st, 2019 to on or about February 8th,

02:08PM 23  2019; same penalties as the other obstruction of justice

02:08PM 24  counts again.  Other than some renumbering and incorporating

02:08PM 25  Counts 1 and 2 by reference, these were all previously

02:08PM   1   charged.

02:08PM   2       Count 16 is another obstruction of justice count relating

02:08PM   3   to Mr. Bongiovanni beginning on a date unknown but no later

02:08PM   4   than February 1st, 2019 and continuing to on or about June

02:08PM   5   6th, 2019.  Again, maximum penalty is 20 years, $250,000 fine.

02:08PM   6       Count 17 charges Mr. Bongiovanni with false statements on

02:08PM   7   March 29th, 2019.  The maximum penalty is five years and a

02:08PM   8   $250,000 fine.

02:08PM   9       Count 18 charges Mr. Bongiovanni with false statements.

02:08PM  10   Maximum penalty is five years and a $250,000 fine.

02:09PM  11       The first forfeiture allegation seeks a money judgment of

02:09PM  12   $250,000 from Mr. Bongiovanni.  The second money judgment,

02:09PM  13   which is on the second forfeiture allegation, requests

02:09PM  14   forfeiture of firearms and ammunition pertaining to

02:09PM  15   Mr. Bongiovanni.  Third forfeiture allegation seeks forfeiture

02:09PM  16   of real property at 999 Aero Drive in Cheektowaga and 5145

02:09PM  17   Luxor Lane in Clarence, real property relating to Mr. Gerace.

02:09PM  18   Again, the fourth forfeiture allegation also seeks forfeiture

02:09PM  19   of real property those same two premises, 999 Aero Drive

02:09PM  20   Cheektowaga, New York and 5145 Luxor Lane, Clarence, New York.

02:09PM  21       That's a summary of the indictment, Your Honor and

02:10PM  22   penalties.

02:10PM  23           THE COURT:  Thank you, Mr. Tripi.  Mr. Harrington,

02:10PM  24   sir, do you waive further reading of the indictment?

02:10PM  25           MR. HARRINGTON:  I do, Judge.

02:10PM 1          THE COURT:  And how does your client plead?

02:10PM 2          MR. HARRINGTON:  Not guilty.

02:10PM 3          THE COURT:  Mr. Daniels, sir, do you waive further

02:10PM 4   reading of the indictment?

02:10PM 5          MR. DANIELS:  We do, Judge.

02:10PM 6          THE COURT:  And how does your client plead?

02:10PM 7          MR. DANIELS:  Not guilty, Judge.

02:10PM 8          THE COURT:  Thank you, sir.  We'll put a schedule in

02:10PM 9   place.  I note for Mr. Bongiovanni there's already been

02:10PM 10  pretrial motions filed.  Mr. Harrington, did you want to stick

02:10PM 11  to the schedule we're currently on or did you want an

02:10PM 12  opportunity to review the superseding indictment and file

02:10PM 13  additional motions?

02:10PM 14         MR. HARRINGTON:  Judge, I believe that we'll need to

02:10PM 15  file additional motions.  And actually, what has happened with

02:10PM 16  the superseding indictment has actually been helpful to us in

02:11PM 17  terms of because it spells out a little bit more in detail

02:11PM 18  some of what the government's theories and what they believe

02:11PM 19  their proof is, so that we think there's some discovery items

02:11PM 20  that we need to talk to Mr. Tripi about; also, some additional

02:11PM 21  discovery items in addition to everything he's provided.

02:11PM 22     So, I think that a new order would be in order for us,

02:11PM 23  Judge.  I don't know how you want to handle it with Mr. Gerace

02:11PM 24  and Mr. Daniels.

