**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*(Seal: UNITED STATES DISTRICT COURT — FILED APR 14 2021 — MARY C. LOEWENGUTH, CLERK — WESTERN DISTRICT OF NY)*

**UNITED STATES OF AMERICA,**

**v.**                                                                  **MODIFICATION ORDER**

**PETER GERACE, JR.,**                                       **1:19CR00227-003**

                                    **Defendant.**

It is hereby ordered that defendant Peter Gerace, Jr.'s release conditions are modified as follows:

You will be permitted to work at Pharaoh's Gentlemen's Club, located at 999 Aero Drive, Cheektowaga, New York, from 7:30 a.m. to 10:30 a.m. on a daily basis with the following conditions:

- While on the premises of Pharaoh's Gentlemen's Club, you must be alone at all times, with the exception of a cleaning woman, who will be pre-approved by the U.S. Probation Office.

- You are not to visit Pharaoh's Gentlemen's Club, except during the above-referenced work hours.

- You are to have no verbal or written communication with any employees or staff, with the exception of a to-do list to the managers employed at Pharaoh's Gentlemen's Club.

**SO ORDERED.**

_____
**John L. Sinatra, Jr.**
**U.S. District Judge**

**DATED:**   April 14, 2021
                    **Buffalo, New York**