# EXHIBIT A

1
               **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF NEW YORK**

2

3
UNITED STATES OF AMERICA,     )
                              ) Case No. 1:19-CR-0227

4
                              )           (JLS)(MJR)
                              )

5
               Plaintiff,    )
                              ) March 8th, 2021
vs.                         )

6
                              )
JOSEPH BONGIOVANNI,       )

7
PETER GERACE, JR.,        )
(Via Zoom for Government)   )

8
                              )
             Defendants.   )

9

10
               **TRANSCRIPT OF ARRAIGNMENT**
        **BEFORE THE HONORABLE MICHAEL J. ROEMER**

11
         **UNITED STATES MAGISTRATE JUDGE**

12

13
<u>APPEARANCES</u>:

14
For the Plaintiff:    JAMES P. KENNEDY, JR.
                      UNITED STATES ATTORNEY

15
                      BY:  JOSEPH TRIPI, ESQ.
                      (Via Zoom for Government)

16
                      ASSISTANT UNITED STATES ATTORNEY
                      138 Delaware Avenue

17
                      Buffalo, NY 14202

18
For the Defendant:    HARRINGTON & MAHONEY
BONGIOVANNI           BY:  JAMES HARRINGTON, ESQ.

19
                          JESSIE PYLE, ESQ.
                      (Via Zoom for Government)

20
                      70 Niagara Street
                      Third Floor

21
                      Buffalo, NY 14202

22
For the Defendant:    JOEL DANIELS, ESQ.
GERACE               (via Zoom for Government)

23
                      42 Delaware Avenue, Suite 700
                      Buffalo, NY 14202

24

    Probation Officer:    ANDRE MCCRAY

25
    Audio Recorder:      ROSALIE ZAVARELLA

| | | |
|---|---|---|
| 02:15PM | 1 | motions that Mr. Harrington had filed, replies were due |
| 02:15PM | 2 | March 9th and oral arguments were due March 16th.  I |
| 02:15PM | 3 | understand there's more discovery and there's certain things |
| 02:15PM | 4 | that have changed and he's going to have to review that and |
| 02:15PM | 5 | make certain responses or motions, excuse me, but I think |
| 02:16PM | 6 | there may be certain portions of those motions that have |
| 02:16PM | 7 | already been filed that are still ripe, I guess, for argument, |
| 02:16PM | 8 | that sort of will permeate through the case.  Should we deal |
| 02:16PM | 9 | with those now or -- |
| 02:16PM | 10 | THE COURT:  I thought what we just agreed on was that |
| 02:16PM | 11 | we're going to start over, right?  Mr. Harrington is going |
| 02:16PM | 12 | to -- if he wants to reassert these motions, he'll reassert |
| 02:16PM | 13 | them with the current batch of motions.  Is that right, |
| 02:16PM | 14 | Mr. Harrington? |
| 02:16PM | 15 | MR. HARRINGTON:  Yes, Judge. |
| 02:16PM | 16 | THE COURT:  That's what I prefer to do.  I don't want |
| 02:16PM | 17 | to break it up. |
| 02:16PM | 18 | MR. TRIPI:  Okay, Judge.  I was just making sure we |
| 02:16PM | 19 | weren't supplementing what was already filed.  We're starting |
| 02:16PM | 20 | over? |
| 02:16PM | 21 | THE COURT:  Starting over.  Okay.  Now, I'll hear |
| 02:16PM | 22 | from you, Mr. Tripi, on Speedy Trial. |
| 02:16PM | 23 | MR. TRIPI:  Yes, Your Honor.  I'd ask that the time |
| 02:16PM | 24 | from today's date until the defense motion deadline, which is |
| 02:17PM | 25 | July 7th, 2021, be excluded in the interest of justice in the |

