IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  19-CR-227-V

PETER GERACE JR.,

          Defendant.

---

### NOTICE OF MOTION FOR DETERMINATION OF CONFLICT OF INTEREST

**PLEASE TAKE NOTICE** that, upon the affidavit filed herewith under seal[1], the undersigned will move this Court, to determine whether a conflict of interest, or a potential conflict of interest, exists regarding representation of Peter Gerace Jr., in this litigation, and for such further relief as the Court may deem just and proper.

DATED: Buffalo, New York, June 25, 2021.

            JAMES P. KENNEDY, JR.
            United States Attorney

BY:   s/JOSEPH M. TRIPI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       716/843-5839
       Joseph.Tripi@usdoj.gov

---

[1] The basis for the request to file the affidavit under seal is set forth in more detail in the affidavit filed under seal, and the government respectfully requests permission to file the affidavit under seal due to references to Grand Jury materials, other sensitive case-related details, and privacy interests related to this filing.