# EXHIBIT A



U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*       716/843-5700
*138 Delaware Avenue*     *fax 716/551-3052*
*Buffalo, New York 14202*   *Writer's Telephone: 716/843-5839*
      *Writer's fax: 716/551-3196*
      *Joseph.Tripi@usdoj.gov*

April 5, 2021

Harrington & Mahoney
70 Niagara Street
Buffalo, New York 14202
Attn: James P. Harrington, Esq.

Joel Daniels, Esq.
42 Delaware Avenue, Suite 700
Buffalo, New York 14202

    RE: <u>United States v. Joseph Bongiovanni and Peter Gerace Jr.</u>
          19-CR-227

Dear Counsel:

A cellular telephone seized from Peter Gerace Jr., namely, One (1) Apple iPhone 11 Pro, green in color, and bearing IMEI: 353248101165460, seized by law enforcement on February 28, 2021, was subsequently searched pursuant to a search warrant, a copy of this cell phone extraction will be provided upon receipt by the government pursuant to Rule 16(c). Pursuant to Rule 12(b)(4), as distinguished from the above-described devices pertaining to Peter Gerace Jr., the government intends to introduce evidence from this Apple iPhone 11 Pro, green in color, and bearing IMEI: 353248101165460 during its case-in-chief at trial.

3

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY: *(signature)*
JOSEPH M. TRIPI
Assistant United States Attorney

BY: *(signature)*
BRENDAN T. CULLINANE
Assistant United States Attorney

cc: Joseph LaTona, Esq. (w/o encls.)

4

# EXHIBIT B



## Sandy Wright

| | |
|---|---|
| **From:** | Cullinane, Brendan (USANYW) <Brendan.Cullinane@usdoj.gov> |
| **Sent:** | Tuesday, June 29, 2021 9:09 AM |
| **To:** | Joel Daniels; jdaniels38@gmail.com; Sandy Wright; josabele@verizon.net |
| **Cc:** | Tripi, Joseph (USANYW); Cullinane, Brendan (USANYW) |
| **Subject:** | U.S. v. Peter Gerace, Jr., 19-CR-227: Redacted SW (21-mj-22) for Phone |
| **Attachments:** | 21-MJ-22 Application_Redacted.pdf |

Good morning, Joel & Joe,

Please see the attached redacted search warrant application (21-mj-22) to search the phone recovered from Mr. Gerace on February 28, 2021.

Thanks,
Brendan

Brendan T. Cullinane, Assistant United States Attorney
Narcotics & Organized Crime Section
United States Attorney's Office/WDNY
138 Delaware Avenue
Buffalo, New York 14202
716.843.5875 || fax 716.551.3250