UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                            Plaintiff,

v.                                             **NOTICE OF MOTION**

                                                  Case No. 19-CR-227

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                            Defendants.

---

SIRS:

        PLEASE TAKE NOTICE that upon the annexed Declaration of Steven M. Cohen, Esq. with attached exhibits, duly sworn to on the 7th day of September, 2021, and upon the indictment and other proceedings previously had herein, the undersigned will move this Court, at a term to be held in the United States Courthouse, Buffalo, New York, on the day of September, 2021 at 10:00 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following relief:

        (1) Amendment of the conditions of Mr. Gerace's release pursuant to 18 U.S.C. § 3142 (a)(2); and

        (2) Such other and further relief as the Court deems proper.

DATED:      September 2021                            Respectfully submitted,

                                                        Steven M. Cohen, Esq.
                                                        *Attorneys for Peter Gerace, Jr.*
                                                         2410 North Forest Road, Suite 301
                                                         Amherst, New York 14068
                                                         Telephone: (716) 636-7600
                                                         Fax: (716) 636-7606

TO:    JAMES P. KENNEDY, JR. ESQ.
          United States Attorney for the Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202

{H3106056.1}                                                                                                                                        1

**HOGANWILLIG**
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com