# EXHIBIT B

1                  **UNITED STATES DISTRICT COURT**
                  **WESTERN DISTRICT OF NEW YORK**

2

3   UNITED STATES OF AMERICA,     )
                                ) Case No. 1:19-CR-0227

4                        )          (JLS)(MJR)
                    Plaintiff,    )

5                                  )
   vs.                         ) March 8th, 2021

6                                )
   JOSEPH BONGIOVANNI,          )

7   PETER GERACE, JR.,           )
   (Via Zoom for Government)   )

8                                )
                    Defendants.   )

9

10               **TRANSCRIPT OF ARRAIGNMENT**
       **BEFORE THE HONORABLE MICHAEL J. ROEMER**

11          **UNITED STATES MAGISTRATE JUDGE**

12

13   <u>APPEARANCES:</u>

14   For the Plaintiff:   JAMES P. KENNEDY, JR.
                         UNITED STATES ATTORNEY

15                         BY:  JOSEPH TRIPI, ESQ.
                         (Via Zoom for Government)

16                         ASSISTANT UNITED STATES ATTORNEY
                         138 Delaware Avenue

17                         Buffalo, NY 14202

18   For the Defendant:   HARRINGTON & MAHONEY
   BONGIOVANNI          BY:  JAMES HARRINGTON, ESQ.

19                            JESSIE PYLE, ESQ.
                         (Via Zoom for Government)

20                         70 Niagara Street
                         Third Floor

21                         Buffalo, NY 14202

22   For the Defendant:   JOEL DANIELS, ESQ.
   GERACE              (via Zoom for Government)

23                         42 Delaware Avenue, Suite 700
                         Buffalo, NY 14202

