UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                            **NOTICE OF APPEAL**

                                           Case No. 19-CR-227

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                        Defendants.

_____

      Pursuant to FRAP 3(a)(1) notice is hereby given that Peter Gerace, Jr., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Text Order entered in this action on the 9th day of November 2021. This appeal is taken from each and every part of the November 9, 2021 Text Order as well as from the whole thereof.

DATED:      November 18, 2021
                   Amherst, New York

                                                  *s/ Steven M. Cohen, Esq.*    .
                                                  Steven M. Cohen, Esq.
                                                  HOGANWILLIG, PLLC
                                                  *Attorneys for Defendant*
                                                  2410 North Forest Road, Suite 301
                                                  Amherst, New York 14068
                                                  Telephone: (716) 636-7600
                                                  *scohen@hoganwillig.com*

TO:    Hon. Michael J. Roemer

          Joseph M. Tripi, Esq.
          138 Delaware Avenue
          Buffalo, New York 14202