UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                  **NOTICE OF MOTION**

                                                  Case No. 19-CR-227

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                        Defendants.

---

SIRS:

        PLEASE TAKE NOTICE that upon the annexed Declaration of Steven M. Cohen, Esq. with attached exhibits, duly sworn to on the 21st day of December, 2021, and upon the indictment and other proceedings previously had herein, the undersigned will move this Court, at a term to be held in the United States Courthouse, Buffalo, New York, on the ___ day of December, 2021 at 10:00 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following relief:

        (1) Reconsidering the Hon. Michael J. Roemer's denial for Defendant's Request Amendment of the conditions of Mr. Gerace's release pursuant to 18 U.S.C. § 3142 (a)(2); and

        (2) Such other and further relief as the Court deems proper.

DATED:    December 21, 2021                Respectfully submitted,

                                                          */s/ Steven M. Cohen, Esq.*
                                                          Steven M. Cohen, Esq.
                                                          *Attorneys for Peter Gerace, Jr.*
                                                          2410 North Forest Road, Suite 301
                                                          Amherst, New York 14068
                                                          Telephone: (716) 636-7600
                                                          Fax: (716) 636-7606

TO:     JOSEPH TRIPPI, ESQ.
           United States Attorney for the Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202

**HOGANWILLIG**
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com