

Pharaoh's
999 Aero Drive
Cheektowaga NY 14225

Apollo 123 Inc.
dba Deweys Paving
551 Woodward Ave
North Tonawanda
(716) 602-5917

| | | |
|---|---|---|
| PHASE 1 | Clean all loose debris from parking lot. Apply RC 30 tack coat at 100% coverage. | |
| PHASE 2 | Prefill all low areas and compact. | |
| PHASE 3 | Install one 2" drain riser in main parking lot. | |
| PHASE 4 | Apply 1.5" of 7F top to entire work area and roll to a smooth finish. | |
| PHASE 5 | | |

## INVOICE TERMS UPON COMPLETION:

*Assigned Project Manager: Mr. Robert Mastandrea (716)602-5917.
*Deweys Paving will furnish all labor, equipment and material required.
*This quotation does not include any performance bonds, special licenses, association fees, or special services.
*Checks are to be made out to: APOLLO 123 INC. DBA DEWEYS PAVING
*PAYMENT IS DUE UPON COMPLETION. If payment is not paid with in 14 days, a 1.5% charge will be assessed monthly.
*Owners failure to tender payment to a performing Contractor or Subcontractor may subject the owners property to applicable liens by the Contractor or Subcontractor in order to enforce payments.
*Owner also agrees to pay all attorney fees and court charges if warranted.
*This quote is valid for 30 days from quotation date. Please contact the undersigned, or their designate as assigned above for any questions or concerns.
*Any patchwork job must be taxed - not considered capital gain. NYS Capital Improvement form to be provided on any work awarded. No sales tax accessed if properly completed and signed. Form to be filed prior to work start,

Robert M Mastandre
Apollo 123 Inc.
dba Deweys Paving
Customer must sign and return with a deposit of 50%.
Final balance due on job completic

| Subtotal | $84,600 |
|---|---|
| Tax: | |
| TOTAL: | $84,600 |

INVOICE

**Elite Designs International, Ltd.**
12184 Allegany Road
Silver Creek, NY 14136
(716) 934-7166   Fax (716) 934-7231

# Estimate

| Date | Estimate # |
|---|---|
| 8/27/2021 | 4651 |

**Name / Address**

Pharaohs GC Inc.
999 Aero Drive
Cheektowaga, NY 14225

| Rep | Job Name |
|---|---|
| MW | Work in Progres... |

| Description | Total |
|---|---|
| We hereby submit specifications and estimates for:<br><br>This estimate is for WORK IN PROGRESS<br><br>DJ Booth<br>Replacement Poles<br>New Back Bar<br>Three (3) VIP Booths<br>Constructing three (3) private VIP rooms, new stage entrance with lighting and removal of large display case.<br><br>BUDGET: $125,000.00<br><br>WE PROPOSE, hereby to furnish material and labor in accordance with the above specifications.<br>PAYMENT TO BE MADE AS FOLLOWS:<br>50% DEPOSIT REQUIRED ON ACCEPTANCE<br>45% DUE UPON DELIVERY<br>5% DUE UPON INSTALLATION<br>All materials are of the description specified. Work will be performed in accordance with standard practice. Any change is subject to mutual agreement, and in the event of such change, an equitable adjustment shall be made in price. Not responsible for any cause or condition beyond our control. Elite Designs is not responsible for plumbing or electrical work.<br><br>ACCEPTED - Date_____ SIGNATURE_____<br>Sales Tax - Erie | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00 |

| | Total | $0.00 |
|---|---|---|