**HARMONY HEALY**
ATTORNEY

DIRECT LINE: 716.932.6597
DIRECT FAX: 716.932.6697
HHEALY@HOGANWILLIG.COM



# HOGANWILLIG
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

December 27, 2021

John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

   Re: United States of America v. Joseph Bongiovanni, et al.
      Case No.: 19-CR-227
      Motion for Reconsideration

---

Dear Justice Sinatra:

  Please be advised that HoganWillig, PLLC represents defendant Peter Gerace in the above referenced case, in which we are requesting an Application for Indicative Ruling, pursuant under the Federal Rules of Appellate Procedure §12.1 (b), regarding Hon. Michael J. Roemer's denial for Defendant's request Amendment of the conditions of Mr. Gerace's release pursuant to 18 U.S.C. § 3142 (a)(2). A copy of the Magistrate's Order is enclosed for your review.

  Should you review and overrule the Magistrate Judge's decision, we will withdraw our appeal currently at the 2nd Circuit and proceed accordingly.

  Thank you for your consideration.

                Respectfully submitted,

                Harmony A. Healy, Esq.

HAH/cr
Enclosure

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3255537.1}