**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January, two thousand twenty-two.

_____

United States of America,

        Appellee,

v.

Peter Gerace, Jr.,

        Defendant - Appellant.

_____

**ORDER**

Docket Nos. 21-2419(L), 21-2866(CON)

Appellant Gerace moves to withdraw his appeal docketed under 21-2866.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal under 21-2866 is deemed WITHDRAWN. The appeal taken under Docket No. 21-2419 will proceed in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/21/2022