# EXHIBIT C

1  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF NEW YORK**
2

3  UNITED STATES OF AMERICA,          )
                                      ) Case No. 1:19-CR-0227
4                                     )              (JLS)(MJR)
                  Plaintiff,          )
5                                     )
   vs.                                ) March 8th, 2021
6                                     )
   JOSEPH BONGIOVANNI,                )
7  PETER GERACE, JR.,                 )
   (Via Zoom for Government)          )
8                                     )
                  Defendants.         )
9

10              **TRANSCRIPT OF ARRAIGNMENT**
        **BEFORE THE HONORABLE MICHAEL J. ROEMER**
11          **UNITED STATES MAGISTRATE JUDGE**

12

13 <u>APPEARANCES:</u>

14 For the Plaintiff:    JAMES P. KENNEDY, JR.
                         UNITED STATES ATTORNEY
15                       BY:  JOSEPH TRIPI, ESQ.
                         (Via Zoom for Government)
16                       ASSISTANT UNITED STATES ATTORNEY
                         138 Delaware Avenue
17                       Buffalo, NY 14202

18 For the Defendant:    HARRINGTON & MAHONEY
   BONGIOVANNI          BY:  JAMES HARRINGTON, ESQ.
19                            JESSIE PYLE, ESQ.
                         (Via Zoom for Government)
20                       70 Niagara Street
                         Third Floor
21                       Buffalo, NY 14202

22 For the Defendant:    JOEL DANIELS, ESQ.
   GERACE               (via Zoom for Government)
23                       42 Delaware Avenue, Suite 700
                         Buffalo, NY 14202
24
   Probation Officer:    ANDRE MCCRAY
25
   Audio Recorder:       ROSALIE ZAVARELLA

1   APPEARANCES CONTINUED:

2   Transcriber:            MEGAN E. PELKA, RPR
                            Robert H. Jackson US Courthouse
3                           2 Niagara Square
                            Buffalo, NY 14202
4                           (716) 364-6449

5           Proceedings recorded with electronic sound recording,
01:54PM     transcript prepared with computer-aided transcription.
01:54PM  6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

01:56PM    1          THE CLERK:  We're here on the matter of Peter Gerace,

01:56PM    2   Jr. and Joseph Bongiovanni, case number 19-CR-227, for an

01:56PM    3   argument on a second superseding indictment.  Counsel from the

01:56PM    4   government, please state your name for the record.

01:56PM    5          MR. TRIPI:  Joseph Tripi for the United States.

01:56PM    6          THE CLERK:  Thank you.  Counsel for Defendant

01:57PM    7   Bongiovanni, please state your name for the record.  You are

01:57PM    8   muted.

01:57PM    9          MR. HARRINGTON:  James Harrington and Jessie Pyle.

01:57PM   10          THE CLERK:  Thank you.  And counsel for Defendant

01:57PM   11   Gerace, please state your name for the record.

01:57PM   12          MR. DANIELS:  Joel Daniels.

01:57PM   13          THE CLERK:  Thank you.  And I note we have

01:57PM   14   Mr. Bongiovanni and Mr. Gerace on video and we also have the

01:57PM   15   U.S. Probation Officer Andre McCray on video.

01:57PM   16          THE COURT:  Good afternoon.  Before we start, I have

01:57PM   17   to read a statement.

01:57PM   18     Persons granted remote access to these proceedings are

01:57PM   19   reminded of the general prohibition against photographing,

01:57PM   20   recording or rebroadcasting of court proceedings.  Violation

01:57PM   21   of these prohibitions may result in sanctions including

01:58PM   22   removal of court-issued media credentials, restricted entry to

01:58PM   23   future hearings, denial of entry to future hearings, or any

01:58PM   24   other sanctions deemed necessary by the Court, including

01:58PM   25   contempt of court.

01:58PM  1      Mr. Harrington, have you had an opportunity to explain to

01:58PM  2  Mr. Bongiovanni that he has the right to have this arraignment

01:58PM  3  held here in the courthouse and is he waiving that right and

01:58PM  4  agreeing to appear by videoconference today?

01:58PM  5      MR. HARRINGTON:  I have and he does, Judge.

01:58PM  6      THE COURT:  Mr. Daniels, have you had the opportunity

01:58PM  7  to explain to Mr. Gerace that he has the right to have this

01:58PM  8  arraignment held here in the courthouse, is he waiving that

01:58PM  9  right and agreeing to appear by video conference today?

01:59PM  10      MR. DANIELS:  He is, Judge.

01:59PM  11      THE COURT:  Thank you, sir.  Okay.  We're here for an

01:59PM  12  arraignment on a second superseding indictment.  Mr. Tripi,

01:59PM  13  before we start, is the second superseding indictment -- does

01:59PM  14  that add new charges against Mr. Bongiovanni?

