# UNITED STATES DISTRICT COURT
for the

Western District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cr-227 |
| Joseph Bongiovanni, Peter Gerace, Jr. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Gerace, Jr.

Date: February 1, 2022

/s/Harmony Healy, Esq.
*Attorney's signature*

Harmony Healy, Esq.
*Printed name and bar number*
2410 N. Forest Road, Suite 301
Amherst, NY 14068

*Address*

hhealy@hoganwillig.com
*E-mail address*

716-636-7600
*Telephone number*

716-636-7606
*FAX number*