U.S. v. GERACE
PREJUDICIAL SURPLUSAGE

| Prejudicial Language | Second Superseding Indictment Paragraph & Page |
|---|---|
| ". . . included, among others, individuals he believed to be members of, connected to, or associated with Italian Organized Crime [IOC] in the Western District of New York and elsewhere" | ¶ 3, p. 2 |
| "Michael Masecchia . . . is a member or associate of IOC in the Western District of New York, and elsewhere" | ¶ 5, p. 2 |
| ". . . who he believed were connected to or associated with IOC, from criminal investigations" | ¶ 4, p. 5 |
| ". . . whom he believed were members and associates of IOC" | ¶ 5, pp. 5-6 |
| ". . . the defendant believed to be connected to or associated with IOC" | ¶ 5, pp. 5-6 |
| ". . and individuals the defendant believed to be connected to or associated with IOC" | ¶ 5, pp. 5-6 |
| ". . . to individuals he believed to be connected to or associated with IOC" | ¶ 6, p. 6 |
| ". . . and individuals he believed were connected to or associated with IOC" | ¶ 17, p. 9 |
| ". . . and individuals who he believed were members of, connected to, or associated with IOC" | ¶ 20, p. 9 |
| "Masecchia is an associate and possibly made member of the Buffalo LCN family, an IOC group operating in Buffalo, New York and elsewhere" | ¶ 35, p. 12 |
| ". . . and individuals the defendants believed to be connected to or associated with IOC, including the defendant Gerace and others" | ¶ 5, p. 19 |
| ". . . and individuals the defendant believed to be connected to or associated with IOC" | ¶ 5, p. 19 |
| ". . . and individuals he believed were connected to or associated with IOC" | ¶ 12, p. 20 |
| ". . . and individuals who he believed were members of, connected to, or associated with IOC" | ¶ 15, p. 21 |
| ". . . and had reason to believe to be a member of, connected to, or associated with IOC" | ¶ 23, p. 23 |