UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                              Defendants.


_____

**DESIGNATION OF INDEX
TO THE RECORD ON
APPEAL**

Case No. 19-CR-227

**PLEASE TAKE NOTICE**, Defendant Peter Gerace, Jr., by and through his attorneys, HOGANWILLIG, PLLC, hereby designates the following documents filed in the Western District of New York to constitute the index to the electronic record on appeal of this matter to the Second Circuit Court of Appeal, #21-2419:

| District Court Docket # | Title of Document | Sequence Number |
|---|---|---|
| 1 | Indictment | 1 |
| 114 | Motion Notice of Motion for an Injunction of a Civil Action filed in State Of New York, Supreme Court, County Of Erie And Assigned Index Number 812394/2020 by USA as to Peter Gerace, Jr. | 2 |
| 115 | Sealed Document: Affidavit of Joseph M. Tripi re: Motion for an Injunction of a Civil Action Filed in State of New York, Supreme Court, County of Erie and Assigned Index Number 812394/2020, with Exhibits A-I. | 3 |
| 117 | Sealed Document: Order Enjoining Civil Action Filed in New York State Supreme Court, Erie County, Index Number 812394/2020 until further order of the U.S. District Court. | 4 |
| 130 | Sealed Document as to Peter Gerace, Jr. - Sealed Motion re 117 Sealed Order Enjoining Civil Action Filed in New York State Supreme Court, Erie County, Index Number 812394/2020 until further order of the U.S. District Court. | 5 |
| 143 | Sealed Document as to Peter Gerace, Jr. - Government's response to | 6 |

| | Defendant's 130 sealed motion. | |
|---|---|---|
| 162 | Sealed Document as to Peter Gerace, Jr. - Defendant's reply memorandum re:130 sealed motion. | 6 |
| 182 | Notice Of Filing Of Official Transcript of Proceedings as to Peter Gerace, Jr held on July 22, 2021 before District Judge, the Honorable John L. Sinatra, Jr. Court | 7 |
| 191 | Decision And Order as to Peter Gerace, Jr., denying Gerace's motion to vacate the order enjoining the State Action (Dkt. 130). The order enjoining the State Action (Dkt. 117) remains in effect. | 8 |
| 218 | Interlocutory Notice Of Appeal as to 191 Order on Motion for Miscellaneous Relief, by Peter Gerace, Jr. | 9 |

DATED:    Amherst, New York
            March 8, 2022

/s/Steven M. Cohen, Esq.
Steven M. Cohen, Esq.
HoganWillig, PLLC
*Attorneys for Defendant*
*Peter Gerace Jr.*
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600
scohen@hoganwillig.com

{H3327416.1}