UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                Plaintiff

-vs-

PETER GERACE, JR.

                Defendant.

**COUNSEL'S STATUS REPORT TO THE COURT**

Case No. 19-CR-227

---

| | |
|---|---|
| Case Title: | United States of America v. Peter Gerace, Jr., et al |
| Civil Action No. | 19-cr-227 |
| Assigned Judge: | Hon. John L. Sinatra, Jr. |

**Please be advised:**

Pharaoh's long time cleaner, "Jen", who commenced work in February of 2018 has left the employ of Pharaoh's nightclub and has taken another job. Mr. James Joseph Novak has been hired for that position. Mr. Novak advised the office manager who interviewed him that he has a prior felony conviction. A photocopy of his driver's license and social security card are annexed hereto as Exhibit A.

Dated: September 15, 2022
       Amherst, New York

Respectfully submitted,

/s/*Steven M. Cohen, Esq.*
Steven M. Cohen, Esq.
HOGANWILLIG, PLLC
*Attorneys for Plaintiff*
2410 North Forest Road, Suite 301
Amherst, New York 14068
Telephone: (716) 636-7600
scohen@hoganwillig.com

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com
{H3524248.1}

# Exhibit A



HoganWillig
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

2