# EXHIBIT A

## Transcript of Proceedings on July 22, 2021, before United States District Court Judge

## John L. Sinatra, Jr.[1]

---

[1] This exhibit is provided under cover of separate letter to the Court in an abundance of caution. Although review of the transcript does not indicate that it is sealed, it is also does not appear to be on the public docket.