# EXHIBIT A

U.S. v. BONGIOVANNI, GERACE, et al.

MISJOINED COUNTS

| Count | Charge |
|---|---|
| Count 1 | Bongiovanni, Masecchia and others conspired to defraud the U.S. |
| Count 3 | Bongiovanni, Masecchia and others conspired to distribute controlled substance.<br>Count 1 incorporated. |
| Count 4 | Bongiovanni accepted bribe of at least $250,000.<br>Count 1 incorporated.<br>[Count 1, ¶ 7, p. 6; Count 1, ¶ 22, p. 10 - paid by Masecchia] |
| Count 10 | Obstruction of Justice.<br>Bongiovanni made false entries - 11/4/14.<br>Count 1 incorporated.<br>[Count 1, Overt Act 48, p. 15]. |
| Count 11 | Obstruction of Justice.<br>Bongiovanni made false entries - 1/28/15.<br>Count 1 incorporated.<br>[Count 1, Overt Act 50, p. 15]. |
| Count 16 | Obstruction of Justice.<br>Bongiovanni took DEA file - 2/1/19 $\rightarrow$ 6/6/19.<br>Count 1 incorporated.<br>[Count 1, Overt Act 55, p. 16].<br>[Also Count 2, Overt Act 33, p. 25]. |
| Count 17 | False Statements to U.S. Agency - 3/29/19.<br>No incorporation of Count 1 or Count 2.<br>Not Overt Act in Count 1 or Count 2. |
| Count 18 | False Statements to U.S. Agency - 6/6/19.<br>No incorporation of Count 1 or Count 2.<br>Not Overt Act in Count 1 or Count 2. |