UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

                Plaintiff

-vs-

**JOSEPH BONGIOVANNI,
PETER GERACE, JR.**

                Defendants.

**NOTICE OF MOTION**

Case No. 19-CR-227

---

SIRS:

        PLEASE TAKE NOTICE that upon the annexed Declaration of Steven M. Cohen, Esq., with attached exhibits, duly sworn to on the 29th day on December. 2022, and upon the indictment and other proceedings previously had herein, the undersigned will move this Court, at a term to be held in the United States Courthouse, Buffalo, New York, on the _____ day of January, 2023 at 10:00 in the forenoon of that date, or as soon thereafter as counsel may be heard, for an order granting the following relief:

(1) Amendment of the conditions of Mr. Gerace's release pursuant to 18 U.S.C. § 3145 (a)(2); and
(2) Such other and further relief as the Court deems proper.


DATED:     December 29, 2022
                Amherst, New York

                                          Respectfully Submitted,

                                          S/ Steven M. Cohen

                                          Steven M. Cohen, Esq.
                                          *Attorney for Defendant Gerace*
                                          HoganWillig, PLLC
                                          2410 North Forest Road, Suite 301
                                          Amherst, New York 14068
                                          Tel: 716.932.6754 | Fax: 716.932.6718
                                          scohen@hoganwillig.com

TO :    TRINI E. ROSS, ESQ.
         United States Attorney for the Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202

{H3612108.1}