UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

                Plaintiff

-vs-

**JOSEPH BONGIOVANNI,
PETER GERACE, JR.**

                Defendants.

**CERTIFICATE OF SERVICE**

Case No. 19-CR-227

---

      I hereby certify that on December 29, 2022, I electronically filed the foregoing Notice of Motion with the Clerk of the United States District Court, Western District of New York using the Court's CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

        Trini E. Ross, Esq.
        Unites States Attorney for the Western District of New York.
        138 Delaware Avenue
        Buffalo, New York 14202
        Trini.ross@usdoj.gov

        Joseph M. Tripi, Esq.
        Assistant United States Attorney for the Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        Joseph.tripi@usdoj.gov

Dated: December 29, 2022
      Amherst, New York

                                        S/ Steven M. Cohen, Esq.

                                        Steven M. Cohen, Esq.
                                        HOGANWILLING, PLLC
                                        Attorneys for Peter Gerace, Jr.
                                        2410 North Forest Road, Suite 301
                                        Amherst, New York 14068
                                        Telephone: (716) 636-7600
                                        scohen@hoganwillig.com

{H3626253.1}