UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PETER GERACE, JR.,

               Defendant.

MODIFICATION ORDER

1:19-CR-227 (JLS)

---

It is hereby ordered that the following condition of release be modified as to Defendant Peter Gerace, Jr.:

The home detention condition (monitored via G.P.S.) is reduced to curfew (monitored via G.P.S.). The curfew shall be from 8:00 p.m. to 6:00 a.m. daily, except for an important reason approved by the U.S. Probation Office (Pharaoh's not included). Defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. Defendant must contribute to the cost of services rendered (co-payment).

SO ORDERED.

_____
John L. Sinatra, Jr.
U.S. District Judge

DATED:    January 19, 2023
               Buffalo, New York