UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

                Plaintiff,

-vs-

**JOSEPH BONGIOVANNI,
PETER GERACE, JR.**

                Defendants.

Case No. 19-CR-227

---

**NOTICE OF CHANGE OF LAW FIRM
NAME AND ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that Steven M. Cohen, Esq., counsel for Defendant Peter Gerace, Jr. in the above-captioned matter, is now affiliated with Tiveron Law, PLLC, successor in interest to HoganWillig, PLLC, located at 2410 North Forest Road Suite 301 Amherst, New York 14068 (P) 716-636-7600, e-mail: scohen@tiveronlaw.com.

    PLEASE update the appearance of Defendant Peter Gerace, Jr. and Attorney Steven M. Cohen, Esq., of counsel, as counsel for the Defendant in the above-captioned matter.

    ADDITIONALLY, counsel requests that all Notices, e-mails, pleadings, writings and Microsoft TEAMS invitations be directed to scohen@tiveronlaw.com

                                                            TIVERON LAW, PLLC

                                                            Steven M. Cohen, Esq.
                                                            2410 North Forest Road, Suite 301
                                                           Amherst, New York 14068
                                                           Office: 716-636-7600
                                                           Email: Scohen@tiveronlaw.com

{H3666440.1}