IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

       v.                                                         19-CR-227-JLS

PETER GERACE, JR. and
JOSEPH BONGIOVANNI,

                         Defendants.

_____

## MOTION FOR DETERMINATION OF CONFLICT OF INTEREST

**PLEAST TAKE NOTICE** that, upon the attached affidavit, filed separately under seal, the undersigned moves this Court for an inquiry to determine whether a conflict of interest exists in the present representation of defendant Peter Gerace, Jr., by attorney Eric Soehnlein, and for such further relief as the Court may deem proper.

DATED:     Buffalo, New York, March 13, 2023

                                                  TRINI E. ROSS
                                                  United States Attorney

                    BY:     s/JOSEPH M. TRIPI
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            716-843-5839
                            Joseph.Tripi@usdoj.gov