IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                     19-CR-227-JLS

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

           Defendants.

---

UNITED STATES OF AMERICA,

      v.                                                                   23-CR-37-JLS-MJR

PETER GERACE, JR.,

           Defendant

---

## GOVERNMENT'S RESPONSE TO GERACE'S REQUEST

Defendant Gerace's counsel requested leave of Court to "provide Mr. Gerace a copy of the suppression pleadings or, alternatively, to meet with him, show him the pleadings and answer any questions that he might have." ECF No. 448 at 7. The government has no objection to counsel for defendant Gerace providing a copy of the suppression pleadings to Mr. Gerace.

DATED: Buffalo, New York, May 5, 2023.

| | | | |
|---|---|---|---|
| | COREY R. AMUNDSON<br>Chief | | TRINI E. ROSS<br>United States Attorney |
| BY: | s/JORDAN DICKSON<br>Trial Attorney<br>Public Integrity Section<br>U.S. Department of Justice<br>Criminal Division<br>1301 New York Ave. NW, Ste. 1000<br>Washington, D.C. 20530<br>202-597-0508<br>jordan.dickson@usdoj.gov | BY: | s/JOSEPH M. TRIPI<br>s/NICHOLAS T. COOPER<br>s/DAVID J. RUDROFF<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York 14202 |