# EXHIBIT A

#  REBECCA **BENDER, MACT**

Los Angeles, CA | @ImRebeccaBender

## SUBJECT MATTER EXPERT | SPEAKER | AUTHOR | THOUGHT LEADER

## SUMMARY

Experienced communicator and leader, bringing years of expertise to the issue of domestic sex trafficking. Sought after trainer, speaker and presenter, Rebecca is recognized as a national forerunner in her field. With fourteen years of experience, she has successfully worked on numerous cases, trained hundreds of thousands of professionals and directly assisted on the operations and recovery of victims across the country. As a CEO, Rebecca has created programs, written books and curriculum to meet a global need in multiple interagency arenas. As a subject matter expert, Rebecca has spoken on topics that pertain to policy, prevention, intervention, restoration, recovery, demand reduction, predatory tactics employed by traffickers, typologies of crime and best practice for both non-profit management and response by those who have an ability intercept.

Appointed by the US Dept of HHS, to the National Advisory Council to Congress, Rebecca is one of a select group of individuals informing states on next level steps for growth in expanding the response to child sex trafficking.

## HIGHLIGHTS

**Consultant:** Determine individual organization's needs and create strategic development plans for non-profits. Efficiently assists detectives and DA's during investigations and trial as subject matter expert in multiple states.

**Victim Services:** History of developing, funding and implementing successful advocacy and mentoring programs within the non-profit sector. Knowledge of Federal and State resources and services; able to think outside the box under pressure and crisis.

**Public Speaking:** Strong orator, keynote at seminars, conferences, breakout sessions, community presentations, board participation, team facilitation and management, panels, roundtable discussions for stakeholders, universities and more.

**Strategic Advisor:** Assists cities and community leaders in assessing state wide response to the issue, building collaborative multi-disciplinary teams and resourcing and networking service providers through field studies and biggest needs.

## SELECTED PROFFESIONAL EXPERIENCE

- International Association of Chief of Police
- World Summit, Jimmy Carter Center: law enforcement track facilitation
- FBI Director Training, San Diego: combatting human trafficking and case study
- Arizona Attorney General: law enforcement and state prosecution training
- FBI Regional Training: Chicago and El Paso
- VICE training: Los Angeles, Phoenix, Chicago, Seattle and more
- FBI Operation Cross Country, Seattle Washington
- Minneapolis Police Super Bowl Command Post: 2018
- JUST Conference Presenter 2014, 2015, 2016, 2017, 2018
- Crimes Against Women Conference, Dallas, TX: Illusion of Choice Case Study, 2017 & 2018
- Oregon State Capitol testimony: SB673 2014
- Expert and Assist on trial and investigation concerning State of Oregon, State of California and State of Texas
- Oxford University and Poppy Project: London, England 2009
- European Freedom Network: Berlin, Germany 2017
- Canada Mounted Royal Police: Nova Scotia 2019

## CONSULTING

- Shared Hope, Central Coast Dream Center, Rejuvenating Women, CRI – Erbil, Iraq, Streetlight, EPIK, Aequitas, A21, New Friends New Life, Love146, Homeland Security, Unbound, Oregon D.O.J. Task Force, Dallas Police Department

## AWARDS

| | |
|---|---|
| 2015 Female Overcomer | DOJ Oregon Trafficking Council Appointee |
| 2016 Hero to Our Generation | |
| 2017 FBI Recognition Award | U.S. National Advisory Council to Congress Appointee |
| 2018 Congressional Appreciation | |
| 2019 Equinox Award | FBI Recognition |
| 2020 Grant Tank Award Winner | Rotarian Community Service Award |
| 2021 Project Moses Award | Paul Harris Fellow |

## MEDIA RECOGNITION

- Ted X
- Washington Post
- Forbes
- Sports Illustrated
- CNN Freedom Day
- CNN Political Response
- Tamron Hall
- The Today Show

- Deadline: Crimes
- Huffington Post
- Associated Press
- Sirius XM - Ellistronics

## AUTHORSHIP
*In Pursuit of Love*, Harper Collins, 2020
*Roadmap to Redemption*, 2013
*Elevate Workbook*, 2015
*Exodus*, Harper Collins, 2022

## ENTREPRENUERSHIP
As the founder and CEO of Elevate Academy, Survivor leader Rebecca Bender has built the largest online school for survivors of human trafficking in the world. With over 1,300 students spanning 6000 U.S. Cities and 17 countries, Elevate has become the go-to globally to assist survivors in getting job ready after escape. They specialize in professional development, leadership and economic empowerment encouraging other survivors to not only dream again but create strategic plans to accomplish those goals and the network / community to support it.

