UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,

    v.

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

    Defendants.

———————————————————————

UNITED STATES OF AMERICA,

    v.

PETER GERACE, JR.,

    Defendant.

———————————————————————

**NOTICE OF MOTION**

19-CR-227 (JLS) (MJR)

23-CR-37 (JLS) (MJR)

| | |
|---|---|
| MOTION MADE BY: | Defendant, Peter Gerace, Jr., by and through his attorneys, Lippes Mathias LLP. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Declaration of Eric M. Soehnlein, Esq., dated May 22, 2023. |
| RELIEF REQUESTED: | An Order of this Court: |

1. Re-opening the Detention Hearing because of new information not previously known to defense counsel;

2. Releasing Mr. Gerace in accord to the terms and conditions suggested herein; and

      3. For such other and further relief as the Court deems just and proper.

DATED: Buffalo, New York
May 24, 2023

Respectfully submitted,

**LIPPES MATHIAS LLP**

By: _s/ Eric M. Soehnlein_
Eric M. Soehnlein, Esq.
*Attorneys for Defendant*
*Peter Gerace, Jr.*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
E-mail: esoehnlein@lippes.com