UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                             **NOTICE OF MOTION**

                                                               Case No. 19-CR-227

JOSEPH BONGIOVANNI,
PETER GERACE, JR.

                Defendants.

---

UNITED STATES OF AMERICA,

v.                                                             Case No. 23-CR-37

PETER GERACE, JR.,

                Defendant.

---

PLEASE TAKE NOTICE that the undersigned will move this Court, at a date and time to be determined by this Court, for the following relief:

(1) Clarification on Court's text Orders and amended scheduling Orders respecting timing and scope of pre-trial motions.

(2) Reconsideration of Defendant Gerace's Motion to Suppress Cell Phone Evidence (Doc. 316) and related applications (Doc. 311, 312, 330, 341, 364, 368).

(3) Such other and further relief as the Court deems proper.

{I13766023.1}                                                                                                 1

**Tiveron Law, PLLC**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com

Dated: June 6, 2023
      Amherst, New York

                              Respectfully submitted,

                              */s/Steven M. Cohen, Esq.*
                              Steven M. Cohen, Esq.
                              TIVERON LAW, PLLC.
                              *Attorneys for Defendant Gerace*
                              2410 N. Forest Rd., 3rd Floor
                              Amherst, New York 14068

                              **LIPPES MATHIAS LLP**

                              Eric M. Soehnlein, Esq.
                              *Attorneys for Defendant Gerace*
                              50 Fountain Plaza, Suite 1700
                              Buffalo, New York 14202
                              Telephone: 716-853-5100
                              E-mail: esoehnlein@lippes.com

{H3766023.1}

2

**Tiveron Law, PLLC**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.tiveronlaw.com