UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

UNITED STATES OF AMERICA,

    v.

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

    Defendants.

———————————————————

UNITED STATES OF AMERICA,

    v.

PETER GERACE, JR.,

    Defendant.

———————————————————

**NOTICE OF MOTION TO DISMISS**

19-CR-227 (JLS) (MJR)

23-CR-37 (JLS) (MJR)

| | |
|---|---|
| MOTION MADE BY: | Defendant, Peter Gerace, Jr., by and through his attorneys, Lippes Mathias LLP. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Declaration of Eric M. Soehnlein, Esq., dated June 7, 2023. |
| RELIEF REQUESTED: | An Order of this Court: |

    1. Dismissing the Indictment as it pertains to Mr. Gerace;

    2. Scheduling a hearing on this issue; and

3. For such other and further relief as the Court deems just and proper.

DATED: Buffalo, New York
June 7, 2023

Respectfully submitted,

**LIPPES MATHIAS LLP**

By:  *s/ Eric M. Soehnlein*
Eric M. Soehnlein, Esq.
*Attorneys for Defendant Peter Gerace, Jr.*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
E-mail: esoehnlein@lippes.com

**TIVERON LAW**

s/Steven M. Cohen
*Attorneys for Defendant Peter Gerace, Jr.*
2410 N. Forest Road
Suite 301
Getzville, New York 14068
(716) 636-7600
scohen@tiveronlaw.com