UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,

    v.

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

    Defendants.

———————————————————————

UNITED STATES OF AMERICA,

    v.

PETER GERACE, JR.,

    Defendant.

———————————————————————

**NOTICE OF MOTION TO WITHDRAW**

19-CR-227 (JLS) (MJR)

23-CR-37 (JLS) (MJR)

| | |
|---|---|
| MOTION MADE BY: | Eric M. Soehnlein, Esq. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Attorney Declaration, Ex-Parte Declaration, Ex-Parte Memorandum of Law. |
| RELIEF REQUESTED: | An Order of this Court: |

1. Granting undersigned's motion to withdraw as counsel for defendant, Peter Gerace, Jr.

2. For such other and further relief as the Court deems just and proper.

DATED: Buffalo, New York
June 26, 2023

                                                Respectfully submitted,

**LIPPES MATHIAS LLP**

By: *s/ Eric M. Soehnlein*
Eric M. Soehnlein, Esq.
*Attorneys for Defendant*
*Peter Gerace, Jr.*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
E-mail: esoehnlein@lippes.com