IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.   19-CR-227-LJV

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

                Defendants.
_____

UNITED STATES OF AMERICA,

v.   23-CR-37-LJV-MJR

PETER GERACE, JR.,

                Defendant
_____

## MOTION FOR DETERMINATION OF CONFLICT OF INTEREST

**PLEAST TAKE NOTICE** that, upon the attached affidavit, filed separately under seal, the undersigned hereby move this Court for an inquiry to determine whether a conflict of interest exists in the present representation of defendant Peter Gerace, Jr., by attorney Steven M. Cohen, and for such further relief as the Court may deem proper.

DATED:   Buffalo, New York, June 26, 2023

                                      TRINI E. ROSS
                                      United States Attorney

                BY:   s/ JOSEPH M. TRIPI
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        716-843-5839
                        Joseph.Tripi@usdoj.gov