IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PETER GERACE, JR.,

        Defendant.

---

19-CR-227-LJV
23-CR-37-LJV

## PROTECTIVE ORDER

In connection with the upcoming trial in this matter, the Court is requesting prospective jurors to complete questionnaires that will be distributed to counsel and the parties to assist with the jury selection in this matter. In addition, counsel and the parties will be provided with lists of the prospective jurors summoned for the trial. This information may only be used in connection with jury selection in this case. All electronic and paper copies of the jury list and completed questionnaires must be returned to the Court after the jury has been impaneled or counsel must certify that all such copies have been destroyed and that no jury lists or completed questionnaires have been retained in any duplicative form. The Court will maintain a record copy of all questionnaires. If any party becomes aware of information suggesting that a prospective juror is disqualified from jury service under 28 U.S.C. § 1865(b)(1)-(5), that party must immediately bring that information to the attention of the Court.

The jury list and completed questionnaires may only be disclosed to the parties and their litigation-related staff. Neither the documents nor their content may be disclosed, shown, or distributed in any manner—written, oral, or other—to third parties. All parties are reminded that the District's Jury Plan specifically prohibits the disclosure of the names and personal information

of prospective and sitting petit jurors. Moreover, no party is permitted to conduct an extra-judicial interview of either a prospective juror or a prospective juror's family member, friend, or colleague.

The defendant, Peter Gerace, Jr., is permitted to review the jury information referenced herein, including the completed questionnaires, in the presence of his counsel in order to assist with jury selection, but at no time shall he possess the information outside the presence of his counsel. The questionnaire responses may not be carried into or reviewed in any jail facility. Defense counsel are only permitted to review the information with their client at the United States Courthouse, either in the courtroom or in the United States Marshal's space at the courthouse.

Any attorney who obtains access to the jury list and completed questionnaires consistent with the terms of this Protective Order is personally responsible for not only his or her compliance with this Protective Order, but also the compliance of any other individual who is shown the information consistent with the terms of this Protective Order, including, in the case of defense counsel, to defendant Peter Gerace, Jr.

SO ORDERED.

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

October 18, 2024