02:11PM 25         THE COURT:  Well, I think we can all now get on the

| | | |
|---|---|---|
| 02:11PM | 1 | same schedule then, right?  I think that's where we're going. |
| 02:11PM | 2 | So, Mr. Tripi, how much time do you need to provide additional |
| 02:11PM | 3 | discovery? |
| 02:11PM | 4 | MR. TRIPI:  Judge, obviously there are some new |
| 02:11PM | 5 | charges.  There will be additional discovery.  If I could have |
| 02:11PM | 6 | 30 days to provide that discovery.  If I need more time, I'll |
| 02:12PM | 7 | ask the Court, but I think it can be done in 30 days. |
| 02:12PM | 8 | THE COURT:  Okay.  Rosalie? |
| 02:12PM | 9 | MR. DANIELS:  Judge, if I might? |
| 02:12PM | 10 | THE COURT:  Sure, sure. |
| 02:12PM | 11 | MR. DANIELS:  Yeah.  Joel Daniels for Mr. Gerace.  If |
| 02:12PM | 12 | we could have 60 days, it may make it a little easier for us. |
| 02:12PM | 13 | We haven't had an opportunity at all to see any of the |
| 02:12PM | 14 | discovery.  I understand from speaking to Mr. Harrington that |
| 02:12PM | 15 | there's a lot of boxes here, Judge. |
| 02:12PM | 16 | THE COURT:  Okay.  Well, this is -- I think this |
| 02:12PM | 17 | deadline is to get Mr. Tripi to give you the discovery.  And |
| 02:12PM | 18 | then, I'll allow you as much time as you want to review it and |
| 02:12PM | 19 | then to prepare your motions, okay?  So, I think that will be |
| 02:12PM | 20 | the next step.  Okay, Mr. Daniels? |
| 02:12PM | 21 | MR. DANIELS:  Okay.  Thank you, Judge. |
| 02:12PM | 22 | THE CLERK:  Discovery will be due April 5th. |
| 02:13PM | 23 | THE COURT:  Okay.  Now, Mr. Daniels, how long -- |
| 02:13PM | 24 | would you like 60 days to review the discovery and file your |
| 02:13PM | 25 | motions? |

02:13PM  1        MR. DANIELS:  Yes, Judge.  Thank you.

02:13PM  2        THE COURT:  Okay.  Is that okay with you,

02:13PM  3  Mr. Harrington?

02:13PM  4        MR. HARRINGTON:  Yes, Judge.

02:13PM  5        THE CLERK:  June 7th.

02:13PM  6        THE COURT:  Mr. Tripi, how long would you like to

02:13PM  7  file a response?

02:13PM  8        MR. TRIPI:  Because I'll be responding to both, Your

02:13PM  9  Honor.  Could I have 30 days?

02:13PM  10        THE COURT:  Sure.

02:13PM  11        THE CLERK:  July 7th.

02:13PM  12        MR. HARRINGTON:  Judge, before you go further,

02:13PM  13  Mr. Daniels and I had talked about it.  I think that what he

02:13PM  14  meant, which is not clear, is that he would need 60 days to

02:13PM  15  review the discovery.  I think he needs some additional time

02:13PM  16  to prepare his motions.  Am I correct, Joel?

02:13PM  17        MR. DANIELS:  That may be a good suggestion.

02:13PM  18        MR. HARRINGTON:  So, maybe if he had another -- maybe

02:13PM  19  90 days would be maybe --

02:13PM  20        THE COURT:  Okay.  Well, we'll keep the 30 days for

02:14PM  21  discovery.  Now we're going to go 90 days for motions,

02:14PM  22  Rosalie.

02:14PM  23        THE CLERK:  Okay.  That will be July 7th.  And then?

02:14PM  24        THE COURT:  Then 30 days for the government to

02:14PM  25  respond.

| | | |
|---|---|---|
| 02:14PM | 1 | THE CLERK:  August 9th. |
| 02:14PM | 2 | THE COURT:  And then we'll give defendants two weeks |
| 02:14PM | 3 | to reply. |
| 02:14PM | 4 | THE CLERK:  August 23rd. |
| 02:14PM | 5 | MR. TRIPI:  Judge, may I sur-reply if applicable? |
| 02:14PM | 6 | THE COURT:  Well, why don't we cross that bridge when |
| 02:14PM | 7 | we get there. |
| 02:14PM | 8 | MR. TRIPI:  All right.  I'll do it in the response if |
| 02:14PM | 9 | necessary. |
| 02:14PM | 10 | THE COURT:  Okay.  And set a date for oral argument. |
| 02:14PM | 11 | THE CLERK:  September 14th at 10:30. |
| 02:15PM | 12 | MR. TRIPI:  That's fine. |
| 02:15PM | 13 | THE CLERK:  Thank you. |
| 02:15PM | 14 | THE COURT:  Is that good with you, Mr. Harrington? |
| 02:15PM | 15 | MR. HARRINGTON:  Yes, Judge. |
| 02:15PM | 16 | THE COURT:  Mr. Daniels? |
| 02:15PM | 17 | MR. DANIELS:  It is, Judge.  Thank you. |
| 02:15PM | 18 | THE COURT:  Okay.  And right now, unless somebody |
| 02:15PM | 19 | thinks it should be different, that will be by Zoom, okay?  We |
| 02:15PM | 20 | don't know where the future is going to take us with this, |
| 02:15PM | 21 | okay?  All right. |
| 02:15PM | 22 | MR. TRIPI:  Your Honor, may I raise just one thing |
| 02:15PM | 23 | before I ask to exclude time and -- |
| 02:15PM | 24 | THE COURT:  Okay. |
| 02:15PM | 25 | MR. TRIPI:  -- just to point out that on the current |