| | | |
|---|---|---|
| 02:17PM | 1 | interest of effective assistance of counsel.  Counsel for |
| 02:17PM | 2 | Mr. Bongiovanni already has a lot of discovery that they'll be |
| 02:17PM | 3 | reviewing.  In addition, he'll be obtaining more discovery and |
| 02:17PM | 4 | they'll be assessing that discovery in light of the second |
| 02:17PM | 5 | superseding indictment which did, although has a lot of the |
| 02:17PM | 6 | same charges, does add some new charges and, of course, adds a |
| 02:17PM | 7 | co-defendant. |
| 02:17PM | 8 | As it relates to Mr. Gerace's counsel, Mr. Daniels, |
| 02:17PM | 9 | obviously, until a few days ago, there were no charges pending |
| 02:17PM | 10 | against Mr. Gerace.  So, there's been no discovery previously |
| 02:17PM | 11 | provided to Mr. Daniels.  So, he'll have to obtain all the |
| 02:17PM | 12 | discovery that was previously made available and provide it to |
| 02:17PM | 13 | Mr. Bongiovanni plus any additional discovery that is |
| 02:17PM | 14 | generated in the case. |
| 02:17PM | 15 | We're going to be providing that on the deadline that the |
| 02:17PM | 16 | Court had set of April 5th.  There is voluminous discovery. |
| 02:18PM | 17 | We are putting it in a searchable, reviewable format.  This is |
| 02:18PM | 18 | the nature -- this is the type of case though, I will say, |
| 02:18PM | 19 | that investigation will continue.  So, there may be additional |
| 02:18PM | 20 | items that come in after that date and we understand our |
| 02:18PM | 21 | obligations under Rule 16(c).  We'll keep providing discovery |
| 02:18PM | 22 | on a continuing basis. |
| 02:18PM | 23 | I'd ask that, for those reasons though, for defense |
| 02:18PM | 24 | counsel to review the discovery, consult with their clients, |
| 02:18PM | 25 | assess that discovery in light of the second superseding |

| | | |
|---|---|---|
| 02:18PM | 1 | indictment, that time be excluded from the Speedy Trial Act |
| 02:18PM | 2 | clock until July 7th, 2021 for the defense filing of motions, |
| 02:18PM | 3 | for effective assistance of counsel, for continuity of counsel |
| 02:18PM | 4 | and for all those reasons, it would outweigh both of the |
| 02:18PM | 5 | defendants' and the public's right to a more speedy trial |
| 02:18PM | 6 | pursuant to Title 18 U.S. Code 3161(h)(7)(A) and |
| 02:18PM | 7 | 3161(h)(7)(B)(iv) and I'd ask that an order of exclusion be |
| 02:19PM | 8 | entered to that effect. |
| 02:19PM | 9 | THE COURT:  Mr. Harrington? |
| 02:19PM | 10 | MR. HARRINGTON:  We agree, Judge. |
| 02:19PM | 11 | THE COURT:  Mr. Daniels? |
| 02:19PM | 12 | MR. DANIELS:  No objection, Judge. |
| 02:19PM | 13 | THE COURT:  For the reasons stated by the government, |
| 02:19PM | 14 | the Court finds that the ends of justice served by the request |
| 02:19PM | 15 | for continuance outweigh the best interest of the defendants |
| 02:20PM | 16 | and the public in a speedy trial and the time between today |
| 02:20PM | 17 | and July 7th, 2021 shall be excluded from the Speedy Trial |
| 02:20PM | 18 | clock. |
| 02:20PM | 19 | Mr. Bongiovanni has been released on conditions since the |
| 02:20PM | 20 | original indictment.  I know of no problems with that, so |
| 02:20PM | 21 | he'll continue on conditions.  And Mr. Gerace was released on |
| 02:20PM | 22 | conditions by the magistrate judge in Florida.  I am going to |
| 02:20PM | 23 | go through those conditions with Mr. Gerace quickly just so -- |
| 02:20PM | 24 | to make sure we're all on the same page here. |
| 02:20PM | 25 | MR. DANIELS:  Judge, if I might? |