24

   Probation Officer:   ANDRE MCCRAY

25

   Audio Recorder:      ROSALIE ZAVARELLA

```
 1    APPEARANCES CONTINUED:

 2    Transcriber:          MEGAN E. PELKA, RPR
                            Robert H. Jackson US Courthouse
 3                          2 Niagara Square
                            Buffalo, NY 14202
 4                          (716) 364-6449

 5            Proceedings recorded with electronic sound recording,
       transcript prepared with computer-aided transcription.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 01:56PM | 1 | THE CLERK:  We're here on the matter of Peter Gerace, |
| 01:56PM | 2 | Jr. and Joseph Bongiovanni, case number 19-CR-227, for an |
| 01:56PM | 3 | argument on a second superseding indictment.  Counsel from the |
| 01:56PM | 4 | government, please state your name for the record. |
| 01:56PM | 5 | MR. TRIPI:  Joseph Tripi for the United States. |
| 01:56PM | 6 | THE CLERK:  Thank you.  Counsel for Defendant |
| 01:57PM | 7 | Bongiovanni, please state your name for the record.  You are |
| 01:57PM | 8 | muted. |
| 01:57PM | 9 | MR. HARRINGTON:  James Harrington and Jessie Pyle. |
| 01:57PM | 10 | THE CLERK:  Thank you.  And counsel for Defendant |
| 01:57PM | 11 | Gerace, please state your name for the record. |
| 01:57PM | 12 | MR. DANIELS:  Joel Daniels. |
| 01:57PM | 13 | THE CLERK:  Thank you.  And I note we have |
| 01:57PM | 14 | Mr. Bongiovanni and Mr. Gerace on video and we also have the |
| 01:57PM | 15 | U.S. Probation Officer Andre McCray on video. |
| 01:57PM | 16 | THE COURT:  Good afternoon.  Before we start, I have |
| 01:57PM | 17 | to read a statement. |
| 01:57PM | 18 | Persons granted remote access to these proceedings are |
| 01:57PM | 19 | reminded of the general prohibition against photographing, |
| 01:57PM | 20 | recording or rebroadcasting of court proceedings.  Violation |
| 01:57PM | 21 | of these prohibitions may result in sanctions including |
| 01:58PM | 22 | removal of court-issued media credentials, restricted entry to |
| 01:58PM | 23 | future hearings, denial of entry to future hearings, or any |
| 01:58PM | 24 | other sanctions deemed necessary by the Court, including |
| 01:58PM | 25 | contempt of court. |

01:58PM    1         Mr. Harrington, have you had an opportunity to explain to

01:58PM    2    Mr. Bongiovanni that he has the right to have this arraignment

01:58PM    3    held here in the courthouse and is he waiving that right and

01:58PM    4    agreeing to appear by videoconference today?

01:58PM    5         MR. HARRINGTON:  I have and he does, Judge.

01:58PM    6         THE COURT:  Mr. Daniels, have you had the opportunity

01:58PM    7    to explain to Mr. Gerace that he has the right to have this

01:58PM    8    arraignment held here in the courthouse, is he waiving that

01:58PM    9    right and agreeing to appear by video conference today?

01:59PM   10         MR. DANIELS:  He is, Judge.

01:59PM   11         THE COURT:  Thank you, sir.  Okay.  We're here for an

01:59PM   12    arraignment on a second superseding indictment.  Mr. Tripi,

01:59PM   13    before we start, is the second superseding indictment -- does

01:59PM   14    that add new charges against Mr. Bongiovanni?

01:59PM   15         MR. TRIPI:  It does, Your Honor and I am prepared as

01:59PM   16    I go through the indictment to indicate what charges are new.

01:59PM   17         THE COURT:  Okay.  Mr. Harrington, do you want to

01:59PM   18    just talk about the new charges and not go over the old

01:59PM   19    charges again?

01:59PM   20         MR. HARRINGTON:  That's fine, Judge.

01:59PM   21         THE COURT:  Okay.

01:59PM   22         MR. TRIPI:  Want me to proceed one at a time, Your

01:59PM   23    Honor?

01:59PM   24         THE COURT:  Yeah, if you just --

02:00PM   25         MR. TRIPI:  A lot of the counts overlap, so it might

02:00PM    1    make sense to go through both defendants at the same time.

02:00PM    2    That's all.

02:00PM    3            THE COURT:  Okay.  If that's the way you want to

02:00PM    4    proceed, that's fine.

02:00PM    5            MR. TRIPI:  Your Honor, the indictment alleged 18

02:00PM    6    counts total.  Count 1 through 5, 8 and 10 through 18 charge

02:00PM    7    Mr. Bongiovanni.  Counts 2 and 6 through 9 charge Mr. Gerace,

02:00PM    8    Jr.

02:00PM    9        The indictment begins with an introduction which describes

02:00PM   10    Mr. Bongiovanni, Mr. Gerace, some other individuals, as well

02:00PM   11    as some background regarding Mr. Bongiovanni and Gerace.

02:00PM   12        Count 1 charges Mr. Bongiovanni with conspiracy to defraud

02:00PM   13    the United States beginning in or about 2008 until about

02:01PM   14    August 2019.  That has a maximum penalty of five years, a

02:01PM   15    $250,000 fine.  That charge is only against Mr. Bongiovanni.

02:01PM   16    That conspiracy is an agreement with Michael Masecchia and

02:01PM   17    others known and unknown.  That count had a manner and means

02:01PM   18    which is laid out, as well as a number of overt acts regarding

02:01PM   19    that conspiracy.

02:01PM   20        Count 2 charges both Mr. Bongiovanni and Mr. Gerace.  I'll