01:59PM  15      MR. TRIPI:  It does, Your Honor and I am prepared as

01:59PM  16  I go through the indictment to indicate what charges are new.

01:59PM  17      THE COURT:  Okay.  Mr. Harrington, do you want to

01:59PM  18  just talk about the new charges and not go over the old

01:59PM  19  charges again?

01:59PM  20      MR. HARRINGTON:  That's fine, Judge.

01:59PM  21      THE COURT:  Okay.

01:59PM  22      MR. TRIPI:  Want me to proceed one at a time, Your

01:59PM  23  Honor?

01:59PM  24      THE COURT:  Yeah, if you just --

02:00PM  25      MR. TRIPI:  A lot of the counts overlap, so it might

02:00PM   1   make sense to go through both defendants at the same time.

02:00PM   2   That's all.

02:00PM   3           THE COURT:  Okay.  If that's the way you want to

02:00PM   4   proceed, that's fine.

02:00PM   5           MR. TRIPI:  Your Honor, the indictment alleged 18

02:00PM   6   counts total.  Count 1 through 5, 8 and 10 through 18 charge

02:00PM   7   Mr. Bongiovanni.  Counts 2 and 6 through 9 charge Mr. Gerace,

02:00PM   8   Jr.

02:00PM   9       The indictment begins with an introduction which describes

02:00PM  10   Mr. Bongiovanni, Mr. Gerace, some other individuals, as well

02:00PM  11   as some background regarding Mr. Bongiovanni and Gerace.

02:00PM  12       Count 1 charges Mr. Bongiovanni with conspiracy to defraud

02:00PM  13   the United States beginning in or about 2008 until about

02:01PM  14   August 2019.  That has a maximum penalty of five years, a

02:01PM  15   $250,000 fine.  That charge is only against Mr. Bongiovanni.

02:01PM  16   That conspiracy is an agreement with Michael Masecchia and

02:01PM  17   others known and unknown.  That count had a manner and means

02:01PM  18   which is laid out, as well as a number of overt acts regarding

02:01PM  19   that conspiracy.

02:01PM  20       Count 2 charges both Mr. Bongiovanni and Mr. Gerace.  I'll

02:01PM  21   note, Your Honor, in the predecessor preceding indictment,

02:01PM  22   Mr. Gerace was referenced in that as co-conspirator 2.  Count

02:01PM  23   2 is a new charge, although much of the information that was

02:02PM  24   in the prior indictment in Count 1 is contained in Count 2, so

02:02PM  25   a number of the overt acts, manner and means, et cetera, but

02:02PM  1    Count 2 charges both defendants with conspiracy to defraud the

02:02PM  2    United States.  It has a manner and means laid out.  It

02:02PM  3    incorporates the introduction by reference and that occurred

02:02PM  4    between beginning in or about 2005 and continued until in or

02:02PM  5    about February 2019.  Again, the maximum penalty is five years

02:02PM  6    and a $250,000 fine.  Two has a manner and means section as

02:02PM  7    well as a number of overt acts.

02:02PM  8        Page 26 of the indictment has Count 3.  That relates to

02:02PM  9    Mr. Bongiovanni.  Minimum is 10 years.  Maximum is life.

02:03PM  10   Conspiracy to distribute controlled substances is the charge

02:03PM  11   and it's got a $10 million fine maximum.

02:03PM  12       Count 4 is a public official accepting a bribe beginning

02:03PM  13   in or about 2008 and continuing to in or about 2017.  That

02:03PM  14   charge relates only to Mr. Bongiovanni.  It incorporates the

02:03PM  15   introduction in Count 1 by reference.  Maximum penalty is

02:03PM  16   15 years and a $250,000 fine.

02:03PM  17       Count 5 is a public official accepting a bribe.  That

02:03PM  18   incorporates the introduction in Count 2.  That charge begins

02:03PM  19   in or about 2009 and continues to on or about June 6, 2019 and

02:03PM  20   charges Mr. Bongiovanni.  Maximum penalty is 15 years and a

02:03PM  21   $250,000 fine.  That public official accepting a bribe also

02:03PM  22   references Mr. Gerace, Jr. in the body of the charge, although

02:04PM  23   he's not charged, obviously, in that count.

02:04PM  24       Count 6 charges Mr. Gerace paying a bribe to a public

02:04PM  25   official.  It incorporates the introduction in Count 2 by

02:04PM  1    reference.  Again, it begins in or about 2009 and continues to

02:04PM  2    on or about June 6, 2019, and that's in sum and substance for

02:04PM  3    paying bribes to Mr. Bongiovanni.