## MULTI-MEDIA
In Rebecca Bender is the author of *In Pursuit of Love*, *Exodus* and *Roadmap to Redemption*. She is an Executive Producer on Showtime's new pilot, *Coercion* and host of an upcoming docuseries.

## EDUCATION
With a Master's Degree in Religious Studies and an undergrad focus in Criminal Justice, Rebecca brings a broad range of insight to victim services and law enforcement.

## REFERRALS
Upon request

# EXHIBIT B

Curriculum Vitae

**JEFFREY A. BANAS**

Erie County CPS Forensic Lab          email: Jeffrey.Banas@erie.gov
45 Elm Street                          phone: (716) 858-8614
Buffalo, New York 14203                fax: (716) 858-7426

**PROFESSIONAL EXPERIENCE**

<u>Forensic Chemist</u>, 10/02 to Present
Erie County Central Police Services, Forensic Laboratory, Buffalo, New York

Perform examinations on controlled substances using chemical, physical, and/or instrumental techniques. Use and maintain instruments such as the gas chromatograph-mass spectrometer. Generate reports on analysis and testify as an expert witness. Perform examinations on fire debris evidence starting in 2009.

<u>Assistant Forensic Chemist</u>, 04/02 to 10/02
Erie County Central Police Services, Forensic Laboratory, Buffalo, New York

Perform examinations on controlled substances using chemical, physical, and/or instrumental techniques. Generate reports on analysis and testify as an expert witness.

<u>Assistant Toxicologist</u>, 5/01 to 4/02
Erie County Medical Examiner's Office, Buffalo, New York

Analyze and identify drugs and chemicals using instrumental techniques. Adapt new techniques and procedures for evidence analysis.

<u>Associate Scientist</u>, 8/96 to 5/01
American Pharmaceutical Partners, Grand Island, New York

Perform quality control testing on injectable pharmaceutical products. Calibrate and troubleshoot analytical instrumentation.

**EDUCATION**
<u>SUNY College at Buffalo</u>
1995         Bachelor of Arts in Chemistry
1995         Bachelor of Science in Criminalistics
1995         Minor:  Physics

**OTHER TRAINING**

| | |
|---|---|
| 2022 | Applied Measurement Uncertainty for Testing Labs, A2LA Workplace |
| 2022 | Internal Auditor Course, Seaglass Training |
| 2020 | Practical Applications for Forensic Measurement Confidence, ANAB |
| 2019 | A Tale of Two Peaks: Troubleshooting Poor Peak Shape, Agilent |
| 2017 | ASCLD/LAB Guiding Principles, NYS DCJS |
| 2017 | Ethics and Forensic Science, NYS DCJS |
| 2016 | ASCLD/LAB Guiding Principles, NYS DCJS |
| 2016 | Ethics and Forensic Science, NYS DCJS |
| 2016 | Serial Number Restoration, Bureau of Alcohol, Tobacco, and Firearms |
| 2015 | Synthetic Cannabinoids, NYS DCJS |
| 2015 | Uncertainty of Measurement, WVU Science Outreach |
| 2015 | Drug Recognition: Understanding and Manufacturing, HIDTA |
| 2014 | Advanced Fire Debris Analysis, NYS DCJS |
| 2014 | Overview of Root Cause Analysis, ASCLD/LAB |
| 2012 | Answering the NAS: the ethics of leadership and the leadership of ethics, RTI International |
| 2012 | GC-MSD Macro Programming, Nescom Inc. Analytical Consulting |
| 2011 | Uncertainty of Measurements, WVU Continuing Education |
| 2011 | Mass Spec: Drugs and Trace, WVU Continuing Education |
| 2010 | Ethics Training, WVU Forensic Science Initiative |
| 2009 | To Hell and Back: the ethics of stewardship, RTI International |
| 2009 | Introduction to Forensic Mass Spectrometry, WVU |
| 2008 | Arson Technical Working Group – Practical Evidence Collection Program, NYS Fire Arson Bureau |
| 2005 | Infrared Analysis of Controlled Substances, Spectros Associates |
| 2004 | Intermediate Mass Spectral Interpretation, Agilent |
| 2004 | Introduction Mass Spectral Interpretation, Agilent |
| 2003 | Club Drugs and Meth Labs, Department of Justice Training |
| 2003 | Uncertainty and Measurement Assurance for Accredited Labs, NYS DCJS |
| 2002 | DEA Forensic Chemist Training Symposium |
| 2002 | Shimadzu Gas Chromatography/Mass Spectrometry (GC/MS) Basic with GCMS Solution Software |