02:15PM   1   motions that Mr. Harrington had filed, replies were due

02:15PM   2   March 9th and oral arguments were due March 16th.  I

02:15PM   3   understand there's more discovery and there's certain things

02:15PM   4   that have changed and he's going to have to review that and

02:15PM   5   make certain responses or motions, excuse me, but I think

02:16PM   6   there may be certain portions of those motions that have

02:16PM   7   already been filed that are still ripe, I guess, for argument,

02:16PM   8   that sort of will permeate through the case.  Should we deal

02:16PM   9   with those now or --

02:16PM  10        THE COURT:  I thought what we just agreed on was that

02:16PM  11   we're going to start over, right?  Mr. Harrington is going

02:16PM  12   to -- if he wants to reassert these motions, he'll reassert

02:16PM  13   them with the current batch of motions.  Is that right,

02:16PM  14   Mr. Harrington?

02:16PM  15        MR. HARRINGTON:  Yes, Judge.

02:16PM  16        THE COURT:  That's what I prefer to do.  I don't want

02:16PM  17   to break it up.

02:16PM  18        MR. TRIPI:  Okay, Judge.  I was just making sure we

02:16PM  19   weren't supplementing what was already filed.  We're starting

02:16PM  20   over?

02:16PM  21        THE COURT:  Starting over.  Okay.  Now, I'll hear

02:16PM  22   from you, Mr. Tripi, on Speedy Trial.

02:16PM  23        MR. TRIPI:  Yes, Your Honor.  I'd ask that the time

02:16PM  24   from today's date until the defense motion deadline, which is

02:17PM  25   July 7th, 2021, be excluded in the interest of justice in the

02:17PM   1   interest of effective assistance of counsel.  Counsel for

02:17PM   2   Mr. Bongiovanni already has a lot of discovery that they'll be

02:17PM   3   reviewing.  In addition, he'll be obtaining more discovery and

02:17PM   4   they'll be assessing that discovery in light of the second

02:17PM   5   superseding indictment which did, although has a lot of the

02:17PM   6   same charges, does add some new charges and, of course, adds a

02:17PM   7   co-defendant.

02:17PM   8        As it relates to Mr. Gerace's counsel, Mr. Daniels,

02:17PM   9   obviously, until a few days ago, there were no charges pending

02:17PM   10  against Mr. Gerace.  So, there's been no discovery previously

02:17PM   11  provided to Mr. Daniels.  So, he'll have to obtain all the

02:17PM   12  discovery that was previously made available and provide it to

02:17PM   13  Mr. Bongiovanni plus any additional discovery that is

02:17PM   14  generated in the case.

02:17PM   15       We're going to be providing that on the deadline that the

02:17PM   16  Court had set of April 5th.  There is voluminous discovery.

02:18PM   17  We are putting it in a searchable, reviewable format.  This is

02:18PM   18  the nature -- this is the type of case though, I will say,

02:18PM   19  that investigation will continue.  So, there may be additional

02:18PM   20  items that come in after that date and we understand our

02:18PM   21  obligations under Rule 16(c).  We'll keep providing discovery

02:18PM   22  on a continuing basis.

02:18PM   23       I'd ask that, for those reasons though, for defense

02:18PM   24  counsel to review the discovery, consult with their clients,

02:18PM   25  assess that discovery in light of the second superseding

02:18PM   1   indictment, that time be excluded from the Speedy Trial Act

02:18PM   2   clock until July 7th, 2021 for the defense filing of motions,

02:18PM   3   for effective assistance of counsel, for continuity of counsel

02:18PM   4   and for all those reasons, it would outweigh both of the

02:18PM   5   defendants' and the public's right to a more speedy trial

02:18PM   6   pursuant to Title 18 U.S. Code 3161(h)(7)(A) and

02:18PM   7   3161(h)(7)(B)(iv) and I'd ask that an order of exclusion be

02:19PM   8   entered to that effect.

02:19PM   9             THE COURT:  Mr. Harrington?

02:19PM  10             MR. HARRINGTON:  We agree, Judge.