02:01PM   21    note, Your Honor, in the predecessor preceding indictment,

02:01PM   22    Mr. Gerace was referenced in that as co-conspirator 2.  Count

02:01PM   23    2 is a new charge, although much of the information that was

02:02PM   24    in the prior indictment in Count 1 is contained in Count 2, so

02:02PM   25    a number of the overt acts, manner and means, et cetera, but

02:02PM  1  Count 2 charges both defendants with conspiracy to defraud the

02:02PM  2  United States.  It has a manner and means laid out.  It

02:02PM  3  incorporates the introduction by reference and that occurred

02:02PM  4  between beginning in or about 2005 and continued until in or

02:02PM  5  about February 2019.  Again, the maximum penalty is five years

02:02PM  6  and a $250,000 fine.  Two has a manner and means section as

02:02PM  7  well as a number of overt acts.

02:02PM  8      Page 26 of the indictment has Count 3.  That relates to

02:02PM  9  Mr. Bongiovanni.  Minimum is 10 years.  Maximum is life.

02:03PM 10  Conspiracy to distribute controlled substances is the charge

02:03PM 11  and it's got a $10 million fine maximum.

02:03PM 12      Count 4 is a public official accepting a bribe beginning

02:03PM 13  in or about 2008 and continuing to in or about 2017.  That

02:03PM 14  charge relates only to Mr. Bongiovanni.  It incorporates the

02:03PM 15  introduction in Count 1 by reference.  Maximum penalty is

02:03PM 16  15 years and a $250,000 fine.

02:03PM 17      Count 5 is a public official accepting a bribe.  That

02:03PM 18  incorporates the introduction in Count 2.  That charge begins

02:03PM 19  in or about 2009 and continues to on or about June 6, 2019 and

02:03PM 20  charges Mr. Bongiovanni.  Maximum penalty is 15 years and a

02:03PM 21  $250,000 fine.  That public official accepting a bribe also

02:03PM 22  references Mr. Gerace, Jr. in the body of the charge, although

02:04PM 23  he's not charged, obviously, in that count.

02:04PM 24      Count 6 charges Mr. Gerace paying a bribe to a public

02:04PM 25  official.  It incorporates the introduction in Count 2 by

02:04PM    1    reference.  Again, it begins in or about 2009 and continues to

02:04PM    2    on or about June 6, 2019, and that's in sum and substance for

02:04PM    3    paying bribes to Mr. Bongiovanni.

02:04PM    4        Count 7 is a new charge.  It relates entirely to Peter

02:04PM    5    Gerace, Jr.  That's for maintaining a drug-involved premises

02:04PM    6    at 999 Aero Drive, Pharaoh's Gentlemen's Club, for

02:05PM    7    manufacturing, distribution and using cocaine, cocaine base,

02:05PM    8    methamphetamine, amphetamine also known as Adderall, marijuana

02:05PM    9    and heroin in violation of 21 U.S. Code 856(a)(1) and Title

02:05PM   10    18, United States Code, Section 2.  That date range of that

02:05PM   11    charge is beginning in or about 2006 and continuing until on

02:05PM   12    or about December 12th, 2019.

02:05PM   13        Count 8 is a new charge; charges both Mr. Bongiovanni and

02:05PM   14    Gerace, Jr. with conspiracy to distribute controlled

02:05PM   15    substances beginning in or about 2009 until in or about

02:05PM   16    February 2019.  The offense is in relationship to the

02:05PM   17    conspiracy to possession with intent to distribute and to

02:05PM   18    distribute cocaine, cocaine base, methamphetamine and

02:05PM   19    amphetamine, also known as Adderall, and essentially

02:06PM   20    maintaining the premises at 999 Aero Drive for manufacture,

02:06PM   21    use and distribution of controlled substances.

02:06PM   22        Count 9 is a new count, relates solely to Mr. Gerace, Jr.,

02:06PM   23    charges him with conspiracy to commit sex trafficking

02:06PM   24    beginning in or about 2009 and continuing until in or about

02:06PM   25    2017.  That's punishable by a maximum penalty of life

02:06PM   1   imprisonment and a $250,000 fine.  Judge, if I neglected to

02:06PM   2   say it, Count 8, the maximum was 20 years and a maximum $1

02:06PM   3   million fine.

02:06PM   4       Count 10, although it's a renumbered count, it is an

02:06PM   5   obstruction of justice count and it -- other than changing

02:06PM   6   some numbering of the count and incorporating the introduction

02:06PM   7   in Count 1 by reference in sum and substance -- it was

02:07PM   8   previously charged, but it is obstruction of justice related

02:07PM   9   to November 4th, 2014.  All the obstruction of justice counts

02:07PM  10   are 20-year maximums, $250,000 fine.

02:07PM  11       Count 11 is another obstruction of justice charge for

02:07PM  12   Mr. Bongiovanni related to January 28th, 2015.

02:07PM  13       Count 12 is another obstruction of justice charge related

02:07PM  14   to Mr. Bongiovanni that relates to on or about November 1st,

02:07PM  15   2018.  Again, 20 years maximum, $250,000 fine.

02:07PM  16       Count 13, another obstruction of justice count, relates to

02:07PM  17   Mr. Bongiovanni; maximum 20 years, maximum fine $250,000.

02:07PM  18       Count 14, another obstruction of justice count, relates to