02:04PM  4        Count 7 is a new charge.  It relates entirely to Peter

02:04PM  5    Gerace, Jr.  That's for maintaining a drug-involved premises

02:04PM  6    at 999 Aero Drive, Pharaoh's Gentlemen's Club, for

02:05PM  7    manufacturing, distribution and using cocaine, cocaine base,

02:05PM  8    methamphetamine, amphetamine also known as Adderall, marijuana

02:05PM  9    and heroin in violation of 21 U.S. Code 856(a)(1) and Title

02:05PM  10   18, United States Code, Section 2.  That date range of that

02:05PM  11   charge is beginning in or about 2006 and continuing until on

02:05PM  12   or about December 12th, 2019.

02:05PM  13       Count 8 is a new charge; charges both Mr. Bongiovanni and

02:05PM  14   Gerace, Jr. with conspiracy to distribute controlled

02:05PM  15   substances beginning in or about 2009 until in or about

02:05PM  16   February 2019.  The offense is in relationship to the

02:05PM  17   conspiracy to possession with intent to distribute and to

02:05PM  18   distribute cocaine, cocaine base, methamphetamine and

02:05PM  19   amphetamine, also known as Adderall, and essentially

02:06PM  20   maintaining the premises at 999 Aero Drive for manufacture,

02:06PM  21   use and distribution of controlled substances.

02:06PM  22       Count 9 is a new count, relates solely to Mr. Gerace, Jr.,

02:06PM  23   charges him with conspiracy to commit sex trafficking

02:06PM  24   beginning in or about 2009 and continuing until in or about

02:06PM  25   2017.  That's punishable by a maximum penalty of life

02:06PM 1    imprisonment and a $250,000 fine.  Judge, if I neglected to

02:06PM 2    say it, Count 8, the maximum was 20 years and a maximum $1

02:06PM 3    million fine.

02:06PM 4        Count 10, although it's a renumbered count, it is an

02:06PM 5    obstruction of justice count and it -- other than changing

02:06PM 6    some numbering of the count and incorporating the introduction

02:06PM 7    in Count 1 by reference in sum and substance -- it was

02:07PM 8    previously charged, but it is obstruction of justice related

02:07PM 9    to November 4th, 2014.  All the obstruction of justice counts

02:07PM 10   are 20-year maximums, $250,000 fine.

02:07PM 11       Count 11 is another obstruction of justice charge for

02:07PM 12   Mr. Bongiovanni related to January 28th, 2015.

02:07PM 13       Count 12 is another obstruction of justice charge related

02:07PM 14   to Mr. Bongiovanni that relates to on or about November 1st,

02:07PM 15   2018.  Again, 20 years maximum, $250,000 fine.

02:07PM 16       Count 13, another obstruction of justice count, relates to

02:07PM 17   Mr. Bongiovanni; maximum 20 years, maximum fine $250,000.

02:07PM 18       Count 14, another obstruction of justice count, relates to

02:07PM 19   January 28th, 2019; same penalties.

02:07PM 20       Count 15, another obstruction of justice count for

02:07PM 21   Mr. Bongiovanni beginning on a date unknown but no later than

02:08PM 22   on or about February 1st, 2019 to on or about February 8th,

02:08PM 23   2019; same penalties as the other obstruction of justice

02:08PM 24   counts again.  Other than some renumbering and incorporating

02:08PM 25   Counts 1 and 2 by reference, these were all previously

| 02:08PM | 1 | charged. |

02:08PM 2    Count 16 is another obstruction of justice count relating

02:08PM 3 to Mr. Bongiovanni beginning on a date unknown but no later

02:08PM 4 than February 1st, 2019 and continuing to on or about June

02:08PM 5 6th, 2019.  Again, maximum penalty is 20 years, $250,000 fine.

02:08PM 6    Count 17 charges Mr. Bongiovanni with false statements on

02:08PM 7 March 29th, 2019.  The maximum penalty is five years and a

02:08PM 8 $250,000 fine.

02:08PM 9    Count 18 charges Mr. Bongiovanni with false statements.

02:08PM 10 Maximum penalty is five years and a $250,000 fine.

02:09PM 11    The first forfeiture allegation seeks a money judgment of

02:09PM 12 $250,000 from Mr. Bongiovanni.  The second money judgment,

02:09PM 13 which is on the second forfeiture allegation, requests

02:09PM 14 forfeiture of firearms and ammunition pertaining to

02:09PM 15 Mr. Bongiovanni.  Third forfeiture allegation seeks forfeiture

02:09PM 16 of real property at 999 Aero Drive in Cheektowaga and 5145

02:09PM 17 Luxor Lane in Clarence, real property relating to Mr. Gerace.

02:09PM 18 Again, the fourth forfeiture allegation also seeks forfeiture

02:09PM 19 of real property those same two premises, 999 Aero Drive

02:09PM 20 Cheektowaga, New York and 5145 Luxor Lane, Clarence, New York.

02:09PM 21    That's a summary of the indictment, Your Honor and

02:10PM 22 penalties.

02:10PM 23       THE COURT:  Thank you, Mr. Tripi.  Mr. Harrington,

02:10PM 24 sir, do you waive further reading of the indictment?