**COURTROOM EXPERIENCE**

Testified as an expert witness for controlled substance cases 42 times from 2002-2023.
Testified as an expert witness for toxicology (DWI) cases 10 times from 2005-2009.
Testified as an expert witness for an ignitable liquid cases 2 times from 2010-2018.

**PUBLISHED WORKS**
None to date

# EXHIBIT C

# Kaitlin Drollette: Curriculum Vitae
**(Revised 4/23)**

45 Elm Street
Buffalo, NY 14203

(716)858-7208

---
## EDUCATION
---

**University of Florida**, Gainesville, FL ▪ 2010
**M.S.** in Pharmacy and Pharmaceutical Sciences
Area of Concentration: Forensic Science

**University at Buffalo**, Buffalo, NY ▪ 2008
**B.A.** in Chemistry and Mathematics
Honors: Graduated Magna Cum Laude, Phi Beta Kappa

---
## RELATED EXPERIENCE
---

**Forensic Chemist III**, Erie County Central Police Services Forensic Laboratory, Buffalo, NY, July 2017-Present
Same duties as Forensic Chemist II as well as: supervise Forensic Chemists, update procedural manuals, work with management on accreditation requirements, assign casework and reviews, maintain and request orders for supplies needed in the chemistry section, prepare internal proficiency tests within chemistry section as needed.

**Forensic Chemist II**, Erie County Central Police Services Forensic Laboratory, Buffalo, NY, June 2008-June 2017
Working in the controlled substances section, analyzing suspected controlled substances.  Analysis of marihuana, cocaine, heroin, MDMA, BZP, methamphetamine, amphetamine, psilocybe mushrooms, khat, LSD, synthetic cathinones, synthetic cannabinoids, and marked pharmaceuticals.  The analyses were done using the following techniques: GC-MS, TLC, color tests, microscopic exams, microcrystal exams, FTIR, and, with marked pharmaceuticals, reference literature. Analysis of suspected ignitable liquids using passive headspace and direct dilution sampling techniques with GC-MS confirmation.  Issuing of reports and testifying based on findings.  Limited experience with Agilent GC-MS validation and troubleshooting including the changing out of columns, cleaning the source and general preventative maintenance.  In addition, qualified in the quantitation of cocaine using GC-FID.  Qualified in the analysis of security dye packs for the presence of 1-methylaminoanthraquinone.  Qualified as a trace examiner, specifically in paint analysis.

**Intern**, Erie County Central Police Services Forensic Laboratory, Buffalo, NY, January 2008-April 2008
Compiled a fiber database using the Nicolet FTIR continuum with ATR bench attachment.  Used a diamond compression cell with KBr to prepare samples under a stereomicroscope.  Slightly introduced to the aspects of polarized light microscopy.  Also, observed qualified forensic chemists doing casework.