02:19PM  11             THE COURT:  Mr. Daniels?

02:19PM  12             MR. DANIELS:  No objection, Judge.

02:19PM  13             THE COURT:  For the reasons stated by the government,

02:19PM  14   the Court finds that the ends of justice served by the request

02:19PM  15   for continuance outweigh the best interest of the defendants

02:20PM  16   and the public in a speedy trial and the time between today

02:20PM  17   and July 7th, 2021 shall be excluded from the Speedy Trial

02:20PM  18   clock.

02:20PM  19      Mr. Bongiovanni has been released on conditions since the

02:20PM  20   original indictment.  I know of no problems with that, so

02:20PM  21   he'll continue on conditions.  And Mr. Gerace was released on

02:20PM  22   conditions by the magistrate judge in Florida.  I am going to

02:20PM  23   go through those conditions with Mr. Gerace quickly just so --

02:20PM  24   to make sure we're all on the same page here.

02:20PM  25             MR. DANIELS:  Judge, if I might?

| | | |
|---|---|---|
| 02:20PM | 1 | THE COURT:  Yes, sir. |
| 02:20PM | 2 | MR. DANIELS:  I didn't meant to interrupt the Court. |
| 02:20PM | 3 | The conditions were set by the magistrate judge in Fort |
| 02:20PM | 4 | Lauderdale.  We did object to several of the conditions and |
| 02:20PM | 5 | explained that we would revisit those most likely when |
| 02:20PM | 6 | Mr. Gerace was transferred here to Buffalo or came up to |
| 02:21PM | 7 | Buffalo.  I understand the Court wants to go through those.  I |
| 02:21PM | 8 | do have some objections to several of them and I just want to |
| 02:21PM | 9 | raise that as the Court goes through them. |
| 02:21PM | 10 | THE COURT:  Okay.  Mr. Daniels, here's my |
| 02:21PM | 11 | understanding of the statute and the case law in this area, |
| 02:21PM | 12 | okay? |
| 02:21PM | 13 | MR. DANIELS:  Yes. |
| 02:21PM | 14 | THE COURT:  The judge down there set these |
| 02:21PM | 15 | conditions, okay?  If you're opposed to any of those |
| 02:21PM | 16 | conditions, you need to appeal that to the district court |
| 02:21PM | 17 | judge and in this case, that's Judge Sinatra, okay?  The way |
| 02:21PM | 18 | the statute reads, I don't review what the magistrate judge |
| 02:21PM | 19 | down in Florida did, okay?  And -- |
| 02:21PM | 20 | MR. DANIELS:  Well, we did -- again, for the -- I'm |
| 02:21PM | 21 | sorry. |
| 02:21PM | 22 | THE COURT:  I could cite you a couple cases which I |
| 02:21PM | 23 | think support that. |
| 02:21PM | 24 | MR. DANIELS:  I understand. |
| 02:21PM | 25 | THE COURT:  There's *United States vs. Cisneros*, 328 |

02:22PM 1  F.3d 610, (10th Cir. 2003), *United States vs. Pickens* which is

02:22PM 2  the District of New Hampshire December 21st, 2011.  And so,

02:22PM 3  your option to appeal anything or to question anything that

02:22PM 4  the magistrate judge did in Florida is to appeal under 3145 to

02:22PM 5  District Judge Sinatra, okay?

02:22PM 6         MR. DANIELS:  I understand Judge.  Just for the

02:22PM 7  record, I just wanted to state very briefly what our concerns

02:22PM 8  were.  And again, I did raise that before the magistrate

02:22PM 9  judge.  I don't mean to impose on the Court at all, but there

02:22PM 10 are some issues that were fairly important to Mr. Gerace.  If

02:22PM 11 I may, Judge, I'll go through them very quickly.

02:23PM 12        THE COURT:  Sure.

02:23PM 13        MR. DANIELS:  If I can.  Thank you.  We have to

02:23PM 14 surrender our passport.  I don't have it yet.  I should have

02:23PM 15 it within the next few days.  As soon as I do, I will see that

02:23PM 16 that's given to the clerk's office.