02:07PM  19   January 28th, 2019; same penalties.

02:07PM  20       Count 15, another obstruction of justice count for

02:07PM  21   Mr. Bongiovanni beginning on a date unknown but no later than

02:08PM  22   on or about February 1st, 2019 to on or about February 8th,

02:08PM  23   2019; same penalties as the other obstruction of justice

02:08PM  24   counts again.  Other than some renumbering and incorporating

02:08PM  25   Counts 1 and 2 by reference, these were all previously

02:08PM   1    charged.

02:08PM   2        Count 16 is another obstruction of justice count relating

02:08PM   3    to Mr. Bongiovanni beginning on a date unknown but no later

02:08PM   4    than February 1st, 2019 and continuing to on or about June

02:08PM   5    6th, 2019.  Again, maximum penalty is 20 years, $250,000 fine.

02:08PM   6        Count 17 charges Mr. Bongiovanni with false statements on

02:08PM   7    March 29th, 2019.  The maximum penalty is five years and a

02:08PM   8    $250,000 fine.

02:08PM   9        Count 18 charges Mr. Bongiovanni with false statements.

02:08PM   10   Maximum penalty is five years and a $250,000 fine.

02:09PM   11       The first forfeiture allegation seeks a money judgment of

02:09PM   12   $250,000 from Mr. Bongiovanni.  The second money judgment,

02:09PM   13   which is on the second forfeiture allegation, requests

02:09PM   14   forfeiture of firearms and ammunition pertaining to

02:09PM   15   Mr. Bongiovanni.  Third forfeiture allegation seeks forfeiture

02:09PM   16   of real property at 999 Aero Drive in Cheektowaga and 5145

02:09PM   17   Luxor Lane in Clarence, real property relating to Mr. Gerace.

02:09PM   18   Again, the fourth forfeiture allegation also seeks forfeiture

02:09PM   19   of real property those same two premises, 999 Aero Drive

02:09PM   20   Cheektowaga, New York and 5145 Luxor Lane, Clarence, New York.

02:09PM   21       That's a summary of the indictment, Your Honor and

02:10PM   22   penalties.

02:10PM   23           THE COURT:  Thank you, Mr. Tripi.  Mr. Harrington,

02:10PM   24   sir, do you waive further reading of the indictment?

02:10PM   25           MR. HARRINGTON:  I do, Judge.

| | | |
|---|---|---|
| 02:10PM | 1 | THE COURT:  And how does your client plead? |
| 02:10PM | 2 | MR. HARRINGTON:  Not guilty. |
| 02:10PM | 3 | THE COURT:  Mr. Daniels, sir, do you waive further |
| 02:10PM | 4 | reading of the indictment? |
| 02:10PM | 5 | MR. DANIELS:  We do, Judge. |
| 02:10PM | 6 | THE COURT:  And how does your client plead? |
| 02:10PM | 7 | MR. DANIELS:  Not guilty, Judge. |
| 02:10PM | 8 | THE COURT:  Thank you, sir.  We'll put a schedule in |
| 02:10PM | 9 | place.  I note for Mr. Bongiovanni there's already been |
| 02:10PM | 10 | pretrial motions filed.  Mr. Harrington, did you want to stick |
| 02:10PM | 11 | to the schedule we're currently on or did you want an |
| 02:10PM | 12 | opportunity to review the superseding indictment and file |
| 02:10PM | 13 | additional motions? |
| 02:10PM | 14 | MR. HARRINGTON:  Judge, I believe that we'll need to |
| 02:10PM | 15 | file additional motions.  And actually, what has happened with |
| 02:10PM | 16 | the superseding indictment has actually been helpful to us in |
| 02:11PM | 17 | terms of because it spells out a little bit more in detail |
| 02:11PM | 18 | some of what the government's theories and what they believe |
| 02:11PM | 19 | their proof is, so that we think there's some discovery items |
| 02:11PM | 20 | that we need to talk to Mr. Tripi about; also, some additional |
| 02:11PM | 21 | discovery items in addition to everything he's provided. |
| 02:11PM | 22 | So, I think that a new order would be in order for us, |
| 02:11PM | 23 | Judge.  I don't know how you want to handle it with Mr. Gerace |
| 02:11PM | 24 | and Mr. Daniels. |
| 02:11PM | 25 | THE COURT:  Well, I think we can all now get on the |

| | | |
|---|---|---|
| 02:11PM | 1 | same schedule then, right?  I think that's where we're going. |
| 02:11PM | 2 | So, Mr. Tripi, how much time do you need to provide additional |
| 02:11PM | 3 | discovery? |
| 02:11PM | 4 | MR. TRIPI:  Judge, obviously there are some new |
| 02:11PM | 5 | charges.  There will be additional discovery.  If I could have |
| 02:11PM | 6 | 30 days to provide that discovery.  If I need more time, I'll |
| 02:12PM | 7 | ask the Court, but I think it can be done in 30 days. |
| 02:12PM | 8 | THE COURT:  Okay.  Rosalie? |
| 02:12PM | 9 | MR. DANIELS:  Judge, if I might? |
| 02:12PM | 10 | THE COURT:  Sure, sure. |
| 02:12PM | 11 | MR. DANIELS:  Yeah.  Joel Daniels for Mr. Gerace.  If |
| 02:12PM | 12 | we could have 60 days, it may make it a little easier for us. |
| 02:12PM | 13 | We haven't had an opportunity at all to see any of the |
| 02:12PM | 14 | discovery.  I understand from speaking to Mr. Harrington that |
| 02:12PM | 15 | there's a lot of boxes here, Judge. |
| 02:12PM | 16 | THE COURT:  Okay.  Well, this is -- I think this |
| 02:12PM | 17 | deadline is to get Mr. Tripi to give you the discovery.  And |
| 02:12PM | 18 | then, I'll allow you as much time as you want to review it and |
| 02:12PM | 19 | then to prepare your motions, okay?  So, I think that will be |