02:10PM 25       MR. HARRINGTON:  I do, Judge.

| 02:10PM | 1 | THE COURT:  And how does your client plead? |
| 02:10PM | 2 | MR. HARRINGTON:  Not guilty. |
| 02:10PM | 3 | THE COURT:  Mr. Daniels, sir, do you waive further |
| 02:10PM | 4 | reading of the indictment? |
| 02:10PM | 5 | MR. DANIELS:  We do, Judge. |
| 02:10PM | 6 | THE COURT:  And how does your client plead? |
| 02:10PM | 7 | MR. DANIELS:  Not guilty, Judge. |
| 02:10PM | 8 | THE COURT:  Thank you, sir.  We'll put a schedule in |
| 02:10PM | 9 | place.  I note for Mr. Bongiovanni there's already been |
| 02:10PM | 10 | pretrial motions filed.  Mr. Harrington, did you want to stick |
| 02:10PM | 11 | to the schedule we're currently on or did you want an |
| 02:10PM | 12 | opportunity to review the superseding indictment and file |
| 02:10PM | 13 | additional motions? |
| 02:10PM | 14 | MR. HARRINGTON:  Judge, I believe that we'll need to |
| 02:10PM | 15 | file additional motions.  And actually, what has happened with |
| 02:10PM | 16 | the superseding indictment has actually been helpful to us in |
| 02:11PM | 17 | terms of because it spells out a little bit more in detail |
| 02:11PM | 18 | some of what the government's theories and what they believe |
| 02:11PM | 19 | their proof is, so that we think there's some discovery items |
| 02:11PM | 20 | that we need to talk to Mr. Tripi about; also, some additional |
| 02:11PM | 21 | discovery items in addition to everything he's provided. |
| 02:11PM | 22 | So, I think that a new order would be in order for us, |
| 02:11PM | 23 | Judge.  I don't know how you want to handle it with Mr. Gerace |
| 02:11PM | 24 | and Mr. Daniels. |
| 02:11PM | 25 | THE COURT:  Well, I think we can all now get on the |

02:11PM   1   same schedule then, right?  I think that's where we're going.

02:11PM   2   So, Mr. Tripi, how much time do you need to provide additional

02:11PM   3   discovery?

02:11PM   4          MR. TRIPI:  Judge, obviously there are some new

02:11PM   5   charges.  There will be additional discovery.  If I could have

02:11PM   6   30 days to provide that discovery.  If I need more time, I'll

02:12PM   7   ask the Court, but I think it can be done in 30 days.

02:12PM   8          THE COURT:  Okay.  Rosalie?

02:12PM   9          MR. DANIELS:  Judge, if I might?

02:12PM  10          THE COURT:  Sure, sure.

02:12PM  11          MR. DANIELS:  Yeah.  Joel Daniels for Mr. Gerace.  If

02:12PM  12   we could have 60 days, it may make it a little easier for us.

02:12PM  13   We haven't had an opportunity at all to see any of the

02:12PM  14   discovery.  I understand from speaking to Mr. Harrington that

02:12PM  15   there's a lot of boxes here, Judge.

02:12PM  16          THE COURT:  Okay.  Well, this is -- I think this

02:12PM  17   deadline is to get Mr. Tripi to give you the discovery.  And

02:12PM  18   then, I'll allow you as much time as you want to review it and

02:12PM  19   then to prepare your motions, okay?  So, I think that will be

02:12PM  20   the next step.  Okay, Mr. Daniels?

02:12PM  21          MR. DANIELS:  Okay.  Thank you, Judge.

02:12PM  22          THE CLERK:  Discovery will be due April 5th.

02:13PM  23          THE COURT:  Okay.  Now, Mr. Daniels, how long --

02:13PM  24   would you like 60 days to review the discovery and file your

02:13PM  25   motions?

02:13PM   1          MR. DANIELS:  Yes, Judge.  Thank you.

02:13PM   2          THE COURT:  Okay.  Is that okay with you,

02:13PM   3   Mr. Harrington?

02:13PM   4          MR. HARRINGTON:  Yes, Judge.

02:13PM   5          THE CLERK:  June 7th.

02:13PM   6          THE COURT:  Mr. Tripi, how long would you like to

02:13PM   7   file a response?

02:13PM   8          MR. TRIPI:  Because I'll be responding to both, Your

02:13PM   9   Honor.  Could I have 30 days?

02:13PM  10          THE COURT:  Sure.

02:13PM  11          THE CLERK:  July 7th.

02:13PM  12          MR. HARRINGTON:  Judge, before you go further,

02:13PM  13   Mr. Daniels and I had talked about it.  I think that what he

02:13PM  14   meant, which is not clear, is that he would need 60 days to

02:13PM  15   review the discovery.  I think he needs some additional time

02:13PM  16   to prepare his motions.  Am I correct, Joel?