## OTHER TRAINING

2023 Current Trends in Seized Drug Analysis Symposium – CFSRE (2023)

Verification and Validation of Analytical Methods – ANAB (2022)

Intelligent Influence: The Key Ingredients to Leadership and Professional Success – DCJS (2022)

FTIR Analysis of Controlled Substances – DCJS (2022)

Novel Psychoactive Substance Naming Conventions and Challenges – RTI (2021)

Tune into your Mass Spec: Troubleshooting GC-MS and Tune Report Interpretation – Agilent (2021)

How to Clean an Agilent GCMS Ion Source: A Comprehensive Guide – Agilent (2021)

Racial Issues and Bias, Bridging the Gap – Brian Ross (2021)

Delta 9 THC Semi-Quant Validation and Method Procedure – SWAFS/RTI (2020)

ASCLD Train the Director Series – Marijuana Analysis in a New Frontier: Two State Laboratory Approaches – RTI (2020)

Hemp: A Forensic Perspective – RTI (2020)

The Sequel – Marijuana or Hemp: From Farm Bill to Forensic Analysis – RTI (2020)

Marijuana or Hemp: From Farm Bill to Forensic Analysis – RTI (2020)

2nd Annual Online Symposium: Current Trends in Forensics & Forensic Toxicology, Day 4 – RTI/Agilent (2019)

Forensic ISO/IEC 17025:2017 Assessor Training – ANAB (2019)

A Tail of Two Peaks: Troubleshooting Poor Peak Shape – Agilent (2019)

Identifying Seized Drugs using Mass Spectral Library Searching – Agilent (2018)

Session I: The Synthetic Drug Crisis – Identifying NPS in Forensic Casework – RTI (2018)

ASCLD ISO/IEC 17025:2017 Seminar Series: Planning Your Transition – A2LA (2018)

ASCLD ISO/IEC 17025:2017 Quality and Technical Manager Level Overview – A2LA (2018)

Automotive Paint Binders Using Infrared Spectroscopy – NIJ (2017)

Bloodstain Pattern Awareness – Examination of Physical Evidence – DCJS (2015)

Bloodstain Pattern Awareness for Laboratory Examiners – DCJS (2015)

Cognitive Factors in Forensic Decision Making – DCJS (2015)

Mass Spectra Interpretation and Emerging Drugs – DCJS (2014)

Advanced Fire Debris Analysis – DCJS (2014)

Overview of Root Cause Analysis – DCJS (2014)

Measurement Confidence Level 200 Measurement Uncertainty Course – ASCLD/LAB (2013)

Answering the NAS: The Ethics of Leadership and the Leadership of Ethics – NIJ/RTI (2012)

Trends Report on Changes in the Designer Drug Market: Spring 2012 – NMS (2012)

The Challenges of Analytical Method Validation of Designer Drugs in Non-Biological Samples by GC/MS – NMS/Agilent (2012)

Designer Drugs and Social Media Interaction – MedTox (2011)

Measurement Confidence for the Forensic Laboratory – ASCLD/LAB (2011)

Clan Labs of Concern: Beyond Methamphetamine – DCJS (2011)

Forensic Paint Examinations & Comparisons – Westchester Co. Dept. of Labs & Research/DCJS (2011)

Advanced Forensic Microscopy: Paint & Polymers – McCrone Research Institute/NIJ (2011)

Delivering Effective Forensic Testimony – Academy of Fire Science/DCJS (2010)

WVU Ethics in Forensic Science – WVU (2010)

Police Crime Scene and Evidence Specialist Course – Law Enforcement Training Academy/DCJS (2010)

Basic Investigative Photography Course – Law Enforcement Training Academy/DCJS (2010)

Forensic Polarized Light Microscopy – McCrone Research Institute/NIJ (2010)

Fiber Identification – College of Microscopy/NIJ (2009)

Drug Enforcement Administration: Forensic Chemist Seminar – DEA (2009)

Forensic Mass Spectrometry – WVU (2009)

Introduction to Measurement Uncertainty Parts I-III– NIJ/RTI (2009)

Infrared Microscopy – College of Microscopy/NIJ (2009)

To Hell and Back: The Ethics of Stewardship and the Stewardship of Ethics – NIJ/RTI (2009)

Arson Technical Working Group Practical Fire Debris Evidence Sample Training – Academy of Fire Science (2008)

Vehicle and Traffic Law for Toxicologists – DCJS (2008)

## COURTROOM EXPERIENCE

Testified previously in Buffalo City Court, Erie County Family Court, Erie County Court, New York State Supreme Court, and United States Federal Court (Buffalo and Rochester).