02:23PM 17     Number two, we're supposed to stay away, required to not

02:23PM 18 have any contact with witnesses.  We're only aware of one that

02:23PM 19 was mentioned, that's Kathleen Nigro, also known as -- Katrina

02:23PM 20 Nigro, I'm sorry, also known as Katrina Lee.  Briefly, she'd

02:23PM 21 be the last person that Mr. Gerace would want to have any

02:23PM 22 contact with.  I don't think he'd want to be in the same

02:23PM 23 hemisphere with her.  They were divorced five years ago and

02:24PM 24 she's caused a lot of difficulty and trouble for him over the

02:24PM 25 last five years.  She doesn't seem to want to stop, but she's

02:24PM 1   very, very active on Facebook and she's had a lot of harmful

02:24PM 2   attacks against him on Facebook as recently as the last few

02:24PM 3   days.  And we would ask that the Court perhaps advise the

02:24PM 4   government to direct her to discontinue and refrain from those

02:24PM 5   attacks.  And if we have to raise that before Judge Sinatra,

02:24PM 6   we will.

02:24PM 7       Most importantly, Judge, Mr. Gerace is the sole owner of

02:24PM 8   his business, that's Pharaoh's Gentlemen's Club, or as the

02:25PM 9   media refers to it, as a strip club, of course.  He's owned it

02:25PM 10  for three years.  It's a very successful business.  He has

02:25PM 11  taken some financial hits because of COVID in the last year,

02:25PM 12  but it seems to be recovering and doing quite well.

02:25PM 13      The business opens at noon and it stays open until the

02:25PM 14  early morning hours, depending, of course, on how long they

02:25PM 15  can open with the government's COVID restrictions.  And

02:25PM 16  according to the conditions of release, he is not allowed to

02:25PM 17  go there.  He is not allowed to go to his business.  This is

02:25PM 18  his sole source of income.

02:25PM 19      And all we ask for is the ability to go and just do some

02:26PM 20  office work between 9 in the morning and 12 noon.  That's

02:26PM 21  before anybody even gets there.  That's before the employees

02:26PM 22  get there.  There's over 100 employees and they don't start

02:26PM 23  coming in until after noon.  So, if he could be there between

02:26PM 24  nine in the morning and noon just to do some paperwork and the

02:26PM 25  rest of the time he won't be there.  And that business runs

02:26PM  1  seven days a week, because that's a very harsh, almost unfair

02:26PM  2  restriction on him not to be allowed to go to his business.

02:26PM  3  That's a rather hard on him, Judge.

02:26PM  4      Again, we raised these issues.  I understand the

02:26PM  5  magistrate in Florida may not have been familiar with all

02:26PM  6  these matters because she's a native of Lauderdale and is not

02:26PM  7  here, but I bring that up to the Court's attention because

02:27PM  8  those are fairly restrictive for Mr. Gerace and ask for any

02:27PM  9  consideration the Court can do here, Judge.  Thank you.

02:27PM  10         MR. TRIPI:  Well, Judge, that's the location where

02:27PM  11  he's charged with maintaining a drug-involved premises and

02:27PM  12  conspiring to commit sex trafficking.  So, that was -- in lieu

02:27PM  13  of moving for detention in a case where we had very strong

02:27PM  14  dangerousness arguments, we instead landed on that restriction

02:27PM  15  and the magistrate judge in Florida agreed.

02:27PM  16         THE COURT:  Yeah.  And as I stated, Mr. Daniels, the

02:27PM  17  way I read the statute and the case law, I don't have the

02:27PM  18  authority to undo what she did, Judge Sinatra would, and you

02:27PM  19  have to appeal to him, okay?

02:27PM  20         MR. DANIELS:  I understand.

02:28PM  21         THE COURT:  Okay.  All right.  So, he is to report to

02:28PM  22  pretrial services directed by U.S. Probation Office.  He's to

02:28PM  23  surrender any passport or passport card to the clerk of court.

02:28PM  24  He is to surrender any international travel documents to

02:28PM  25  appropriate authorities.  He is not to obtain a new passport

02:28PM 1 or other international travel documents.  His travel is

02:28PM 2 restricted to the Western District of New York unless

02:28PM 3 permission is granted to travel elsewhere.  He is to remain at

02:28PM 4 a verifiable address approved by pretrial services.  He's to

02:28PM 5 avoid all contact with co-defendants and defendants in related

02:28PM 6 cases unless approved by pretrial services.  He is to avoid

02:28PM 7 all contact with directly or indirectly with any person who

02:29PM 8 are or who may become a potential victim or witness in this

02:29PM 9 case.

02:29PM 10     He is not to possess a firearm or destructive device.  He

02:29PM 11 is to refrain from any use of alcohol.  He is to refrain from

02:29PM 12 any use or unlawful possession of a narcotic drug unless

02:29PM 13 prescribed.  He is to submit to drug and alcohol testing and/

02:29PM 14 or treatment as directed by pretrial services, including co-

02:29PM 15 payment.  He is to refrain from obstructing or attempting to

02:29PM 16 obstruct or tamper in any fashion with the efficiency and

02:29PM 17 accuracy of any prohibited substance testing which is required

02:29PM 18 as a condition of release.