| 02:12PM | 20 | the next step.  Okay, Mr. Daniels? |
| 02:12PM | 21 | MR. DANIELS:  Okay.  Thank you, Judge. |
| 02:12PM | 22 | THE CLERK:  Discovery will be due April 5th. |
| 02:13PM | 23 | THE COURT:  Okay.  Now, Mr. Daniels, how long -- |
| 02:13PM | 24 | would you like 60 days to review the discovery and file your |
| 02:13PM | 25 | motions? |

| | | |
|---|---|---|
| 02:13PM | 1 | MR. DANIELS:  Yes, Judge.  Thank you. |
| 02:13PM | 2 | THE COURT:  Okay.  Is that okay with you, |
| 02:13PM | 3 | Mr. Harrington? |
| 02:13PM | 4 | MR. HARRINGTON:  Yes, Judge. |
| 02:13PM | 5 | THE CLERK:  June 7th. |
| 02:13PM | 6 | THE COURT:  Mr. Tripi, how long would you like to |
| 02:13PM | 7 | file a response? |
| 02:13PM | 8 | MR. TRIPI:  Because I'll be responding to both, Your |
| 02:13PM | 9 | Honor.  Could I have 30 days? |
| 02:13PM | 10 | THE COURT:  Sure. |
| 02:13PM | 11 | THE CLERK:  July 7th. |
| 02:13PM | 12 | MR. HARRINGTON:  Judge, before you go further, |
| 02:13PM | 13 | Mr. Daniels and I had talked about it.  I think that what he |
| 02:13PM | 14 | meant, which is not clear, is that he would need 60 days to |
| 02:13PM | 15 | review the discovery.  I think he needs some additional time |
| 02:13PM | 16 | to prepare his motions.  Am I correct, Joel? |
| 02:13PM | 17 | MR. DANIELS:  That may be a good suggestion. |
| 02:13PM | 18 | MR. HARRINGTON:  So, maybe if he had another -- maybe |
| 02:13PM | 19 | 90 days would be maybe -- |
| 02:13PM | 20 | THE COURT:  Okay.  Well, we'll keep the 30 days for |
| 02:14PM | 21 | discovery.  Now we're going to go 90 days for motions, |
| 02:14PM | 22 | Rosalie. |
| 02:14PM | 23 | THE CLERK:  Okay.  That will be July 7th.  And then? |
| 02:14PM | 24 | THE COURT:  Then 30 days for the government to |
| 02:14PM | 25 | respond. |

02:14PM    1              THE CLERK:  August 9th.

02:14PM    2              THE COURT:  And then we'll give defendants two weeks

02:14PM    3    to reply.

02:14PM    4              THE CLERK:  August 23rd.

02:14PM    5              MR. TRIPI:  Judge, may I sur-reply if applicable?

02:14PM    6              THE COURT:  Well, why don't we cross that bridge when

02:14PM    7    we get there.

02:14PM    8              MR. TRIPI:  All right.  I'll do it in the response if

02:14PM    9    necessary.

02:14PM   10              THE COURT:  Okay.  And set a date for oral argument.

02:14PM   11              THE CLERK:  September 14th at 10:30.

02:15PM   12              MR. TRIPI:  That's fine.

02:15PM   13              THE CLERK:  Thank you.

02:15PM   14              THE COURT:  Is that good with you, Mr. Harrington?

02:15PM   15              MR. HARRINGTON:  Yes, Judge.

02:15PM   16              THE COURT:  Mr. Daniels?

02:15PM   17              MR. DANIELS:  It is, Judge.  Thank you.

02:15PM   18              THE COURT:  Okay.  And right now, unless somebody

02:15PM   19    thinks it should be different, that will be by Zoom, okay?  We

02:15PM   20    don't know where the future is going to take us with this,

02:15PM   21    okay?  All right.

02:15PM   22              MR. TRIPI:  Your Honor, may I raise just one thing

02:15PM   23    before I ask to exclude time and --

02:15PM   24              THE COURT:  Okay.

02:15PM   25              MR. TRIPI:  -- just to point out that on the current

02:15PM  1  motions that Mr. Harrington had filed, replies were due

02:15PM  2  March 9th and oral arguments were due March 16th.  I

02:15PM  3  understand there's more discovery and there's certain things

02:15PM  4  that have changed and he's going to have to review that and

02:15PM  5  make certain responses or motions, excuse me, but I think

02:16PM  6  there may be certain portions of those motions that have

02:16PM  7  already been filed that are still ripe, I guess, for argument,

02:16PM  8  that sort of will permeate through the case.  Should we deal

02:16PM  9  with those now or --

02:16PM  10         THE COURT:  I thought what we just agreed on was that

02:16PM  11 we're going to start over, right?  Mr. Harrington is going

02:16PM  12 to -- if he wants to reassert these motions, he'll reassert

02:16PM  13 them with the current batch of motions.  Is that right,

02:16PM  14 Mr. Harrington?

02:16PM  15         MR. HARRINGTON:  Yes, Judge.

02:16PM  16         THE COURT:  That's what I prefer to do.  I don't want

02:16PM  17 to break it up.

02:16PM  18         MR. TRIPI:  Okay, Judge.  I was just making sure we

02:16PM  19 weren't supplementing what was already filed.  We're starting

02:16PM  20 over?

02:16PM  21         THE COURT:  Starting over.  Okay.  Now, I'll hear

02:16PM  22 from you, Mr. Tripi, on Speedy Trial.

02:16PM  23         MR. TRIPI:  Yes, Your Honor.  I'd ask that the time

02:16PM  24 from today's date until the defense motion deadline, which is

02:17PM  25 July 7th, 2021, be excluded in the interest of justice in the

02:17PM 1    interest of effective assistance of counsel.  Counsel for

02:17PM 2    Mr. Bongiovanni already has a lot of discovery that they'll be

02:17PM 3    reviewing.  In addition, he'll be obtaining more discovery and

02:17PM 4    they'll be assessing that discovery in light of the second