02:13PM  17          MR. DANIELS:  That may be a good suggestion.

02:13PM  18          MR. HARRINGTON:  So, maybe if he had another -- maybe

02:13PM  19   90 days would be maybe --

02:13PM  20          THE COURT:  Okay.  Well, we'll keep the 30 days for

02:14PM  21   discovery.  Now we're going to go 90 days for motions,

02:14PM  22   Rosalie.

02:14PM  23          THE CLERK:  Okay.  That will be July 7th.  And then?

02:14PM  24          THE COURT:  Then 30 days for the government to

02:14PM  25   respond.

02:14PM    1                THE CLERK:  August 9th.

02:14PM    2                THE COURT:  And then we'll give defendants two weeks

02:14PM    3    to reply.

02:14PM    4                THE CLERK:  August 23rd.

02:14PM    5                MR. TRIPI:  Judge, may I sur-reply if applicable?

02:14PM    6                THE COURT:  Well, why don't we cross that bridge when

02:14PM    7    we get there.

02:14PM    8                MR. TRIPI:  All right.  I'll do it in the response if

02:14PM    9    necessary.

02:14PM   10                THE COURT:  Okay.  And set a date for oral argument.

02:14PM   11                THE CLERK:  September 14th at 10:30.

02:15PM   12                MR. TRIPI:  That's fine.

02:15PM   13                THE CLERK:  Thank you.

02:15PM   14                THE COURT:  Is that good with you, Mr. Harrington?

02:15PM   15                MR. HARRINGTON:  Yes, Judge.

02:15PM   16                THE COURT:  Mr. Daniels?

02:15PM   17                MR. DANIELS:  It is, Judge.  Thank you.

02:15PM   18                THE COURT:  Okay.  And right now, unless somebody

02:15PM   19    thinks it should be different, that will be by Zoom, okay?  We

02:15PM   20    don't know where the future is going to take us with this,

02:15PM   21    okay?  All right.

02:15PM   22                MR. TRIPI:  Your Honor, may I raise just one thing

02:15PM   23    before I ask to exclude time and --

02:15PM   24                THE COURT:  Okay.

02:15PM   25                MR. TRIPI:  -- just to point out that on the current

02:15PM 1  motions that Mr. Harrington had filed, replies were due

02:15PM 2  March 9th and oral arguments were due March 16th.  I

02:15PM 3  understand there's more discovery and there's certain things

02:15PM 4  that have changed and he's going to have to review that and

02:15PM 5  make certain responses or motions, excuse me, but I think

02:16PM 6  there may be certain portions of those motions that have

02:16PM 7  already been filed that are still ripe, I guess, for argument,

02:16PM 8  that sort of will permeate through the case.  Should we deal

02:16PM 9  with those now or --

02:16PM 10          THE COURT:  I thought what we just agreed on was that

02:16PM 11  we're going to start over, right?  Mr. Harrington is going

02:16PM 12  to -- if he wants to reassert these motions, he'll reassert

02:16PM 13  them with the current batch of motions.  Is that right,

02:16PM 14  Mr. Harrington?

02:16PM 15          MR. HARRINGTON:  Yes, Judge.

02:16PM 16          THE COURT:  That's what I prefer to do.  I don't want

02:16PM 17  to break it up.

02:16PM 18          MR. TRIPI:  Okay, Judge.  I was just making sure we

02:16PM 19  weren't supplementing what was already filed.  We're starting

02:16PM 20  over?

02:16PM 21          THE COURT:  Starting over.  Okay.  Now, I'll hear

02:16PM 22  from you, Mr. Tripi, on Speedy Trial.

02:16PM 23          MR. TRIPI:  Yes, Your Honor.  I'd ask that the time

02:16PM 24  from today's date until the defense motion deadline, which is

02:17PM 25  July 7th, 2021, be excluded in the interest of justice in the

02:17PM  1  interest of effective assistance of counsel.  Counsel for

02:17PM  2  Mr. Bongiovanni already has a lot of discovery that they'll be

02:17PM  3  reviewing.  In addition, he'll be obtaining more discovery and

02:17PM  4  they'll be assessing that discovery in light of the second

02:17PM  5  superseding indictment which did, although has a lot of the

02:17PM  6  same charges, does add some new charges and, of course, adds a

02:17PM  7  co-defendant.

02:17PM  8      As it relates to Mr. Gerace's counsel, Mr. Daniels,

02:17PM  9  obviously, until a few days ago, there were no charges pending

02:17PM 10  against Mr. Gerace.  So, there's been no discovery previously

02:17PM 11  provided to Mr. Daniels.  So, he'll have to obtain all the

02:17PM 12  discovery that was previously made available and provide it to

02:17PM 13  Mr. Bongiovanni plus any additional discovery that is

02:17PM 14  generated in the case.