## MEMBERSHIPS

American Chemical Society

NYS Fire Technical Working Group

NYS Seized Drug Technical Working Group

## 4 YEAR COURT TESTIMONY HISTORY

| Trial | Court | Court Number | Year |
|---|---|---|---|
| People vs. White | NYS Supreme Court | 02610-2018 | 2019 |
| People vs. Watkins | US District Court - Western District of NY (Buffalo) | 18-CR-237 | 2020 |
| People vs. Goudelock, et. al. | US District Court - Western District of NY (Buffalo) | 18-CR-138 | 2021 |
| People vs. Steele | Erie County Court | 00009-2021 | 2022 |
| People vs. Rodriguez | Erie County Court | 00438-2020 | 2022 |
| People vs. Arrington | US District Court - Western District of NY (Buffalo) | 15-CR-33 | 2022 |

## PUBLICATIONS

None

# EXHIBIT D

# SHEILA HAGERTY
45 Elm Street
Buffalo, NY 14203
Phone: (716) 858-8010
Email:sheila.hagerty@erie.gov

## EDUCATION:
**Forensic Science M.S.**, Chemistry, Buffalo State College SUNY, Buffalo, New York
**Biology B.S.**, Natural Sciences, Canisius College, Buffalo, New York

## WORK EXPERIENCE:
### Erie County Central Police Services Forensic Laboratory
*Forensic Chemist II, 09/17-present*
- Analyze for the presence or absence of controlled substances by gas chromatography with flame ionization detector, gas chromatography with mass spectrometer, Fourier transform infrared spectrometery, and microscopic examination
- Maintain the chain of custody
- Generate reports
- Testify in court

### Kentucky State Police Forensic Laboratory
*Forensic Chemist II, 02/15-08/17*
- Analyzed for the presence or absence of controlled substances by gas chromatography with flame ionization detector, gas chromatography with mass spectrometer, Fourier transform infrared spectrometery, and microscopic examination
- Analyzed for the presence or absence of ethanol and other volatiles in blood samples by headspace gas chromatography with flame ionization detector
- Maintained the chain of custody
- Generated reports
- Testified in court

## Trainings and Webinars:
| Year | Training |
|---|---|
| 2022 | Applied Measurement Uncertainty for Testing Laboratories, NYS DCJS & A2LA |
| 2022 | FTIR Analysis of Controlled Substances, NYS DCJS |
| 2020 | Marijuana or Hemp: From Farm Bill to Forensic Analysis, Forensic Technology Center of Excellence |
| 2020 | Practical Applications for Forensic Measurement Confidence, NYS DCJS & ANAB |
| 2019 | Enhancing Forensic Decision Making, NYS DCJS |
| 2019 | RTI International's 2nd Annual Online Symposium: Current Trends in Forensics & Forensic Toxicology Day 4: Seized Drugs |
| 2019 | A Tale of Two Peaks: Troubleshooting Poor Peak Shape, Agilent |
| 2018 | Forensic ISO/IEC 17025:2017 Assessor Training, ANAB |
| 2018 | Around the GC System in 60 minutes, Agilent |
| 2018 | Identifying Seized Drugs using Mass Spectral Library Searching, Forensic Technology Center of Excellence |
| 2018 | Measurement of Uncertainty, Precision Scale & Balance |
| 2017 | Ethics and Forensic Science, NYS DCJS |
| 2017 | Law 101: Legal Guide for Forensic Expert, NIJ |
| 2016 | General Forensic Science Training Course, KSP Academy |

2015    To Hell and Back: The Ethics of Stewardship, RTI International
Annual ANAB Guiding Principles (Formerly ASCLD/LAB Guiding Principles)

**Courtroom Experience:**
    Qualified as an expert witness in the following courts: Erie County Court, Kenmore Justice Court, Hardin County District and Circuit Courts, Jefferson County District Court, and Meade County Circuit Court

**Publications:**
    None

**4 Year Court Testimony History**
    People vs. Deshawn Whims, 2/7/2019, ECDA Legacy No.: 00874-2018, Erie County Court
    People vs. Alfonzo Quinney, 10/28/2019, ECDA Legacy No.: 01602-2018, Erie County Court
    People vs. Paul Tolbert, 3/7/2022, ECDA Legacy No.: 02007-2020, Erie County Court