02:29PM 19     He is to abide by the conditions of a location monitoring

02:29PM 20 program through GPS to be monitored electronically via home

02:30PM 21 detention and restricted to his residence at all times except

02:30PM 22 for employment, education, religious services, medical,

02:30PM 23 substance abuse or mental health treatment, attorney visits,

02:30PM 24 court appearance and court-ordered obligations.  He will

02:30PM 25 contribute to the cost of services as directed by the pretrial

02:30PM  1    services office.  He is to refrain from obstructing or

02:30PM  2    attempting to obstruct or tamper in any fashion with the

02:30PM  3    electronic monitoring which is required as a condition of

02:30PM  4    release.  He is to report within 72 hours to pretrial services

02:30PM  5    any contact with any law enforcement personnel including but

02:30PM  6    not limited to any arrest, questioning or traffic stop.

02:30PM  7         He shall not have any contact with Katrina Nigro.  He

02:30PM  8    shall not visit Pharaoh's Gentlemen's Club located at 999 Aero

02:31PM  9    Drive, Cheektowaga, New York and is to stay away from any

02:31PM  10   other strip clubs.

02:31PM  11        Mr. Gerace, do you understand those conditions of release,

02:31PM  12   sir?  You're on mute, sir.  Do you know how to take yourself

02:31PM  13   off mute?

02:31PM  14             THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM  15             THE COURT:  Okay.  Do you understand those

02:31PM  16   conditions, sir?

02:31PM  17             THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM  18             THE COURT:  Okay.  Very good.  So, as I said,

02:31PM  19   Mr. Daniels if you want any of those changed, what the

02:31PM  20   magistrate judge did in Florida, you'll have to appeal that to

02:31PM  21   Judge Sinatra.

02:31PM  22        I don't know if this happened before in this case or down

02:31PM  23   in Florida, but pursuant to Federal Rule of Criminal Procedure

02:31PM  24   5(f), I direct the government to comply with its obligation

02:31PM  25   under *Brady vs. Maryland* and its progeny to disclose to

02:31PM    1  defense all information, whether admissible or not, that is

02:31PM    2  favorable to the defendant, material either to guilt or to

02:32PM    3  punishment and known to the prosecution, the government.

02:32PM    4  Possible consequences for non-compliance may include dismissal

02:32PM    5  of individual charges or the entire case, exclusion of

02:32PM    6  evidence, a professional discipline or court sanctions on the

02:32PM    7  attorneys responsible.

02:32PM    8      I will be entering a written order more fully describing

02:32PM    9  this obligation and possible consequences of failing to meet

02:32PM   10  and I direct the government to review and comply with that

02:32PM   11  order.  Mr. Tripi, do you confirm on the behalf of the

02:32PM   12  government that the government understands its obligations and

02:32PM   13  will fulfill them?

02:32PM   14          MR. TRIPI:  Yes, Your Honor.

02:32PM   15          THE COURT:  Okay.  Mr. Tripi, is there anything else

02:32PM   16  today?

02:32PM   17          MR. TRIPI:  Not today, Your Honor.

02:32PM   18          THE COURT:  Mr. Harrington?

02:32PM   19          MR. HARRINGTON:  No, sir.

02:32PM   20          THE COURT:  Mr. Daniels?

02:32PM   21          MR. DANIELS:  No, Your Honor.

02:32PM   22          THE COURT:  Officer McCray?

02:32PM   23          P.O. MCCRAY:  No, Judge.  Thank you.

02:32PM   24          THE COURT:  All right.  Have a good day and stay

02:32PM   25  safe, okay?

02:33PM    1            MR. TRIPI:  Thank you, Your Honor.

02:33PM    2            MR. DANIELS:  Thanks, Judge.

02:33PM    3    (Proceedings concluded.)

1          <u>CERTIFICATE OF TRANSCRIBER</u>

2

3          In accordance with 28, U.S.C., 753(b), I certify that

4    this is a true and correct record of the proceedings held in

5    the United States District Court for the Western District of

6    New York before Honorable Judge Michael J. Roemer, on March

7    8th, 2021.

8

9

10                              <u>s/ Megan E. Pelka, RPR</u>

11                              Megan E. Pelka, RPR

12                              Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25