02:17PM 5    superseding indictment which did, although has a lot of the

02:17PM 6    same charges, does add some new charges and, of course, adds a

02:17PM 7    co-defendant.

02:17PM 8        As it relates to Mr. Gerace's counsel, Mr. Daniels,

02:17PM 9    obviously, until a few days ago, there were no charges pending

02:17PM 10   against Mr. Gerace.  So, there's been no discovery previously

02:17PM 11   provided to Mr. Daniels.  So, he'll have to obtain all the

02:17PM 12   discovery that was previously made available and provide it to

02:17PM 13   Mr. Bongiovanni plus any additional discovery that is

02:17PM 14   generated in the case.

02:17PM 15       We're going to be providing that on the deadline that the

02:17PM 16   Court had set of April 5th.  There is voluminous discovery.

02:18PM 17   We are putting it in a searchable, reviewable format.  This is

02:18PM 18   the nature -- this is the type of case though, I will say,

02:18PM 19   that investigation will continue.  So, there may be additional

02:18PM 20   items that come in after that date and we understand our

02:18PM 21   obligations under Rule 16(c).  We'll keep providing discovery

02:18PM 22   on a continuing basis.

02:18PM 23       I'd ask that, for those reasons though, for defense

02:18PM 24   counsel to review the discovery, consult with their clients,

02:18PM 25   assess that discovery in light of the second superseding

02:18PM 1   indictment, that time be excluded from the Speedy Trial Act

02:18PM 2   clock until July 7th, 2021 for the defense filing of motions,

02:18PM 3   for effective assistance of counsel, for continuity of counsel

02:18PM 4   and for all those reasons, it would outweigh both of the

02:18PM 5   defendants' and the public's right to a more speedy trial

02:18PM 6   pursuant to Title 18 U.S. Code 3161(h)(7)(A) and

02:18PM 7   3161(h)(7)(B)(iv) and I'd ask that an order of exclusion be

02:19PM 8   entered to that effect.

02:19PM 9           THE COURT:  Mr. Harrington?

02:19PM 10          MR. HARRINGTON:  We agree, Judge.

02:19PM 11          THE COURT:  Mr. Daniels?

02:19PM 12          MR. DANIELS:  No objection, Judge.

02:19PM 13          THE COURT:  For the reasons stated by the government,

02:19PM 14  the Court finds that the ends of justice served by the request

02:19PM 15  for continuance outweigh the best interest of the defendants

02:20PM 16  and the public in a speedy trial and the time between today

02:20PM 17  and July 7th, 2021 shall be excluded from the Speedy Trial

02:20PM 18  clock.

02:20PM 19      Mr. Bongiovanni has been released on conditions since the

02:20PM 20  original indictment.  I know of no problems with that, so

02:20PM 21  he'll continue on conditions.  And Mr. Gerace was released on

02:20PM 22  conditions by the magistrate judge in Florida.  I am going to

02:20PM 23  go through those conditions with Mr. Gerace quickly just so --

02:20PM 24  to make sure we're all on the same page here.

02:20PM 25          MR. DANIELS:  Judge, if I might?

02:20PM    1              THE COURT:  Yes, sir.

02:20PM    2              MR. DANIELS:  I didn't meant to interrupt the Court.

02:20PM    3    The conditions were set by the magistrate judge in Fort

02:20PM    4    Lauderdale.  We did object to several of the conditions and

02:20PM    5    explained that we would revisit those most likely when

02:20PM    6    Mr. Gerace was transferred here to Buffalo or came up to

02:21PM    7    Buffalo.  I understand the Court wants to go through those.  I

02:21PM    8    do have some objections to several of them and I just want to

02:21PM    9    raise that as the Court goes through them.

02:21PM   10              THE COURT:  Okay.  Mr. Daniels, here's my

02:21PM   11    understanding of the statute and the case law in this area,

02:21PM   12    okay?

02:21PM   13              MR. DANIELS:  Yes.

02:21PM   14              THE COURT:  The judge down there set these

02:21PM   15    conditions, okay?  If you're opposed to any of those

02:21PM   16    conditions, you need to appeal that to the district court

02:21PM   17    judge and in this case, that's Judge Sinatra, okay?  The way

02:21PM   18    the statute reads, I don't review what the magistrate judge

02:21PM   19    down in Florida did, okay?  And --

02:21PM   20              MR. DANIELS:  Well, we did -- again, for the -- I'm

02:21PM   21    sorry.

02:21PM   22              THE COURT:  I could cite you a couple cases which I

02:21PM   23    think support that.

02:21PM   24              MR. DANIELS:  I understand.

02:21PM   25              THE COURT:  There's *United States vs. Cisneros*, 328

02:22PM   1   F.3d 610, (10th Cir. 2003), *United States vs. Pickens* which is

02:22PM   2   the District of New Hampshire December 21st, 2011.  And so,

02:22PM   3   your option to appeal anything or to question anything that

02:22PM   4   the magistrate judge did in Florida is to appeal under 3145 to

02:22PM   5   District Judge Sinatra, okay?

02:22PM   6           MR. DANIELS:  I understand Judge.  Just for the

02:22PM   7   record, I just wanted to state very briefly what our concerns

02:22PM   8   were.  And again, I did raise that before the magistrate