02:17PM 15      We're going to be providing that on the deadline that the

02:17PM 16  Court had set of April 5th.  There is voluminous discovery.

02:18PM 17  We are putting it in a searchable, reviewable format.  This is

02:18PM 18  the nature -- this is the type of case though, I will say,

02:18PM 19  that investigation will continue.  So, there may be additional

02:18PM 20  items that come in after that date and we understand our

02:18PM 21  obligations under Rule 16(c).  We'll keep providing discovery

02:18PM 22  on a continuing basis.

02:18PM 23      I'd ask that, for those reasons though, for defense

02:18PM 24  counsel to review the discovery, consult with their clients,

02:18PM 25  assess that discovery in light of the second superseding

02:18PM  1  indictment, that time be excluded from the Speedy Trial Act

02:18PM  2  clock until July 7th, 2021 for the defense filing of motions,

02:18PM  3  for effective assistance of counsel, for continuity of counsel

02:18PM  4  and for all those reasons, it would outweigh both of the

02:18PM  5  defendants' and the public's right to a more speedy trial

02:18PM  6  pursuant to Title 18 U.S. Code 3161(h)(7)(A) and

02:18PM  7  3161(h)(7)(B)(iv) and I'd ask that an order of exclusion be

02:19PM  8  entered to that effect.

02:19PM  9          THE COURT:  Mr. Harrington?

02:19PM  10          MR. HARRINGTON:  We agree, Judge.

02:19PM  11          THE COURT:  Mr. Daniels?

02:19PM  12          MR. DANIELS:  No objection, Judge.

02:19PM  13          THE COURT:  For the reasons stated by the government,

02:19PM  14  the Court finds that the ends of justice served by the request

02:19PM  15  for continuance outweigh the best interest of the defendants

02:20PM  16  and the public in a speedy trial and the time between today

02:20PM  17  and July 7th, 2021 shall be excluded from the Speedy Trial

02:20PM  18  clock.

02:20PM  19     Mr. Bongiovanni has been released on conditions since the

02:20PM  20  original indictment.  I know of no problems with that, so

02:20PM  21  he'll continue on conditions.  And Mr. Gerace was released on

02:20PM  22  conditions by the magistrate judge in Florida.  I am going to

02:20PM  23  go through those conditions with Mr. Gerace quickly just so --

02:20PM  24  to make sure we're all on the same page here.

02:20PM  25          MR. DANIELS:  Judge, if I might?

02:20PM   1              THE COURT:  Yes, sir.

02:20PM   2              MR. DANIELS:  I didn't meant to interrupt the Court.

02:20PM   3     The conditions were set by the magistrate judge in Fort

02:20PM   4     Lauderdale.  We did object to several of the conditions and

02:20PM   5     explained that we would revisit those most likely when

02:20PM   6     Mr. Gerace was transferred here to Buffalo or came up to

02:21PM   7     Buffalo.  I understand the Court wants to go through those.  I

02:21PM   8     do have some objections to several of them and I just want to

02:21PM   9     raise that as the Court goes through them.

02:21PM   10             THE COURT:  Okay.  Mr. Daniels, here's my

02:21PM   11    understanding of the statute and the case law in this area,

02:21PM   12    okay?

02:21PM   13             MR. DANIELS:  Yes.

02:21PM   14             THE COURT:  The judge down there set these

02:21PM   15    conditions, okay?  If you're opposed to any of those

02:21PM   16    conditions, you need to appeal that to the district court

02:21PM   17    judge and in this case, that's Judge Sinatra, okay?  The way

02:21PM   18    the statute reads, I don't review what the magistrate judge

02:21PM   19    down in Florida did, okay?  And --

02:21PM   20             MR. DANIELS:  Well, we did -- again, for the -- I'm

02:21PM   21    sorry.

02:21PM   22             THE COURT:  I could cite you a couple cases which I

02:21PM   23    think support that.

02:21PM   24             MR. DANIELS:  I understand.

02:21PM   25             THE COURT:  There's *United States vs. Cisneros*, 328

02:22PM   1   F.3d 610, (10th Cir. 2003), *United States vs. Pickens* which is

02:22PM   2   the District of New Hampshire December 21st, 2011.  And so,

02:22PM   3   your option to appeal anything or to question anything that

02:22PM   4   the magistrate judge did in Florida is to appeal under 3145 to

02:22PM   5   District Judge Sinatra, okay?

02:22PM   6         MR. DANIELS:  I understand Judge.  Just for the

02:22PM   7   record, I just wanted to state very briefly what our concerns

02:22PM   8   were.  And again, I did raise that before the magistrate

02:22PM   9   judge.  I don't mean to impose on the Court at all, but there

02:22PM  10   are some issues that were fairly important to Mr. Gerace.  If

02:22PM  11   I may, Judge, I'll go through them very quickly.

02:23PM  12         THE COURT:  Sure.