02:22PM   9   judge.  I don't mean to impose on the Court at all, but there

02:22PM  10   are some issues that were fairly important to Mr. Gerace.  If

02:22PM  11   I may, Judge, I'll go through them very quickly.

02:23PM  12           THE COURT:  Sure.

02:23PM  13           MR. DANIELS:  If I can.  Thank you.  We have to

02:23PM  14   surrender our passport.  I don't have it yet.  I should have

02:23PM  15   it within the next few days.  As soon as I do, I will see that

02:23PM  16   that's given to the clerk's office.

02:23PM  17       Number two, we're supposed to stay away, required to not

02:23PM  18   have any contact with witnesses.  We're only aware of one that

02:23PM  19   was mentioned, that's Kathleen Nigro, also known as -- Katrina

02:23PM  20   Nigro, I'm sorry, also known as Katrina Lee.  Briefly, she'd

02:23PM  21   be the last person that Mr. Gerace would want to have any

02:23PM  22   contact with.  I don't think he'd want to be in the same

02:23PM  23   hemisphere with her.  They were divorced five years ago and

02:24PM  24   she's caused a lot of difficulty and trouble for him over the

02:24PM  25   last five years.  She doesn't seem to want to stop, but she's

02:24PM  1  very, very active on Facebook and she's had a lot of harmful

02:24PM  2  attacks against him on Facebook as recently as the last few

02:24PM  3  days.  And we would ask that the Court perhaps advise the

02:24PM  4  government to direct her to discontinue and refrain from those

02:24PM  5  attacks.  And if we have to raise that before Judge Sinatra,

02:24PM  6  we will.

02:24PM  7       Most importantly, Judge, Mr. Gerace is the sole owner of

02:24PM  8  his business, that's Pharaoh's Gentlemen's Club, or as the

02:25PM  9  media refers to it, as a strip club, of course.  He's owned it

02:25PM  10  for three years.  It's a very successful business.  He has

02:25PM  11  taken some financial hits because of COVID in the last year,

02:25PM  12  but it seems to be recovering and doing quite well.

02:25PM  13       The business opens at noon and it stays open until the

02:25PM  14  early morning hours, depending, of course, on how long they

02:25PM  15  can open with the government's COVID restrictions.  And

02:25PM  16  according to the conditions of release, he is not allowed to

02:25PM  17  go there.  He is not allowed to go to his business.  This is

02:25PM  18  his sole source of income.

02:25PM  19       And all we ask for is the ability to go and just do some

02:26PM  20  office work between 9 in the morning and 12 noon.  That's

02:26PM  21  before anybody even gets there.  That's before the employees

02:26PM  22  get there.  There's over 100 employees and they don't start

02:26PM  23  coming in until after noon.  So, if he could be there between

02:26PM  24  nine in the morning and noon just to do some paperwork and the

02:26PM  25  rest of the time he won't be there.  And that business runs

02:26PM    1    seven days a week, because that's a very harsh, almost unfair

02:26PM    2    restriction on him not to be allowed to go to his business.

02:26PM    3    That's a rather hard on him, Judge.

02:26PM    4        Again, we raised these issues.  I understand the

02:26PM    5    magistrate in Florida may not have been familiar with all

02:26PM    6    these matters because she's a native of Lauderdale and is not

02:26PM    7    here, but I bring that up to the Court's attention because

02:27PM    8    those are fairly restrictive for Mr. Gerace and ask for any

02:27PM    9    consideration the Court can do here, Judge.  Thank you.

02:27PM   10        MR. TRIPI:  Well, Judge, that's the location where

02:27PM   11    he's charged with maintaining a drug-involved premises and

02:27PM   12    conspiring to commit sex trafficking.  So, that was -- in lieu

02:27PM   13    of moving for detention in a case where we had very strong

02:27PM   14    dangerousness arguments, we instead landed on that restriction

02:27PM   15    and the magistrate judge in Florida agreed.

02:27PM   16        THE COURT:  Yeah.  And as I stated, Mr. Daniels, the

02:27PM   17    way I read the statute and the case law, I don't have the

02:27PM   18    authority to undo what she did, Judge Sinatra would, and you

02:27PM   19    have to appeal to him, okay?

02:27PM   20        MR. DANIELS:  I understand.

02:28PM   21        THE COURT:  Okay.  All right.  So, he is to report to

02:28PM   22    pretrial services directed by U.S. Probation Office.  He's to

02:28PM   23    surrender any passport or passport card to the clerk of court.

02:28PM   24    He is to surrender any international travel documents to

02:28PM   25    appropriate authorities.  He is not to obtain a new passport

| | | |
|---|---|---|
| 02:28PM | 1 | or other international travel documents.  His travel is |
| 02:28PM | 2 | restricted to the Western District of New York unless |
| 02:28PM | 3 | permission is granted to travel elsewhere.  He is to remain at |
| 02:28PM | 4 | a verifiable address approved by pretrial services.  He's to |
| 02:28PM | 5 | avoid all contact with co-defendants and defendants in related |