02:23PM  13         MR. DANIELS:  If I can.  Thank you.  We have to

02:23PM  14   surrender our passport.  I don't have it yet.  I should have

02:23PM  15   it within the next few days.  As soon as I do, I will see that

02:23PM  16   that's given to the clerk's office.

02:23PM  17      Number two, we're supposed to stay away, required to not

02:23PM  18   have any contact with witnesses.  We're only aware of one that

02:23PM  19   was mentioned, that's Kathleen Nigro, also known as -- Katrina

02:23PM  20   Nigro, I'm sorry, also known as Katrina Lee.  Briefly, she'd

02:23PM  21   be the last person that Mr. Gerace would want to have any

02:23PM  22   contact with.  I don't think he'd want to be in the same

02:23PM  23   hemisphere with her.  They were divorced five years ago and

02:24PM  24   she's caused a lot of difficulty and trouble for him over the

02:24PM  25   last five years.  She doesn't seem to want to stop, but she's

02:24PM  1  very, very active on Facebook and she's had a lot of harmful

02:24PM  2  attacks against him on Facebook as recently as the last few

02:24PM  3  days.  And we would ask that the Court perhaps advise the

02:24PM  4  government to direct her to discontinue and refrain from those

02:24PM  5  attacks.  And if we have to raise that before Judge Sinatra,

02:24PM  6  we will.

02:24PM  7      Most importantly, Judge, Mr. Gerace is the sole owner of

02:24PM  8  his business, that's Pharaoh's Gentlemen's Club, or as the

02:25PM  9  media refers to it, as a strip club, of course.  He's owned it

02:25PM 10  for three years.  It's a very successful business.  He has

02:25PM 11  taken some financial hits because of COVID in the last year,

02:25PM 12  but it seems to be recovering and doing quite well.

02:25PM 13      The business opens at noon and it stays open until the

02:25PM 14  early morning hours, depending, of course, on how long they

02:25PM 15  can open with the government's COVID restrictions.  And

02:25PM 16  according to the conditions of release, he is not allowed to

02:25PM 17  go there.  He is not allowed to go to his business.  This is

02:25PM 18  his sole source of income.

02:25PM 19      And all we ask for is the ability to go and just do some

02:26PM 20  office work between 9 in the morning and 12 noon.  That's

02:26PM 21  before anybody even gets there.  That's before the employees

02:26PM 22  get there.  There's over 100 employees and they don't start

02:26PM 23  coming in until after noon.  So, if he could be there between

02:26PM 24  nine in the morning and noon just to do some paperwork and the

02:26PM 25  rest of the time he won't be there.  And that business runs

02:26PM  1  seven days a week, because that's a very harsh, almost unfair

02:26PM  2  restriction on him not to be allowed to go to his business.

02:26PM  3  That's a rather hard on him, Judge.

02:26PM  4      Again, we raised these issues.  I understand the

02:26PM  5  magistrate in Florida may not have been familiar with all

02:26PM  6  these matters because she's a native of Lauderdale and is not

02:26PM  7  here, but I bring that up to the Court's attention because

02:27PM  8  those are fairly restrictive for Mr. Gerace and ask for any

02:27PM  9  consideration the Court can do here, Judge.  Thank you.

02:27PM  10      MR. TRIPI:  Well, Judge, that's the location where

02:27PM  11  he's charged with maintaining a drug-involved premises and

02:27PM  12  conspiring to commit sex trafficking.  So, that was -- in lieu

02:27PM  13  of moving for detention in a case where we had very strong

02:27PM  14  dangerousness arguments, we instead landed on that restriction

02:27PM  15  and the magistrate judge in Florida agreed.

02:27PM  16      THE COURT:  Yeah.  And as I stated, Mr. Daniels, the

02:27PM  17  way I read the statute and the case law, I don't have the

02:27PM  18  authority to undo what she did, Judge Sinatra would, and you

02:27PM  19  have to appeal to him, okay?

02:27PM  20      MR. DANIELS:  I understand.

02:28PM  21      THE COURT:  Okay.  All right.  So, he is to report to

02:28PM  22  pretrial services directed by U.S. Probation Office.  He's to

02:28PM  23  surrender any passport or passport card to the clerk of court.

02:28PM  24  He is to surrender any international travel documents to

02:28PM  25  appropriate authorities.  He is not to obtain a new passport

02:28PM   1   or other international travel documents.  His travel is

02:28PM   2   restricted to the Western District of New York unless

02:28PM   3   permission is granted to travel elsewhere.  He is to remain at

02:28PM   4   a verifiable address approved by pretrial services.  He's to

02:28PM   5   avoid all contact with co-defendants and defendants in related

02:28PM   6   cases unless approved by pretrial services.  He is to avoid

02:28PM   7   all contact with directly or indirectly with any person who

02:29PM   8   are or who may become a potential victim or witness in this

02:29PM   9   case.