| 02:28PM | 6 | cases unless approved by pretrial services.  He is to avoid |
| 02:28PM | 7 | all contact with directly or indirectly with any person who |
| 02:29PM | 8 | are or who may become a potential victim or witness in this |
| 02:29PM | 9 | case. |
| 02:29PM | 10 | He is not to possess a firearm or destructive device.  He |
| 02:29PM | 11 | is to refrain from any use of alcohol.  He is to refrain from |
| 02:29PM | 12 | any use or unlawful possession of a narcotic drug unless |
| 02:29PM | 13 | prescribed.  He is to submit to drug and alcohol testing and/ |
| 02:29PM | 14 | or treatment as directed by pretrial services, including co- |
| 02:29PM | 15 | payment.  He is to refrain from obstructing or attempting to |
| 02:29PM | 16 | obstruct or tamper in any fashion with the efficiency and |
| 02:29PM | 17 | accuracy of any prohibited substance testing which is required |
| 02:29PM | 18 | as a condition of release. |
| 02:29PM | 19 | He is to abide by the conditions of a location monitoring |
| 02:29PM | 20 | program through GPS to be monitored electronically via home |
| 02:30PM | 21 | detention and restricted to his residence at all times except |
| 02:30PM | 22 | for employment, education, religious services, medical, |
| 02:30PM | 23 | substance abuse or mental health treatment, attorney visits, |
| 02:30PM | 24 | court appearance and court-ordered obligations.  He will |
| 02:30PM | 25 | contribute to the cost of services as directed by the pretrial |

02:30PM  1    services office.  He is to refrain from obstructing or

02:30PM  2    attempting to obstruct or tamper in any fashion with the

02:30PM  3    electronic monitoring which is required as a condition of

02:30PM  4    release.  He is to report within 72 hours to pretrial services

02:30PM  5    any contact with any law enforcement personnel including but

02:30PM  6    not limited to any arrest, questioning or traffic stop.

02:30PM  7        He shall not have any contact with Katrina Nigro.  He

02:30PM  8    shall not visit Pharaoh's Gentlemen's Club located at 999 Aero

02:31PM  9    Drive, Cheektowaga, New York and is to stay away from any

02:31PM  10   other strip clubs.

02:31PM  11       Mr. Gerace, do you understand those conditions of release,

02:31PM  12   sir?  You're on mute, sir.  Do you know how to take yourself

02:31PM  13   off mute?

02:31PM  14            THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM  15            THE COURT:  Okay.  Do you understand those

02:31PM  16   conditions, sir?

02:31PM  17            THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM  18            THE COURT:  Okay.  Very good.  So, as I said,

02:31PM  19   Mr. Daniels if you want any of those changed, what the

02:31PM  20   magistrate judge did in Florida, you'll have to appeal that to

02:31PM  21   Judge Sinatra.

02:31PM  22       I don't know if this happened before in this case or down

02:31PM  23   in Florida, but pursuant to Federal Rule of Criminal Procedure

02:31PM  24   5(f), I direct the government to comply with its obligation

02:31PM  25   under *Brady vs. Maryland* and its progeny to disclose to

02:31PM 1  defense all information, whether admissible or not, that is

02:31PM 2  favorable to the defendant, material either to guilt or to

02:32PM 3  punishment and known to the prosecution, the government.

02:32PM 4  Possible consequences for non-compliance may include dismissal

02:32PM 5  of individual charges or the entire case, exclusion of

02:32PM 6  evidence, a professional discipline or court sanctions on the

02:32PM 7  attorneys responsible.

02:32PM 8      I will be entering a written order more fully describing

02:32PM 9  this obligation and possible consequences of failing to meet

02:32PM 10 and I direct the government to review and comply with that

02:32PM 11 order.  Mr. Tripi, do you confirm on the behalf of the

02:32PM 12 government that the government understands its obligations and

02:32PM 13 will fulfill them?

02:32PM 14         MR. TRIPI:  Yes, Your Honor.

02:32PM 15         THE COURT:  Okay.  Mr. Tripi, is there anything else

02:32PM 16 today?

02:32PM 17         MR. TRIPI:  Not today, Your Honor.

02:32PM 18         THE COURT:  Mr. Harrington?

02:32PM 19         MR. HARRINGTON:  No, sir.

02:32PM 20         THE COURT:  Mr. Daniels?

02:32PM 21         MR. DANIELS:  No, Your Honor.

02:32PM 22         THE COURT:  Officer McCray?

02:32PM 23         P.O. MCCRAY:  No, Judge.  Thank you.

02:32PM 24         THE COURT:  All right.  Have a good day and stay

02:32PM 25 safe, okay?

02:33PM    1            MR. TRIPI:  Thank you, Your Honor.

02:33PM    2            MR. DANIELS:  Thanks, Judge.

02:33PM    3    (Proceedings concluded.)

1          CERTIFICATE OF TRANSCRIBER

2

3          In accordance with 28, U.S.C., 753(b), I certify that

4   this is a true and correct record of the proceedings held in

5   the United States District Court for the Western District of

6   New York before Honorable Judge Michael J. Roemer, on March

7   8th, 2021.

8

9

10                              s/ Megan E. Pelka, RPR

11                              Megan E. Pelka, RPR

12                              Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25