02:29PM  10       He is not to possess a firearm or destructive device.  He

02:29PM  11   is to refrain from any use of alcohol.  He is to refrain from

02:29PM  12   any use or unlawful possession of a narcotic drug unless

02:29PM  13   prescribed.  He is to submit to drug and alcohol testing and/

02:29PM  14   or treatment as directed by pretrial services, including co-

02:29PM  15   payment.  He is to refrain from obstructing or attempting to

02:29PM  16   obstruct or tamper in any fashion with the efficiency and

02:29PM  17   accuracy of any prohibited substance testing which is required

02:29PM  18   as a condition of release.

02:29PM  19       He is to abide by the conditions of a location monitoring

02:29PM  20   program through GPS to be monitored electronically via home

02:30PM  21   detention and restricted to his residence at all times except

02:30PM  22   for employment, education, religious services, medical,

02:30PM  23   substance abuse or mental health treatment, attorney visits,

02:30PM  24   court appearance and court-ordered obligations.  He will

02:30PM  25   contribute to the cost of services as directed by the pretrial

02:30PM   1   services office.  He is to refrain from obstructing or

02:30PM   2   attempting to obstruct or tamper in any fashion with the

02:30PM   3   electronic monitoring which is required as a condition of

02:30PM   4   release.  He is to report within 72 hours to pretrial services

02:30PM   5   any contact with any law enforcement personnel including but

02:30PM   6   not limited to any arrest, questioning or traffic stop.

02:30PM   7       He shall not have any contact with Katrina Nigro.  He

02:30PM   8   shall not visit Pharaoh's Gentlemen's Club located at 999 Aero

02:31PM   9   Drive, Cheektowaga, New York and is to stay away from any

02:31PM   10   other strip clubs.

02:31PM   11       Mr. Gerace, do you understand those conditions of release,

02:31PM   12   sir?  You're on mute, sir.  Do you know how to take yourself

02:31PM   13   off mute?

02:31PM   14           THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM   15           THE COURT:  Okay.  Do you understand those

02:31PM   16   conditions, sir?

02:31PM   17           THE DEFENDANT:  Yes, I do, Your Honor.

02:31PM   18           THE COURT:  Okay.  Very good.  So, as I said,

02:31PM   19   Mr. Daniels if you want any of those changed, what the

02:31PM   20   magistrate judge did in Florida, you'll have to appeal that to

02:31PM   21   Judge Sinatra.

02:31PM   22       I don't know if this happened before in this case or down

02:31PM   23   in Florida, but pursuant to Federal Rule of Criminal Procedure

02:31PM   24   5(f), I direct the government to comply with its obligation

02:31PM   25   under *Brady vs. Maryland* and its progeny to disclose to

02:31PM   1   defense all information, whether admissible or not, that is

02:31PM   2   favorable to the defendant, material either to guilt or to

02:32PM   3   punishment and known to the prosecution, the government.

02:32PM   4   Possible consequences for non-compliance may include dismissal

02:32PM   5   of individual charges or the entire case, exclusion of

02:32PM   6   evidence, a professional discipline or court sanctions on the

02:32PM   7   attorneys responsible.

02:32PM   8        I will be entering a written order more fully describing

02:32PM   9   this obligation and possible consequences of failing to meet

02:32PM  10   and I direct the government to review and comply with that

02:32PM  11   order.  Mr. Tripi, do you confirm on the behalf of the

02:32PM  12   government that the government understands its obligations and

02:32PM  13   will fulfill them?

02:32PM  14             MR. TRIPI:  Yes, Your Honor.

02:32PM  15             THE COURT:  Okay.  Mr. Tripi, is there anything else

02:32PM  16   today?

02:32PM  17             MR. TRIPI:  Not today, Your Honor.

02:32PM  18             THE COURT:  Mr. Harrington?

02:32PM  19             MR. HARRINGTON:  No, sir.

02:32PM  20             THE COURT:  Mr. Daniels?

02:32PM  21             MR. DANIELS:  No, Your Honor.

02:32PM  22             THE COURT:  Officer McCray?

02:32PM  23             P.O. MCCRAY:  No, Judge.  Thank you.

02:32PM  24             THE COURT:  All right.  Have a good day and stay

02:32PM  25   safe, okay?

02:33PM    1            MR. TRIPI:  Thank you, Your Honor.

02:33PM    2            MR. DANIELS:  Thanks, Judge.

02:33PM    3    (Proceedings concluded.)

1                    CERTIFICATE OF TRANSCRIBER

2

3          In accordance with 28, U.S.C., 753(b), I certify that

4    this is a true and correct record of the proceedings held in

5    the United States District Court for the Western District of

6    New York before Honorable Judge Michael J. Roemer, on March

7    8th, 2021.

8

9

10                              s/ Megan E. Pelka, RPR

11                              Megan E. Pelka, RPR

12                              Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25