1           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF NEW YORK
2
   _____
3  UNITED STATES OF AMERICA,
                                      Case No. 1:19-cr-227
4              Plaintiff,                      1:23-cr-37
   v.                                              (LJV)
5
   PETER GERACE, JR.,                  November 7, 2024
6
               Defendant.
7  _____

          TRANSCRIPT EXCERPT - EXAMINATION OF A.P.
8         BEFORE THE HONORABLE LAWRENCE J. VILARDO
                UNITED STATES DISTRICT JUDGE
9

   APPEARANCES:    TRINI E. ROSS, UNITED STATES ATTORNEY
10                 BY: JOSEPH M. TRIPI, ESQ.
                       NICHOLAS T. COOPER, ESQ.
11                     CASEY L. CHALBECK, ESQ.
                   Assistant United States Attorneys
12                 Federal Centre, 138 Delaware Avenue
                   Buffalo, New York 14202
13                 For the Plaintiff

14                 THE FOTI LAW FIRM, P.C.
                   BY: MARK ANDREW FOTI, ESQ.
15                 16 West Main Street, Suite 100
                   Rochester, New York 14614
16                     And
                   SOEHNLEIN LAW
17                 BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                   350 Main Street, Suite 2100
18                 Buffalo, New York 14202
                   For the Defendant
19
   PRESENT:        KAREN A. CHAMPOUX, USA PARALEGAL
20                 BRIAN A. BURNS, FBI SPECIAL AGENT
                   MARILYN K. HALLIDAY, HSI SPECIAL AGENT
21
   LAW CLERK:      REBECCA FABIAN IZZO, ESQ.
22
   COURT CLERK:    COLLEEN M. DEMMA
23
   REPORTER:       ANN MEISSNER SAWYER, FCRR, RPR, CRR
24                 Robert H. Jackson Courthouse
                   2 Niagara Square
25                 Buffalo, New York 14202
                   Ann_Sawyer@nywd.uscourts.gov

| | | |
|---|---|---|
| 10:21AM | 1 | (Excerpt commenced at 10:21 a.m.) |
| 10:21AM | 2 | (Jury is present.) |
| 10:21AM | 3 | **THE COURT:**  The government can call its next witness. |
| 10:21AM | 4 | **MR. COOPER:**  Thank you, Judge.  The government calls |
| 10:21AM | 5 | A.P., Judge. |
| 10:21AM | 6 | |
| 10:21AM | 7 | **A.P.**, having been duly called and sworn, testified as follows: |
| 10:22AM | 8 | **MR. COOPER:**  May I inquire, Judge? |
| 10:22AM | 9 | **THE COURT:**  You may. |
| 10:22AM | 10 | |
| 10:22AM | 11 | **DIRECT EXAMINATION BY MR. COOPER:** |
| 10:22AM | 12 | Q.  Good morning, ma'am. |
| 10:22AM | 13 | A.  Good morning. |
| 10:22AM | 14 | Q.  All right.  We're gonna knock some stuff out of the way |
| 10:22AM | 15 | right here at the beginning. |
| 10:22AM | 16 | Have you and I met before? |
| 10:22AM | 17 | A.  Yes. |
| 10:22AM | 18 | Q.  Have we talked before? |
| 10:22AM | 19 | A.  Yes. |
| 10:22AM | 20 | Q.  Have I talked to you about the questions I'm going to ask |
| 10:22AM | 21 | you? |
| 10:22AM | 22 | A.  Yes. |
| 10:22AM | 23 | Q.  Have you told me the answers that you're gonna give? |
| 10:22AM | 24 | A.  Yes. |
| 10:22AM | 25 | Q.  Okay.  Do you want to be here today? |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

3

| | | |
|---|---|---|
| 10:22AM | 1 | A.  Not at all. |
| 10:22AM | 2 | Q.  Are you excited about it? |
| 10:22AM | 3 | A.  Not at all. |
| 10:22AM | 4 | Q.  Is this fun for you? |
| 10:22AM | 5 | A.  No. |
| 10:22AM | 6 | Q.  Are you under a subpoena? |
| 10:22AM | 7 | A.  Yes. |
| 10:22AM | 8 | Q.  Does that require you to appear? |
| 10:22AM | 9 | A.  Yes. |
| 10:22AM | 10 | Q.  Okay.  Introduce yourself to the jury, please. |
| 10:22AM | 11 | A.  Good morning.  My name is A.P.  How are you? |
| 10:22AM | 12 | Q.  Where did you grow up, A.P.? |
| 10:22AM | 13 | A.  I grew up in Batavia. |
| 10:22AM | 14 | Q.  How far did you go in school? |
| 10:22AM | 15 | A.  I have some college.  And I have a cosmetology license. |
| 10:22AM | 16 | Q.  Okay.  I'm going to kind of jump right into it and I'm |
| 10:22AM | 17 | not asking these questions to embarrass you, but did there |
| 10:22AM | 18 | come a time in your life when you started using drugs? |
| 10:22AM | 19 | A.  Yes. |
| 10:22AM | 20 | Q.  Can you tell the jury when that time in your life was? |
| 10:23AM | 21 | A.  Yes, about around 2006.  I went -- started working at |
| 10:23AM | 22 | Pharaoh's.  And my first night, I had got done working.  I |
| 10:23AM | 23 | went to a party back home in Batavia, and a couple of my |
| 10:23AM | 24 | friends were doing cocaine. |
| 10:23AM | 25 | **THE COURT:**  Could you pull the microphone a little |

10:23AM     1   closer to you, please?

10:23AM     2         **THE WITNESS:**  Sure.  And that was the first time that

10:23AM     3   I had tried it.

10:23AM     4         **BY MR. COOPER:**

10:23AM     5   Q.  You said that was around 2006?

10:23AM     6   A.  Right.

10:23AM     7   Q.  Okay.  And about how old were you then?

10:23AM     8   A.  21, 22.

10:23AM     9   Q.  Got it.  You mentioned that you had started working at a

10:23AM    10   place called Pharaoh's; is that correct?

10:23AM    11   A.  Yes.

10:23AM    12   Q.  Can you tell the jury what kind of business that is?

10:23AM    13   A.  It's a gentleman's club.

10:23AM    14   Q.  Okay.  And so, what does it entail to work at a

10:23AM    15   gentleman's club like Pharaoh's, or Pharaoh's specifically?

10:23AM    16   A.  I'm sorry, I don't --

10:23AM    17   Q.  What do you do for work there?

10:23AM    18   A.  Oh, I was a dancer.  I bar tended.  I was a waitress,

10:24AM    19   shot girl.

10:24AM    20   Q.  From the time that you started working at Pharaoh's until

10:24AM    21   the last day that you ever worked there, what was that time

10:24AM    22   period like?

10:24AM    23   A.  I did a lot of drinking, drugs.  I made some good money.

10:24AM    24   Q.  Got it.  Now I -- that was a poorly-phrased question.  I

10:24AM    25   guess what I want to know is when was the last time you ever

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

5

| | | |
|---|---|---|
| 10:24AM | 1 | worked there? |
| 10:24AM | 2 | A.  Oh, I stopped working there sometime in 2013. |
| 10:24AM | 3 | Q.  Okay.  So between 2006 or '7 and 2013, did you work there |
| 10:24AM | 4 | continuously the whole time? |
| 10:24AM | 5 | A.  No. |
| 10:24AM | 6 | Q.  Was it on and off for periods of time? |
| 10:24AM | 7 | A.  Yes. |
| 10:24AM | 8 | Q.  Okay.  All right.  During the time -- during that six or |
| 10:24AM | 9 | seven-year period where you did work on and off at Pharaoh's, |
| 10:24AM | 10 | did you observe people using drugs inside of Pharaoh's? |
| 10:24AM | 11 | A.  Yes. |
| 10:24AM | 12 | Q.  Did you observe dancers using drugs inside of Pharaoh's? |
| 10:25AM | 13 | A.  Yes. |
| 10:25AM | 14 | Q.  Did you observe dancers smoking marijuana? |
| 10:25AM | 15 | A.  Yes. |
| 10:25AM | 16 | Q.  Did you observe dancers using cocaine? |
| 10:25AM | 17 | A.  Yes. |
| 10:25AM | 18 | Q.  Okay.  And did you observe, you know, see things with |
| 10:25AM | 19 | your eyes, that led you to believe that dancers were using |
| 10:25AM | 20 | heroin? |
| 10:25AM | 21 | A.  Yes. |
| 10:25AM | 22 | Q.  Can you describe that for the jury? |
| 10:25AM | 23 | A.  Yes, so I never actually physically saw anyone take a |
| 10:25AM | 24 | needle or snort it or whatever they do with it, but there |
| 10:25AM | 25 | were times when girls would go to the bathroom, be in there |

| | | |
|---|---|---|
| 10:25AM | 1 | for a while, come out, fall right to sleep or just kind of be |
| 10:25AM | 2 | wobbling, acting out of it.  You could notice some girls had |
| 10:25AM | 3 | track marks on their legs, their arms. |
| 10:25AM | 4 | Q.  I want to pause right there for a second.  Are those some |
| 10:25AM | 5 | observations that, based on your common sense life |
| 10:25AM | 6 | experience, you associate with using drugs like heroin? |
| 10:25AM | 7 | A.  Yes. |
| 10:25AM | 8 | Q.  And when you say you see someone go to the bathroom, come |
| 10:25AM | 9 | out of the bathroom, and then start kind of falling asleep, |
| 10:25AM | 10 | is there a term for that called nodding out? |
| 10:26AM | 11 | A.  Yes. |
| 10:26AM | 12 | Q.  Have you heard that term before? |
| 10:26AM | 13 | A.  Yes. |
| 10:26AM | 14 | Q.  Is that what you were describing to the jury? |
| 10:26AM | 15 | A.  Yes. |
| 10:26AM | 16 | Q.  You also mentioned the word "track marks."  Do you |
| 10:26AM | 17 | remember saying that? |
| 10:26AM | 18 | A.  Yes. |
| 10:26AM | 19 | Q.  Can you tell them what you mean when you say that you saw |
| 10:26AM | 20 | dancers with track marks on them? |
| 10:26AM | 21 | A.  So if someone were to use a needle to shoot up the |
| 10:26AM | 22 | heroin, they would use a needle.  Once you keep poking |
| 10:26AM | 23 | yourself many, many times, you get marks from it, just like |
| 10:26AM | 24 | you would get blood drawn at the hospital, you have a mark. |
| 10:26AM | 25 | Q.  Okay.  So is it like a physical sign of repeated use of a |

| | | |
|---|---|---|
| 10:26AM | 1 | needle? |
| 10:26AM | 2 | A.  Yes. |
| 10:26AM | 3 | Q.  And based on your common sense and your life experience, |
| 10:26AM | 4 | is that something you associate with heroin use? |
| 10:26AM | 5 | A.  Yes. |
| 10:26AM | 6 | Q.  Did you see dancers that had track marks on their arms |
| 10:26AM | 7 | and legs when you worked at Pharaoh's? |
| 10:26AM | 8 | A.  Yes. |
| 10:26AM | 9 | Q.  Do you know a person by the name of Peter Gerace? |
| 10:26AM | 10 | A.  Yes. |
| 10:26AM | 11 | Q.  Okay.  How do you know that person? |
| 10:26AM | 12 | A.  We dated on and off for all of those years that I worked |
| 10:26AM | 13 | there.  He also is the owner of Pharaoh's. |
| 10:26AM | 14 | Q.  Okay.  So was there a period of time back in '06 to '13, |
| 10:27AM | 15 | approximately, when you were involved in an -- in a romantic |
| 10:27AM | 16 | or an intimate relationship with Peter Gerace? |
| 10:27AM | 17 | A.  Yes.  So, in 2008, we dated like exclusively for about |
| 10:27AM | 18 | five to six months, and then just periodically on and off |
| 10:27AM | 19 | throughout then. |
| 10:27AM | 20 | Q.  Does that make it difficult to sit in the chair that |
| 10:27AM | 21 | you're sitting in today? |
| 10:27AM | 22 | A.  Very. |
| 10:27AM | 23 | Q.  Okay.  Can you tell the jury -- well, first of all, is |
| 10:27AM | 24 | Peter Gerace in court today? |
| 10:27AM | 25 | A.  Yes. |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24                    8

10:27AM   1    Q.  Can you point him out and identify what he's wearing for

10:27AM   2    the record?

10:27AM   3    A.  He's right over there with a blue tie and a gray jacket,

10:27AM   4    white shirt, glasses.

10:27AM   5            **MR. COOPER:**  Judge for the record, indicating the

10:27AM   6    defendant.

10:27AM   7            **THE COURT:**  Yeah, it does.

10:27AM   8            **MR. COOPER:**  Thank you.

10:27AM   9            **BY MR. COOPER:**

10:27AM   10   Q.  Do you remember the first time in your whole life that

10:27AM   11   you met the defendant?

10:27AM   12   A.  Yes.

10:27AM   13   Q.  Okay.  Can you tell them about it?

10:27AM   14   A.  Yes.  So, somewhere in 2008, I had gone to Pharaoh's.  I

10:28AM   15   wasn't working.  I went with some friends.  I believe it was

10:28AM   16   to watch a Bills game or some kind of game.  I remember

10:28AM   17   having Bills clothes on.

10:28AM   18      And he came up to the bar and bought drinks and we were

10:28AM   19   just socializing, talking.  And then after a while, he had

10:28AM   20   given me some money, and asked me to go to a certain address,

10:28AM   21   and to grab some cocaine and bring it back.

10:28AM   22   Q.  Is that the very first night that you met him?

10:28AM   23   A.  Yes.

10:28AM   24   Q.  Did you agree to do that?

10:28AM   25   A.  Yes.

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

9

| | | |
|---|---|---|
| 10:28AM | 1 | Q. Okay. Did the defendant give you money? |
| 10:28AM | 2 | A. Yes. |
| 10:28AM | 3 | Q. Did you take the money? |
| 10:28AM | 4 | A. Yes. |
| 10:28AM | 5 | Q. Did he provide you with an address to go to? |
| 10:28AM | 6 | A. Yes. |
| 10:28AM | 7 | Q. What did he tell you to do when you went to that address? |
| 10:28AM | 8 | A. To go there and get the drugs. |
| 10:28AM | 9 | Q. Okay. When you had that conversation with him where he's |
| 10:28AM | 10 | telling you to go somewhere and get drugs, was that inside of |
| 10:29AM | 11 | Pharaoh's? |
| 10:29AM | 12 | A. Yes. |
| 10:29AM | 13 | Q. Did you follow his instructions and go do that? |
| 10:29AM | 14 | A. Yes. |
| 10:29AM | 15 | Q. Where did you go? |
| 10:29AM | 16 | A. I went to a house, apartment, on Virginia Place downtown. |
| 10:29AM | 17 | Q. Did you go alone or did someone go with you? |
| 10:29AM | 18 | A. I was alone. |
| 10:29AM | 19 | Q. Who did you meet with there? |
| 10:29AM | 20 | A. When I -- the person opened the door, I ended up knowing |
| 10:29AM | 21 | who they were. His name was Marcus Hatten. |
| 10:29AM | 22 | Q. Okay. And did Marcus Hatten have, like, a nickname or a |
| 10:29AM | 23 | name he sometimes went by? |
| 10:29AM | 24 | A. Marcus Black. Black Marcus. |
| 10:29AM | 25 | Q. You said it's someone you ended up knowing. Where did |

10:29AM  1    you know that person from?

10:29AM  2    A.  He's very much out in all of the bars, I think downtown,

10:29AM  3    just from being out in --

10:29AM  4    Q.  So you knew him socially?

10:29AM  5    A.  Yes, um-hum.

10:29AM  6    Q.  Did Marcus Hatten or Marcus Black provide you with

10:29AM  7    cocaine?

10:29AM  8    A.  Yes.

10:29AM  9    Q.  Did you give him Peter Gerace's money?

10:29AM  10   A.  Yes.

10:29AM  11   Q.  What did you do with the cocaine once you got it?

10:29AM  12   A.  I got back in my car and went back to Pharaoh's.

10:30AM  13   Q.  Okay.  What did you do with it when you got back to

10:30AM  14   Pharaoh's?

10:30AM  15   A.  I gave it to Peter.

10:30AM  16   Q.  Did you use cocaine with Peter Gerace that night?

10:30AM  17   A.  We did, yes.

10:30AM  18   Q.  Is that the only time in your whole life that you used

10:30AM  19   cocaine with Peter Gerace?

10:30AM  20   A.  No.

10:30AM  21   Q.  Is it the only time in your life that you used cocaine

10:30AM  22   inside of Pharaoh's?

10:30AM  23   A.  No.

10:30AM  24   Q.  Has that happened a lot of times in your life?

10:30AM  25   A.  Yes.

10:30AM  1   Q.  Now, we just talked a second ago about Marcus Black or

10:30AM  2   Marcus Hatten.

10:30AM  3       Have you seen Marcus Black or Marcus Hatten inside of

10:30AM  4   Pharaoh's before?

10:30AM  5   A.  Yes.

10:30AM  6   Q.  Okay.  Once or more than once?

10:30AM  7   A.  More than once.

10:30AM  8   Q.  Was he there quite a bit?

10:30AM  9   A.  Yes.

10:30AM  10  Q.  Okay.  And can you describe for the jury, what was Marcus

10:30AM  11  Black's relationship with Peter Gerace?

10:30AM  12  A.  They're friends.

10:30AM  13  Q.  How do you know that?

10:30AM  14  A.  He hung out with us on many occasions.  There was even a

10:30AM  15  time we went to Ellicottville that he came to stay in the

10:31AM  16  chalet for the big Oktoberfest thing that they have.

10:31AM  17  Q.  Okay.  So based on your own personal experience, do you

10:31AM  18  know Marcus Black and Peter Gerace to be friends?

10:31AM  19  A.  Yes.

10:31AM  20  Q.  Do you know Marcus Black to be a drug dealer?

10:31AM  21  A.  Yes.

10:31AM  22  Q.  Have you bought drugs from him?

10:31AM  23  A.  Yes.

10:31AM  24  Q.  Other than that one time that you just described from us

10:31AM  25  driving to a house, have you bought drugs from Marcus inside

| | | |
|---|---|---|
| 10:31AM | 1 | of Pharaoh's? |
| 10:31AM | 2 | A.  Yes. |
| 10:31AM | 3 | Q.  Once or more than once? |
| 10:31AM | 4 | A.  More than once. |
| 10:31AM | 5 | Q.  Have you seen Peter Gerace buy drugs from Marcus Black |
| 10:31AM | 6 | inside -- |
| 10:31AM | 7 | A.  Yes. |
| 10:31AM | 8 | Q.  -- of Pharaoh's. |
| 10:31AM | 9 | Sorry, let me finish the question. |
| 10:31AM | 10 | A.  Sorry. |
| 10:31AM | 11 | Q.  That's okay. |
| 10:31AM | 12 | Have you seen Peter Gerace buy drugs from Marcus Black |
| 10:31AM | 13 | inside of Pharaoh's? |
| 10:31AM | 14 | A.  Yes. |
| 10:31AM | 15 | Q.  Once or more than once? |
| 10:31AM | 16 | A.  More than once. |
| 10:31AM | 17 | **MR. COOPER:**  Just -- can I have one second, Judge. |
| 10:31AM | 18 | **THE COURT:**  Sure. |
| 10:31AM | 19 | **BY MR. COOPER:** |
| 10:32AM | 20 | Q.  Just give me one second.  I'm just trying to pull up an |
| 10:32AM | 21 | exhibit. |
| 10:32AM | 22 | A.  Sure. |
| 10:32AM | 23 | **MR. COOPER:**  I'm going to ask that for the witness |
| 10:32AM | 24 | only, please, we pull up Government Exhibit 484. |
| 10:32AM | 25 | **MS. CHAMPOUX:**  I'm sorry, 485? |

| | | |
|---|---|---|
| 10:32AM | 1 | **MR. COOPER:** I'm sorry, 485. |
| 10:33AM | 2 | **BY MR. COOPER:** |
| 10:33AM | 3 | Q. Can you see Government Exhibit 485 on your screen? |
| 10:33AM | 4 | A. Yes. |
| 10:33AM | 5 | Q. Who is that a picture of? |
| 10:33AM | 6 | A. Marcus. |
| 10:33AM | 7 | Q. Does that fairly and accurately depict the person Marcus |
| 10:33AM | 8 | Hatten that we've been talking about? |
| 10:33AM | 9 | A. Yes. |
| 10:33AM | 10 | **MR. COOPER:** With that foundation, I'd offer this |
| 10:33AM | 11 | into evidence as Government's Exhibit 485. |
| 10:33AM | 12 | **MR. SOEHNLEIN:** No objection. |
| 10:33AM | 13 | **THE COURT:** Received without objection. |
| 10:33AM | 14 | **(GOV Exhibit 485 was received in evidence.)** |
| 10:33AM | 15 | **MR. COOPER:** Can we publish that to the jury, |
| 10:33AM | 16 | Ms. Demma? |
| 10:33AM | 17 | **BY MR. COOPER:** |
| 10:33AM | 18 | Q. So we've been talking about a person Marcus Hatten, |
| 10:33AM | 19 | sometimes called Black Marcus or Marcus Black. Is that him |
| 10:33AM | 20 | on the screen there? |
| 10:33AM | 21 | A. Yes. |
| 10:33AM | 22 | **MR. COOPER:** Okay. You can take that down. |
| 10:33AM | 23 | **BY MR. COOPER:** |
| 10:33AM | 24 | Q. I want to switch gears for a second. |
| 10:33AM | 25 | We've talked about your drug use at Pharaoh's. We've |

| | | |
|---|---|---|
| 10:33AM | 1 | talked about Marcus Black.  Have you ever sold drugs before |
| 10:33AM | 2 | in your life? |
| 10:33AM | 3 | A.  Yes. |
| 10:33AM | 4 | Q.  Once or more than once? |
| 10:33AM | 5 | A.  More than once. |
| 10:33AM | 6 | Q.  As you sit here today, you're proud about that? |
| 10:33AM | 7 | A.  Not at all. |
| 10:33AM | 8 | Q.  Okay.  Is it easy to talk about? |
| 10:33AM | 9 | A.  No. |
| 10:34AM | 10 | Q.  Okay.  We're going to talk about it, though. |
| 10:34AM | 11 | Have you sold drugs at Pharaoh's? |
| 10:34AM | 12 | A.  Yes. |
| 10:34AM | 13 | Q.  One time or more than once? |
| 10:34AM | 14 | A.  More than once. |
| 10:34AM | 15 | Q.  Did you do that while you worked there? |
| 10:34AM | 16 | A.  Yes. |
| 10:34AM | 17 | Q.  Who did you sell drugs to at Pharaoh's? |
| 10:34AM | 18 | A.  Some of the other dancers, employees, customers, and |
| 10:34AM | 19 | Peter. |
| 10:34AM | 20 | Q.  You just listed a few different categories of people.  I |
| 10:34AM | 21 | just want to break that down. |
| 10:34AM | 22 | Did you sell drugs at Pharaoh's to other people who |
| 10:34AM | 23 | worked at Pharaoh's? |
| 10:34AM | 24 | A.  Yes. |
| 10:34AM | 25 | Q.  Did that include other exotic dancers? |

| | | |
|---|---|---|
| 10:34AM | 1 | A.  Yes. |
| 10:34AM | 2 | Q.  Did that include bouncers or DJs or people like that? |
| 10:34AM | 3 | A.  Yes. |
| 10:34AM | 4 | Q.  Did you sell drugs to Peter Gerace? |
| 10:34AM | 5 | A.  Yes. |
| 10:34AM | 6 | Q.  I think you also mentioned customers; is that correct? |
| 10:34AM | 7 | A.  Yes. |
| 10:34AM | 8 | Q.  Would customers come into the club during the time that |
| 10:34AM | 9 | you worked there and ask to purchase drugs? |
| 10:34AM | 10 | A.  Not like that. |
| 10:34AM | 11 | Q.  How would it play out?  Explain it to the jury. |
| 10:34AM | 12 | A.  It was more of that if someone had come in and was |
| 10:34AM | 13 | looking for it, I would have it.  It wasn't like I went out |
| 10:35AM | 14 | of my way to ask, do you want some cocaine.  It was, you |
| 10:35AM | 15 | know, more of someone asking, and I would help with that |
| 10:35AM | 16 | because it would make them stay longer and potentially I |
| 10:35AM | 17 | would make more money. |
| 10:35AM | 18 | Q.  So let -- let's focus in on that part for a second. |
| 10:35AM | 19 | The ways that you make money when you work as a dancer at |
| 10:35AM | 20 | Pharaoh's, is it by customers staying and spending time with |
| 10:35AM | 21 | you? |
| 10:35AM | 22 | A.  One of the ways, yes. |
| 10:35AM | 23 | Q.  If a customer buys a VIP or a lap dance, does that make |
| 10:35AM | 24 | you more money as a dancer? |
| 10:35AM | 25 | A.  Yes. |

10:35AM    1    Q.  If a customer stays inside the club longer and watches

10:35AM    2    you go on stage and puts money out, does that make you more

10:35AM    3    money?

10:35AM    4    A.  Yes.

10:35AM    5    Q.  Okay.  Does Pharaoh's serve alcohol?

10:35AM    6    A.  Yes.

10:35AM    7    Q.  And you've told us before, you've used cocaine before,

10:35AM    8    right?

10:35AM    9    A.  Yes.

10:35AM   10    Q.  Does using cocaine while you're drinking alcohol allow

10:35AM   11    you to kind of stay up and stay alert longer?

10:35AM   12    A.  Yes.

10:35AM   13    Q.  Is that something that happens commonly in that industry

10:35AM   14    in Pharaoh's?

10:35AM   15    A.  Yes.

10:35AM   16    Q.  Was it beneficial to you financially to give cocaine to

10:36AM   17    customers to keep them spending money on you?

10:36AM   18    A.  Yes.

10:36AM   19    Q.  Okay.  If the customers were staying in the club and

10:36AM   20    spending more money on things like alcohol and lap dances,

10:36AM   21    was that beneficial to the club?

10:36AM   22    A.  Absolutely.  Yes.

10:36AM   23    Q.  Did the club make money selling alcohol?

10:36AM   24    A.  Yes.

10:36AM   25    Q.  Did the club make money when you or other dancers went in

10:36AM   1   the back to do VIP dances?

10:36AM   2   A.   Yes.

10:36AM   3   Q.   Did cocaine help the club make more money?

10:36AM   4   A.   Yes.

10:36AM   5   Q.   At the same time that you were selling cocaine -- just

10:36AM   6   let me start here.  Were you selling, like, kilos of cocaine?

10:36AM   7   A.   No.

10:36AM   8   Q.   Was it, like, user amounts?

10:36AM   9   A.   Yes.

10:36AM   10  Q.   A gram here, 8 Ball there?

10:36AM   11  A.   Yes, I wasn't making any kind of substantial amount from

10:36AM   12  it.  It was mostly to cover my habit and maybe make a little

10:36AM   13  bit extra, few hundred dollars extra.

10:36AM   14  Q.   Okay.  I used the term "8 Ball" there, but are you

10:36AM   15  familiar with that term?

10:36AM   16  A.   Yes.

10:36AM   17  Q.   What is that?

10:36AM   18  A.   So, a nickname for about 3-and-a-half grams of cocaine.

10:37AM   19  Q.   Okay.  And is that kind of consistent with a bit of a

10:37AM   20  larger user amount of cocaine?

10:37AM   21  A.   Yeah.

10:37AM   22  Q.   Okay.  You said that you were selling drugs mostly to

10:37AM   23  cover your habit.  At that time in your life when you were

10:37AM   24  selling cocaine at Pharaoh's, how much cocaine were you using

10:37AM   25  per day?

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

18

| | | |
|---|---|---|
| 10:37AM | 1 | A.  At least a gram a day. |
| 10:37AM | 2 | Q.  About how much would a gram of cocaine cost back then, if |
| 10:37AM | 3 | you remember? |
| 10:37AM | 4 | A.  Probably 50 to $70, depending. |
| 10:37AM | 5 | Q.  Did selling drugs at Pharaoh's help you afford to |
| 10:37AM | 6 | continue spending money on drugs? |
| 10:37AM | 7 | A.  Yes. |
| 10:37AM | 8 | Q.  Did you make some money on top of just the 50 or $70 that |
| 10:37AM | 9 | you were spending on cocaine a day? |
| 10:37AM | 10 | A.  I'm sorry? |
| 10:37AM | 11 | Q.  Were you making some extra money on top of just paying -- |
| 10:37AM | 12 | A.  Very little. |
| 10:37AM | 13 | Q.  Okay.  Did there come -- or have you ever been fronted |
| 10:38AM | 14 | drugs? |
| 10:38AM | 15 | A.  Yes. |
| 10:38AM | 16 | Q.  Do you know what that means? |
| 10:38AM | 17 | A.  Yes. |
| 10:38AM | 18 | Q.  What does it mean to be fronted drugs? |
| 10:38AM | 19 | A.  So basically, if you don't have the money to buy them, |
| 10:38AM | 20 | you can ask the person who's selling them to loan it to you, |
| 10:38AM | 21 | kind of like a credit-card thing, and you pay them back. |
| 10:38AM | 22 | Q.  Okay.  So they give you the drugs on credit, you sell |
| 10:38AM | 23 | them, and then you pay the person back? |
| 10:38AM | 24 | A.  Correct.  Hopefully. |
| 10:38AM | 25 | Q.  What's that? |

10:38AM  1   A.  I said hopefully they do, yeah.

10:38AM  2   Q.  Did there come a time when, while you were working at

10:38AM  3   Pharaoh's, you were storing some cocaine in, like, the

10:38AM  4   locker/dressing room area there?

10:38AM  5   A.  I did, yes.

10:38AM  6   Q.  Okay.  And did there come a time when a manager at

10:38AM  7   Pharaoh's found it?

10:38AM  8   A.  Yes.

10:38AM  9   Q.  Okay.  And were there a number of different managers at

10:38AM  10  Pharaoh's?

10:38AM  11  A.  Yes.

10:38AM  12  Q.  And because they're different people, did some of them

10:38AM  13  act differently at how they kind of managed Pharaoh's?

10:38AM  14  A.  Yes.

10:38AM  15  Q.  Who found the drugs in your -- in your dressing room?

10:39AM  16  A.  Chris Chudy.

10:39AM  17  Q.  Okay.  Was he a manager there?

10:39AM  18  A.  Yes.

10:39AM  19  Q.  What happened when Chris Chudy found drugs in your

10:39AM  20  dressing room?

10:39AM  21  A.  He threw them in the toilet.  Flushed them.  And I can't

10:39AM  22  remember if he himself called.  Someone called from there and

10:39AM  23  told me and Jessica Leyland, who was in my dressing room

10:39AM  24  where they found the cocaine at the time, that we had to come

10:39AM  25  and get our stuff and get out.  We didn't have a job anymore.

| | | |
|---|---|---|
| 10:39AM | 1 | Q. Was it your understanding that -- well, let me walk that |
| 10:39AM | 2 | back for a second. |
| 10:39AM | 3 | During the time that you worked at Pharaoh's, between |
| 10:39AM | 4 | about '06, '07, and 2012, or 2013, who ran the club? |
| 10:39AM | 5 | A. Are you talking owner? Managers? |
| 10:39AM | 6 | Q. So who was in charge? You tell me. |
| 10:39AM | 7 | A. Well, Peter and Don Parrino owner -- were the owners. |
| 10:40AM | 8 | And then, I mean, managers run it as well. |
| 10:40AM | 9 | Q. Okay. So from -- if we're going, like, top, down, you |
| 10:40AM | 10 | described Peter and Don Parrino; is that correct? |
| 10:40AM | 11 | A. Yes. |
| 10:40AM | 12 | Q. Okay. And then below them would be managers; is that |
| 10:40AM | 13 | fair? |
| 10:40AM | 14 | A. Yes. |
| 10:40AM | 15 | Q. Were there some differences that you experienced in how |
| 10:40AM | 16 | Peter ran the club and his co-owner, Don, wanted to run the |
| 10:40AM | 17 | club? |
| 10:40AM | 18 | A. I mean, Peter was more on the scene, and, you know, |
| 10:40AM | 19 | there, where Donnie more kind of sat back and wasn't there as |
| 10:40AM | 20 | much. |
| 10:40AM | 21 | Q. So would you say Peter was more involved in, like, the |
| 10:40AM | 22 | day-to-day running of the club? |
| 10:40AM | 23 | A. Yes. |
| 10:40AM | 24 | Q. Let me ask you this: When Chris Chudy found -- was it |
| 10:40AM | 25 | cocaine? |

USA v Gerace - A.P. - Cooper/Direct - 11/7/24

21

| | | |
|---|---|---|
| 10:40AM | 1 | A.  Yes. |
| 10:40AM | 2 | Q.  When Chris Chudy found cocaine in your dressing room, was |
| 10:40AM | 3 | it Don Parrino who fired you? |
| 10:40AM | 4 | A.  No. |
| 10:40AM | 5 | Q.  Was it Chris Chudy who fired you? |
| 10:40AM | 6 | A.  Yes. |
| 10:40AM | 7 | Q.  Did -- after you got fired, did you go and -- and work |
| 10:40AM | 8 | elsewhere for a period of time? |
| 10:41AM | 9 | A.  Yes. |
| 10:41AM | 10 | Q.  Now, do you remember coming back to work at the club at |
| 10:41AM | 11 | some point after that? |
| 10:41AM | 12 | A.  Yes. |
| 10:41AM | 13 | Q.  I want to speak about how you came back to work at the |
| 10:41AM | 14 | club, okay? |
| 10:41AM | 15 |    During the time period that you were fired, did you |
| 10:41AM | 16 | attend some kind of Pharaoh's outing? |
| 10:41AM | 17 | A.  Yes. |
| 10:41AM | 18 | Q.  What? |
| 10:41AM | 19 | A.  A golf tournament. |
| 10:41AM | 20 | Q.  The golf tournament.  What was the golf tournament like? |
| 10:41AM | 21 | A.  They're fun.  They -- just was a bunch of Peter's friends |
| 10:41AM | 22 | and people that signed up to do the tournament.  And it was a |
| 10:41AM | 23 | fun day. |
| 10:41AM | 24 | Q.  Was it kind of like a giant party? |
| 10:41AM | 25 | A.  Yeah. |

| | | |
|---|---|---|
| 10:41AM | 1 | Q.  A lot of alcohol? |
| 10:41AM | 2 | A.  Yep. |
| 10:41AM | 3 | Q.  Was there a lot of drugs there? |
| 10:41AM | 4 | A.  People were doing drugs, yes. |
| 10:41AM | 5 | Q.  Okay.  And so did you attend -- do you remember what year |
| 10:41AM | 6 | that was you attended the golf outing while you were kind of |
| 10:41AM | 7 | fired? |
| 10:41AM | 8 | A.  I really don't. |
| 10:41AM | 9 | Q.  That's okay.  If you don't remember, say you don't |
| 10:41AM | 10 | remember. |
| 10:41AM | 11 | A.  I'm sorry, I really don't. |
| 10:41AM | 12 | Q.  Okay.  That's okay. |
| 10:42AM | 13 | Do you remember attending the golf outing during that |
| 10:42AM | 14 | timeframe, though, when you were -- when you were fired from |
| 10:42AM | 15 | Pharaoh's? |
| 10:42AM | 16 | A.  Yes. |
| 10:42AM | 17 | Q.  Okay.  After the golf outing that day, did you go back to |
| 10:42AM | 18 | Pharaoh's? |
| 10:42AM | 19 | A.  Yes. |
| 10:42AM | 20 | Q.  What were you doing going back there? |
| 10:42AM | 21 | A.  It was a hot day, and we were out in the sun all day, so |
| 10:42AM | 22 | I'm not sure what we were going to do after, but all of us |
| 10:42AM | 23 | needed to take a shower.  So a few of the girls, we went |
| 10:42AM | 24 | upstairs in -- to Pharaoh's and took showers. |
| 10:42AM | 25 | Q.  Got it.  Did there come a time when that kind of caused |

| | | |
|---|---|---|
| 10:42AM | 1 | some trouble that you were at Pharaoh's? |
| 10:42AM | 2 | A.  Yes. |
| 10:42AM | 3 | Q.  What happened? |
| 10:42AM | 4 | A.  So, Don Parrino's wife, Adele, had caught wind that I was |
| 10:42AM | 5 | upstairs.  And at that time, I was not allowed to be in |
| 10:42AM | 6 | Pharaoh's.  She got quite upset, and I had to leave. |
| 10:42AM | 7 | Q.  Okay.  A few -- I want to switch gears for a second. |
| 10:43AM | 8 | A few minutes ago you mentioned that Jessica Leyland |
| 10:43AM | 9 | shared the dressing room with you -- |
| 10:43AM | 10 | A.  Yes. |
| 10:43AM | 11 | Q.  -- where the cocaine was found; is that right? |
| 10:43AM | 12 | A.  Yes. |
| 10:43AM | 13 | Q.  Back at that time in your life, were you close friends |
| 10:43AM | 14 | with Jessica? |
| 10:43AM | 15 | A.  She was my best friend. |
| 10:43AM | 16 | Q.  Did she have a -- a stage name or a name she went by at |
| 10:43AM | 17 | the club? |
| 10:43AM | 18 | A.  Charm. |
| 10:43AM | 19 | Q.  And you described for us that you were selling cocaine |
| 10:43AM | 20 | for a period of time when you were working at Pharaoh's.  Was |
| 10:43AM | 21 | Charm or Jessica also a person who sold cocaine at Pharaoh's? |
| 10:43AM | 22 | A.  Yes. |
| 10:43AM | 23 | Q.  Did she sell it to employees? |
| 10:43AM | 24 | A.  Yes. |
| 10:43AM | 25 | Q.  Did she sell it to dancers? |

| | | |
|---|---|---|
| 10:43AM | 1 | A.  Yes. |
| 10:43AM | 2 | Q.  Did she sell it to customers? |
| 10:43AM | 3 | A.  Yes. |
| 10:43AM | 4 | Q.  Did you know Charm and this defendant, Peter Gerace, to |
| 10:43AM | 5 | have a close friendship or relationship? |
| 10:43AM | 6 | A.  Yes. |
| 10:43AM | 7 | Q.  You ended up getting hired back to work at Pharaoh's, |
| 10:43AM | 8 | right? |
| 10:43AM | 9 | A.  Yes. |
| 10:43AM | 10 | Q.  Who brought you back to work at Pharaoh's? |
| 10:43AM | 11 | A.  Peter. |
| 10:43AM | 12 | Q.  That was after you had been let go by Chris Chudy for |
| 10:44AM | 13 | selling drugs? |
| 10:44AM | 14 | A.  Yes. |
| 10:44AM | 15 | Q.  Did Peter ever say to you, oh, my God, A.P., you're |
| 10:44AM | 16 | selling drugs inside any club, what are you doing?  Did that |
| 10:44AM | 17 | ever happen? |
| 10:44AM | 18 | A.  No. |
| 10:44AM | 19 | Q.  I want to speak with you now about an individual named |
| 10:44AM | 20 | Joseph Bongiovanni.  Do you know that person? |
| 10:44AM | 21 | A.  I know who he is. |
| 10:44AM | 22 | Q.  Have you met him before? |
| 10:44AM | 23 | A.  I have. |
| 10:44AM | 24 | Q.  Can you tell the jury how you met Joseph Bongiovanni? |
| 10:44AM | 25 | A.  Joe has been in Pharaoh's a couple of times, I've seen |

10:44AM  1   him.  I was introduced to him by Peter.

10:44AM  2   Q.  What was your understanding of Joe Bongiovanni's

10:44AM  3   relationship with Peter?

10:44AM  4   A.  That they were friends.

10:44AM  5   Q.  Is that based on your observations?

10:44AM  6   A.  Yes.

10:44AM  7   Q.  Did there come a time when you learned what Joe

10:44AM  8   Bongiovanni did for work?

10:44AM  9   A.  Yes.

10:44AM  10  Q.  How did you learn that?

10:44AM  11  A.  Peter had a business card of Joe's.  He had given it to

10:45AM  12  me and said that if I had gotten into trouble, that I could

10:45AM  13  call him and try to get help.

10:45AM  14  Q.  Now, earlier, you described for us that the very first

10:45AM  15  night you met Peter, you kind of, like, middled a cocaine

10:45AM  16  deal for him; is that fair to say?

10:45AM  17      You ran and got coke from Marcus Black and brought it

10:45AM  18  back to Peter; do you remember saying that?

10:45AM  19  A.  Yes.

10:45AM  20          MR. SOEHNLEIN:  Objection, Your Honor, to the last

10:45AM  21  question.  Sorry.

10:45AM  22          THE COURT:  What's the basis of the objection?

10:45AM  23          MR. SOEHNLEIN:  Speculative, and I don't think that

10:45AM  24  it fairly characterized her testimony calling --

10:45AM  25          THE COURT:  Overruled.

10:45AM    1         **BY MR. COOPER:**

10:45AM    2    Q.  Did you hear my question?

10:45AM    3    A.  Yes.

10:45AM    4    Q.  Okay.  Is that what happened?

10:45AM    5    A.  Yes.

10:45AM    6    Q.  Okay.  And that was the first night you met Peter, right?

10:45AM    7    A.  Yes.

10:45AM    8    Q.  So by the time Peter is giving you Joe Bongiovanni's

10:45AM    9    business card, it's fair to say that Peter knows that you're

10:45AM   10    involved with cocaine, right?

10:45AM   11    A.  Yes.

10:45AM   12         **MR. COOPER:**  Can I just have one second, Judge?

10:45AM   13         **THE COURT:**  Sure.

10:45AM   14         **MR. COOPER:**  Thank you.

10:45AM   15         **BY MR. COOPER:**

10:46AM   16    Q.  Just a few follow-up questions that I think I might have

10:46AM   17    missed.  You talked about having a dressing room where you

10:46AM   18    stored cocaine.

10:46AM   19         Do you remember talking about that?

10:46AM   20    A.  Yes.

10:46AM   21    Q.  Was that separate from, kind of, the standard, general

10:46AM   22    dressing room that most of the dancers used?

10:46AM   23    A.  It's inside of it, but there was a door that, you know,

10:46AM   24    would close so you had privacy, but it was in the dressing

10:46AM   25    room.

| | | |
|---|---|---|
| 10:46AM | 1 | Q.  Got it.  And so did you have kind of a private dressing |
| 10:46AM | 2 | room inside of Pharaoh's? |
| 10:46AM | 3 | A.  Yes. |
| 10:46AM | 4 | Q.  And who -- who authorized or -- or gave you that? |
| 10:46AM | 5 | A.  Peter. |
| 10:46AM | 6 | Q.  Just to circle back for a second to Marcus Black, did |
| 10:46AM | 7 | you -- based on your observations when you worked at |
| 10:46AM | 8 | Pharaoh's, did Marcus Black frequently distribute cocaine to |
| 10:47AM | 9 | people inside of Pharaoh's? |
| 10:47AM | 10 | A.  Yes. |
| 10:47AM | 11 | Q.  How frequently was Marcus at Pharaoh's? |
| 10:47AM | 12 | A.  Once every few weeks, I guess.  I mean, I wasn't there |
| 10:47AM | 13 | every day.  I can't, you know -- |
| 10:47AM | 14 | Q.  Yeah.  I'm just asking based on your experience -- |
| 10:47AM | 15 | A.  Sure. |
| 10:47AM | 16 | Q.  -- when you worked there, how frequently did you see him? |
| 10:47AM | 17 | A.  Once every few weeks. |
| 10:47AM | 18 | Q.  When you saw him there, was he selling drugs? |
| 10:47AM | 19 | A.  Sometimes. |
| 10:47AM | 20 | Q.  I asked you before kind of a general question about |
| 10:47AM | 21 | whether Peter Gerace ever provides you cocaine.  Do you |
| 10:47AM | 22 | remember me asking you that? |
| 10:47AM | 23 | A.  Yes. |
| 10:47AM | 24 | Q.  And I asked you if that happened once or more than once; |
| 10:47AM | 25 | do you remember that? |

| | | |
|---|---|---|
| 10:47AM | 1 | A.  Yes. |
| 10:47AM | 2 | Q.  Can you tell the jury where inside the club, either one |
| 10:47AM | 3 | area or multiple areas, where did that happen? |
| 10:47AM | 4 | A.  That we -- that we did it? |
| 10:47AM | 5 | Q.  That Peter gave you cocaine, where inside the club did |
| 10:47AM | 6 | that happen? |
| 10:47AM | 7 | A.  We did it upstairs.  I guess when we were there when the |
| 10:48AM | 8 | whole building was shut down, we've done it in the -- just |
| 10:48AM | 9 | general area.  It was just me and him there. |
| 10:48AM | 10 | Q.  That upstairs area that you just described for us a |
| 10:48AM | 11 | moment ago, is that upstairs area, like, publically |
| 10:48AM | 12 | accessible to any customer that wants to walk up there? |
| 10:48AM | 13 | A.  No. |
| 10:48AM | 14 | Q.  Who controls that upstairs area? |
| 10:48AM | 15 | A.  Peter and Donnie. |
| 10:48AM | 16 | Q.  When you've done cocaine at Pharaoh's with Peter, has it |
| 10:48AM | 17 | been mostly in that upstairs area? |
| 10:48AM | 18 | A.  Yes. |
| 10:48AM | 19 | Q.  Have you done it always with just the two of you, or have |
| 10:48AM | 20 | there been other people up there as well? |
| 10:48AM | 21 | A.  There's been other people. |
| 10:48AM | 22 | Q.  Who else would go up there? |
| 10:48AM | 23 | A.  Friends of his or other dancers. |
| 10:48AM | 24 | Q.  Okay.  And in terms of, like, the other dancers, did |
| 10:48AM | 25 | they -- did they have to be invited?  Or were people free to |

| | | |
|---|---|---|
| 10:48AM | 1 | go up there whenever they felt like it? |
| 10:48AM | 2 | A.  No, it was invite only. |
| 10:48AM | 3 | Q.  Okay.  During this time, you described that you dated |
| 10:49AM | 4 | Peter kind of on and off; is that correct? |
| 10:49AM | 5 | A.  Yes. |
| 10:49AM | 6 | Q.  Did Peter ever ask you to engage in commercial sex with |
| 10:49AM | 7 | people at Pharaoh's? |
| 10:49AM | 8 | A.  No.  Never. |
| 10:49AM | 9 | Q.  You were his girlfriend, right? |
| 10:49AM | 10 | A.  Right. |
| 10:49AM | 11 | MR. COOPER:  No further direct, Judge.  Thank you. |
| 10:49AM | 12 | THE COURT:  Cross? |
| 10:49AM | 13 | MR. SOEHNLEIN:  Can we approach on one thing -- |
| 10:49AM | 14 | THE COURT:  Sure, come on up. |
| 10:49AM | 15 | (Sidebar discussion held on the record.) |
| 10:49AM | 16 | MR. SOEHNLEIN:  I want to ask two questions, just |
| 10:49AM | 17 | because Mr. Cooper asked her when she was fired that she went |
| 10:49AM | 18 | and got a job somewhere else.  She went to work at Tiffany's, |
| 10:49AM | 19 | which is another strip club, stripped there, then came back. |
| 10:49AM | 20 | That's all I want to ask. |
| 10:49AM | 21 | THE COURT:  Sure. |
| 10:49AM | 22 | MR. SOEHNLEIN:  Okay.  Thank you. |
| 10:49AM | 23 | (Sidebar discussion ended.) |
| 10:49AM | 24 | |
| | 25 | |

| | | |
|---|---|---|
| 10:49AM | 1 | **CROSS-EXAMINATION BY MR. SOEHNLEIN:** |
| 10:49AM | 2 | Q.  Good morning, Ms. A.P. |
| 10:50AM | 3 | A.  Good morning. |
| 10:50AM | 4 | Q.  Is that close enough? |
| 10:50AM | 5 | A.  A.P., but it's close enough. |
| 10:50AM | 6 | Q.  A.P.? |
| 10:50AM | 7 | A.  Yeah. |
| 10:50AM | 8 | Q.  I'm hoping we get a witness in this case with an easy |
| 10:50AM | 9 | name.  So far, it hasn't happened. |
| 10:50AM | 10 |     You said that you worked at Pharaoh's from 2007 to 2013; |
| 10:50AM | 11 | is that right? |
| 10:50AM | 12 | A.  Correct.  Yeah. |
| 10:50AM | 13 | Q.  You listed a number of jobs that you did there.  You were |
| 10:50AM | 14 | a dancer? |
| 10:50AM | 15 | A.  Yes. |
| 10:50AM | 16 | Q.  You were a bartender? |
| 10:50AM | 17 | A.  Yes. |
| 10:50AM | 18 | Q.  You were a shot girl? |
| 10:50AM | 19 | A.  Yes. |
| 10:50AM | 20 | Q.  Anything else? |
| 10:50AM | 21 | A.  Waitress. |
| 10:50AM | 22 | Q.  Waitress, okay. |
| 10:50AM | 23 |     Now, you started working at Pharaoh's for the money, |
| 10:50AM | 24 | right? |
| 10:50AM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 10:50AM | 1 | Q.  Tell us about that. |
| 10:50AM | 2 | A.  At the time, before I had worked there, I was cutting |
| 10:50AM | 3 | hair and working at a clothing store.  And I was giving one |
| 10:50AM | 4 | of my friends a haircut, and we were talking about one of the |
| 10:50AM | 5 | girls we knew that we were kind of friends with that worked |
| 10:50AM | 6 | there. |
| 10:51AM | 7 | I asked, you know, does she make good money?  What's -- |
| 10:51AM | 8 | what's -- you know -- and he said, yeah. |
| 10:51AM | 9 | I danced my whole life, jazz, tap, ballet, dancing |
| 10:51AM | 10 | school.  So, I thought about, you know, doing it to make more |
| 10:51AM | 11 | money.  And I asked my friend if he would take me there.  I'd |
| 10:51AM | 12 | never been to a strip club or anything like that.  And we |
| 10:51AM | 13 | went. |
| 10:51AM | 14 | Q.  Okay.  And -- and -- and eventually, you got hired as a |
| 10:51AM | 15 | dancer? |
| 10:51AM | 16 | A.  I did. |
| 10:51AM | 17 | Q.  And -- and you did make good money? |
| 10:51AM | 18 | A.  I did. |
| 10:51AM | 19 | Q.  You made more than you made cutting hair and doing what |
| 10:51AM | 20 | you were doing beforehand? |
| 10:51AM | 21 | A.  I did. |
| 10:51AM | 22 | Q.  All right.  Now, I want to ask you a little bit about -- |
| 10:51AM | 23 | about the club. |
| 10:51AM | 24 | Now, did you work weekends, weekdays?  What was your |
| 10:51AM | 25 | schedule like? |

10:51AM   1   A.  I didn't have a schedule.  So when you're a dancer,

10:51AM   2   you're an independent contractor.  So I just went in whenever

10:51AM   3   I wanted to, or needed to kind of thing.

10:51AM   4       I think in the beginning, I was, you know, working maybe

10:51AM   5   three or four nights a week.  I did start working for a stag

10:52AM   6   company on the weekends, so I would either go there after my

10:52AM   7   stags or just not go at all because I did well enough with

10:52AM   8   the stags.

10:52AM   9   Q.  Yeah.  And the stag company, that wasn't Pharaoh's,

10:52AM  10   right?

10:52AM  11   A.  No.

10:52AM  12   Q.  That had nothing to do with Peter?

10:52AM  13   A.  No.

10:52AM  14   Q.  Completely independent?

10:52AM  15   A.  Right.

10:52AM  16   Q.  Right.  He -- he -- to your knowledge, he wasn't getting

10:52AM  17   any cut of the money or anything?

10:52AM  18   A.  No.

10:52AM  19   Q.  Completely separate from -- from Pharaoh's, right?

10:52AM  20   A.  Yes.

10:52AM  21   Q.  Okay.  Now, when you're working at Pharaoh's, you choose

10:52AM  22   what you wear, right?

10:52AM  23   A.  Correct.

10:52AM  24   Q.  You choose what customers you talk to?

10:52AM  25   A.  Yes.

10:52AM    1    Q.  If a customer wants to take you in the VIP Room, if you

10:52AM    2    don't want to do it, you don't have to do it, right?

10:52AM    3    A.  Right.

10:52AM    4    Q.  Okay.  There's cameras there?

10:52AM    5    A.  Yes.

10:52AM    6    Q.  There's security there?

10:52AM    7    A.  Yes.

10:52AM    8    Q.  Did you trust the security when you were working there?

10:52AM    9    A.  Absolutely.

10:52AM   10    Q.  Yeah.  They were pretty good at protecting you, right?

10:52AM   11    A.  They were awesome.

10:52AM   12    Q.  Yeah, awesome.

10:52AM   13        Now, I want to talk to you a little bit about your -- and

10:53AM   14    I don't want to dwell on it, so we're just gonna, you know,

10:53AM   15    kind of just touch the surface.

10:53AM   16        You testified earlier about your drug use?

10:53AM   17    A.  Yes.

10:53AM   18    Q.  You started using drugs before you met Peter Gerace?

10:53AM   19    A.  Yes.

10:53AM   20    Q.  And you started using drugs outside of Pharaoh's?

10:53AM   21    A.  Yes.

10:53AM   22    Q.  Yeah.  And your drug use continued even though you were

10:53AM   23    working at Pharaoh's, correct?

10:53AM   24    A.  Yes.

10:53AM   25    Q.  Okay.  And I think there was some testimony about you met

| | | |
|---|---|---|
| 10:53AM | 1 | Peter and he asked you to go and get cocaine, correct? |
| 10:53AM | 2 | A.  Yes. |
| 10:53AM | 3 | Q.  Now, at that point in time, that -- that was something |
| 10:53AM | 4 | you wanted to do, right? |
| 10:53AM | 5 | A.  Yes. |
| 10:53AM | 6 | Q.  You were a cocaine user, right? |
| 10:53AM | 7 | A.  Yes. |
| 10:53AM | 8 | Q.  Okay.  And -- and you went and you bought the cocaine |
| 10:53AM | 9 | from Marcus Black -- |
| 10:53AM | 10 | A.  Yes. |
| 10:53AM | 11 | Q.  -- right? |
| 10:53AM | 12 | Now, you -- I'm gonna summarize the transaction. |
| 10:53AM | 13 | You gave Marcus the money, and Marcus gave you the |
| 10:53AM | 14 | cocaine, right? |
| 10:53AM | 15 | A.  Yes. |
| 10:53AM | 16 | Q.  Okay.  And then you and Peter and some other people went |
| 10:53AM | 17 | back and used it, correct? |
| 10:54AM | 18 | A.  Yes. |
| 10:54AM | 19 | Q.  Okay.  Yeah.  And -- and so Marcus didn't tell you he was |
| 10:54AM | 20 | giving you any kind of a deal because it was being sold to |
| 10:54AM | 21 | Peter, right? |
| 10:54AM | 22 | A.  No. |
| 10:54AM | 23 | Q.  Okay.  And, in fact, you -- you had known Marcus from |
| 10:54AM | 24 | other places outside of Pharaoh's, right? |
| 10:54AM | 25 | A.  Yes. |

10:54AM  1    Q.  He went to a lot of bars?

10:54AM  2    A.  Yes.

10:54AM  3    Q.  And he was a known drug dealer at all those bars --

10:54AM  4    A.  Yes.

10:54AM  5    Q.  -- correct?

10:54AM  6        So if I see Marcus Black at SoHo, I can buy drugs from

10:54AM  7    him, right?

10:54AM  8    A.  Yes.

10:54AM  9    Q.  If I see Marcus Black at Mother's, I can buy drugs from

10:54AM  10   him, right?

10:54AM  11   A.  Yes.

10:54AM  12   Q.  If I see Marcus Black outside on the corner outside of

10:54AM  13   the U.S. Attorney's Office, I can buy drugs from him?

10:54AM  14   A.  Yes.

10:54AM  15   Q.  It might be a little dangerous?

10:54AM  16   A.  That's a little weird, yeah.

10:54AM  17   Q.  But based on your knowledge of Marcus Black, you probably

10:54AM  18   could have bought drugs there, right?

10:54AM  19   A.  Yes.

10:54AM  20   Q.  All right.  So there was nothing unique of what he is

10:54AM  21   doing inside of Pharaoh's, right?

10:54AM  22   A.  Right.

10:54AM  23   Q.  All right.  Now, you -- you testified a little bit about

10:54AM  24   your drug sales --

10:54AM  25   A.  Yes.

10:54AM    1    Q.  -- you were doing.

10:54AM    2        You were doing that clandestinely, right?  You weren't

10:55AM    3    advertising that you were selling cocaine?

10:55AM    4    A.  No.

10:55AM    5    Q.  Okay.  Small amounts, right?

10:55AM    6    A.  Yes.

10:55AM    7    Q.  Recreational amounts?

10:55AM    8    A.  Yes.

10:55AM    9    Q.  Okay.  And -- and you were doing that to your benefit,

10:55AM   10    right?

10:55AM   11    A.  Yes.

10:55AM   12    Q.  In other words, if you do a drug transaction at

10:55AM   13    Pharaoh's, you're not giving Peter a cut of the money, right?

10:55AM   14    A.  No.

10:55AM   15    Q.  You're not giving any other girls a cut of the money?

10:55AM   16    A.  No.

10:55AM   17    Q.  Okay.  You're doing that to support your habit, right?

10:55AM   18    A.  Yes.

10:55AM   19    Q.  Peter Gerace never told you to sell cocaine?

10:55AM   20    A.  No.

10:55AM   21    Q.  All right.  Okay.

10:55AM   22        **MR. SOEHNLEIN:**  Can I just have one minute, Judge?

10:55AM   23        **THE COURT:**  Sure.

10:55AM   24        **MR. SOEHNLEIN:**  Thank you.

10:56AM   25        Sorry about that.  Thank you, Judge.

**BY MR. SOEHNLEIN:**

Q.  You had some testimony about Joe Bongiovanni; do you

recall that?

A.  Yes.

Q.  When he was at the club, was he treated similar to other

customers?

A.  Yes.

Q.  Yeah.  He didn't get any preferential treatment?

A.  No.

Q.  Okay.  Now, there was testimony about a business card

that was given to you; is that correct?

A.  Yes.

Q.  Yeah.  And you -- you shared all of the -- the entirety

of your recollection about that business card with the jury,

correct?

A.  Yes.

Q.  Okay.  Now, when Mr. Gerace gave you that business card,

he didn't tell you what Mr. Bongiovanni would do for you,

right?

A.  No, I really think was to get out of, like, a traffic

kind of thing if I got pulled over.

Q.  All right.  So -- so your impression is, you get a

speeding ticket, you're going to show them the Bongiovanni

card, right?

A.  Yeah.

| | | |
|---|---|---|
| 10:57AM | 1 | Q.  Right.  You didn't expect that, like, you get busted for |
| 10:57AM | 2 | cocaine, that the charges were just gonna go away? |
| 10:57AM | 3 | A.  At that time, I wasn't even selling the cocaine, I was |
| 10:57AM | 4 | just a user, so -- |
| 10:57AM | 5 | Q.  Yeah.  So what was on your radar is, like, traffic |
| 10:57AM | 6 | tickets, speeding tickets, things like that? |
| 10:57AM | 7 | A.  Yes. |
| 10:57AM | 8 | Q.  Okay.  So in your mind, it didn't even occur to you that |
| 10:57AM | 9 | it might have anything to do with drug sales, right? |
| 10:57AM | 10 | A.  Not at all. |
| 10:57AM | 11 | Q.  And Peter Gerace didn't tell you that, right? |
| 10:57AM | 12 | A.  No. |
| 10:57AM | 13 | MR. SOEHNLEIN:  Okay.  And -- and one more minute, |
| 10:57AM | 14 | Judge.  Thanks. |
| 10:58AM | 15 | BY MR. SOEHNLEIN: |
| 10:58AM | 16 | Q.  We're rounding third and heading home, I promise.  I |
| 10:58AM | 17 | don't mean to -- just to set you up. |
| 10:58AM | 18 | You met with the government several times to -- to |
| 10:58AM | 19 | prepare for this, correct? |
| 10:58AM | 20 | A.  Yes. |
| 10:58AM | 21 | Q.  Yeah.  And you recall that they asked you questions about |
| 10:58AM | 22 | commercial sex acts at Pharaoh's; is that correct? |
| 10:58AM | 23 | A.  Yes. |
| 10:58AM | 24 | Q.  And -- and you never saw any commercial sex acts; is that |
| 10:58AM | 25 | right? |

10:58AM 1  A.  No.

10:58AM 2  Q.  Not upstairs?

10:58AM 3  A.  No.

10:58AM 4  Q.  Not in the VIP area?

10:58AM 5  A.  No.

10:58AM 6  Q.  You were at Pharaoh's a lot, right?

10:58AM 7  A.  Yes.

10:58AM 8  Q.  For six years --

10:58AM 9  A.  Yeah.

10:58AM 10 Q.  -- right?

10:58AM 11     And -- and in your estimation, they -- they tried pretty

10:58AM 12 hard to get you to give on that testimony, right?

10:58AM 13 A.  I'm sorry?

10:58AM 14 Q.  It's -- it's a bad question.

10:58AM 15     The government asked you about commercial sex acts quite

10:58AM 16 a bit when they were prepping you, right?

10:58AM 17 A.  Yes.

10:58AM 18 Q.  All right.  And you're solid on that you never saw

10:59AM 19 anything, right?

10:59AM 20 A.  Right.

10:59AM 21 Q.  Okay.  You trusted the bouncers?

10:59AM 22 A.  I did.

10:59AM 23 Q.  Yeah.  They did a good job protecting you?

10:59AM 24 A.  Yes.

10:59AM 25         **MR. SOEHNLEIN:**  That -- that's all I have, Judge.

| | | |
|---|---|---|
| 10:59AM | 1 | Thank you. |
| 10:59AM | 2 | **THE COURT:**  Redirect? |
| 10:59AM | 3 | |
| 10:59AM | 4 | **REDIRECT EXAMINATION BY MR. COOPER:** |
| 10:59AM | 5 | Q.  Most of the time you prepared was with me, right? |
| 10:59AM | 6 | A.  Yes. |
| 10:59AM | 7 | Q.  Okay.  And there were some agents in the room, right? |
| 10:59AM | 8 | A.  Yes. |
| 10:59AM | 9 | Q.  Did anybody ever, one time, tell you to make something up |
| 10:59AM | 10 | because we wanted to hear it? |
| 10:59AM | 11 | A.  Not once. |
| 10:59AM | 12 | Q.  What did we ask you to do? |
| 10:59AM | 13 | A.  Tell the truth. |
| 10:59AM | 14 | Q.  You were asked some questions about that business card a |
| 10:59AM | 15 | second ago; do you remember that? |
| 10:59AM | 16 | A.  Yes. |
| 10:59AM | 17 | Q.  The business card said that Bongiovanni was a DEA agent, |
| 10:59AM | 18 | right? |
| 10:59AM | 19 | A.  Yes. |
| 10:59AM | 20 | Q.  Not a state trooper, right? |
| 10:59AM | 21 | A.  No. |
| 10:59AM | 22 | Q.  Not a Cheektowaga local police officer, right? |
| 10:59AM | 23 | A.  Right. |
| 10:59AM | 24 | Q.  Okay.  And I just want to know what you understand.  Do |
| 10:59AM | 25 | you believe that DEA agents stop people for speeding? |

| | | |
|---|---|---|
| 10:59AM | 1 | A.  No. |
| 10:59AM | 2 | Q.  Okay.  Do you think that they're really involved in |
| 10:59AM | 3 | traffic tickets at all? |
| 10:59AM | 4 | A.  I have no clue.  I just thought that it's a -- some kind |
| 11:00AM | 5 | of law enforcement, I mean, they are -- |
| 11:00AM | 6 | Q.  Do you know what DEA stands for? |
| 11:00AM | 7 | A.  Yes. |
| 11:00AM | 8 | Q.  What does it stand for? |
| 11:00AM | 9 | A.  Drug -- |
| 11:00AM | 10 | Q.  If I say it, will that help? |
| 11:00AM | 11 | A.  Yes. |
| 11:00AM | 12 | Q.  Is that the Drug Enforcement Administration? |
| 11:00AM | 13 | A.  Yes. |
| 11:00AM | 14 | Q.  Okay.  And the business card that this defendant handed |
| 11:00AM | 15 | to you was a business card for a special agent from the Drug |
| 11:00AM | 16 | Enforcement Administration, right? |
| 11:00AM | 17 | A.  Correct. |
| 11:00AM | 18 | Q.  Okay.  And when he handed it to you, do you remember what |
| 11:00AM | 19 | his exact words were? |
| 11:00AM | 20 | A.  Just to -- that I could use this to get out of trouble. |
| 11:00AM | 21 | Q.  Okay.  And he didn't say use this if you get a speeding |
| 11:00AM | 22 | ticket, right? |
| 11:00AM | 23 | A.  Right. |
| 11:00AM | 24 | Q.  And when he told you -- "he" being the defendant, told |
| 11:00AM | 25 | you use this if you get in trouble, or use it to get out of |

| | | |
|---|---|---|
| 11:00AM | 1 | trouble, he knew that you were a cocaine user, right? |
| 11:00AM | 2 | A.  Yes. |
| 11:00AM | 3 | Q.  You had brought cocaine from his drug dealer back to him, |
| 11:00AM | 4 | right? |
| 11:00AM | 5 | A.  Yes. |
| 11:00AM | 6 | Q.  And the words he says to you are use this to get out of |
| 11:00AM | 7 | trouble, right? |
| 11:00AM | 8 | A.  Yes. |
| 11:00AM | 9 | Q.  Okay.  You were asked some questions about Marcus Black |
| 11:01AM | 10 | selling drugs at other places, right? |
| 11:01AM | 11 | A.  Yes. |
| 11:01AM | 12 | Q.  I want to talk about Pharaoh's.  He sold drugs there, |
| 11:01AM | 13 | right? |
| 11:01AM | 14 | A.  Yes. |
| 11:01AM | 15 | Q.  Pharaoh's is a private business, isn't it? |
| 11:01AM | 16 | A.  Yes. |
| 11:01AM | 17 | Q.  And the owner of Pharaoh's, he's capable of excluding |
| 11:01AM | 18 | people from entering, right? |
| 11:01AM | 19 | A.  Yes. |
| 11:01AM | 20 | Q.  Private business owners can do that to your |
| 11:01AM | 21 | understanding? |
| 11:01AM | 22 | A.  Yes. |
| 11:01AM | 23 | Q.  And is it your understanding that Marcus Black was the |
| 11:01AM | 24 | defendant's friend? |
| 11:01AM | 25 | A.  Yes. |

11:01AM    1    Q.   And the defendant, he certainly knew Marcus Black was a

11:01AM    2    drug dealer, right?

11:01AM    3    A.   Yes.

11:01AM    4    Q.   He had actually sent you to Marcus Black to buy drugs,

11:01AM    5    right?

11:01AM    6    A.   Yes.

11:01AM    7    Q.   Fair to say Marcus Black was very welcome at Pharaoh's

11:01AM    8    Gentlemen's Club?

11:01AM    9    A.   Yes.

11:01AM   10    Q.   Okay.  You were asked questions about why you started

11:01AM   11    working at Pharaoh's, and -- and that you wanted to make more

11:01AM   12    money was your answer; do you remember that?

11:01AM   13    A.   Yes.

11:01AM   14    Q.   At that time, were you an opiate addict?

11:01AM   15    A.   No.

11:01AM   16    Q.   Have you ever been an opiate addict?

11:01AM   17    A.   No.

11:01AM   18    Q.   Have you struggled with opiate withdrawals?

11:01AM   19    A.   No.

11:01AM   20    Q.   Do you know what that feels like?

11:01AM   21    A.   No.

11:01AM   22    Q.   You were asked some questions about what you observed

11:01AM   23    happening in the VIP Room with respect to commercial sex

11:01AM   24    acts.

11:02AM   25         Do you remember being asked that question?

| | | |
|---|---|---|
| 11:02AM | 1 | A.  Yes. |
| 11:02AM | 2 | Q.  Have you seen -- and I'm not trying to be a jerk here, |
| 11:02AM | 3 | but have you seen every private dance that ever happened at |
| 11:02AM | 4 | Pharaoh's? |
| 11:02AM | 5 | A.  No. |
| 11:02AM | 6 | Q.  You didn't, like, follow other dancers around and watch |
| 11:02AM | 7 | what they were doing, right? |
| 11:02AM | 8 | A.  No. |
| 11:02AM | 9 | Q.  There were times when people were upstairs and you |
| 11:02AM | 10 | weren't; is that fair to stay? |
| 11:02AM | 11 | A.  Yes. |
| 11:02AM | 12 | Q.  And so is it fair to say, you wouldn't know what was |
| 11:02AM | 13 | happening at that time? |
| 11:02AM | 14 | A.  Yes. |
| 11:02AM | 15 | Q.  Have you told this jury everything you know to the best |
| 11:02AM | 16 | of your ability? |
| 11:02AM | 17 | A.  I have. |
| 11:02AM | 18 | **MR. COOPER:**  Okay.  I have nothing more, Judge. |
| 11:02AM | 19 | **THE COURT:**  Any recross? |
| 11:02AM | 20 | **MR. SOEHNLEIN:**  I have two questions.  Maybe three. |
| 11:02AM | 21 | Maybe five. |
| 11:02AM | 22 | |
| 11:02AM | 23 | **RECROSS-EXAMINATION BY MR. SOEHNLEIN:** |
| 11:02AM | 24 | Q.  When the -- when Peter Gerace gave you that business |
| 11:02AM | 25 | card, you don't know what he meant, do you? |

USA v Gerace - A.P. - Soehnlein/Recross - 11/7/24    45

| | | |
|---|---|---|
| 11:02AM | 1 | A.  No. |
| 11:02AM | 2 | Q.  And you were at Pharaoh's -- how often were you at |
| 11:02AM | 3 | Pharaoh's during that time period that we were talking about, |
| 11:02AM | 4 | 2007 to 2013? |
| 11:02AM | 5 | A.  A couple days a week, every week. |
| 11:02AM | 6 | Q.  Yeah, and you did most every job in the building, right? |
| 11:03AM | 7 | A.  Yes. |
| 11:03AM | 8 | Q.  You had a pretty good sense of what was going on there? |
| 11:03AM | 9 | A.  Yes. |
| 11:03AM | 10 | Q.  Yeah, you feel like you're kind of an expert at what -- |
| 11:03AM | 11 | what was going on inside the building? |
| 11:03AM | 12 | A.  Yes. |
| 11:03AM | 13 | **MR. SOEHNLEIN:**  I have nothing further.  Thank you. |
| 11:03AM | 14 | **THE COURT:**  Anything more? |
| 11:03AM | 15 | **MR. COOPER:**  I'm good.  Thank you. |
| 11:03AM | 16 | **THE COURT:**  You may step down, ma'am.  You're |
| 11:03AM | 17 | excused. |
| 11:03AM | 18 | (Witness excused at 11:03 a.m.) |
| | 19 | (Excerpt concluded at 11:03 a.m.) |
| | 20 | *     *     *     *     *     *     * |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2                        **CERTIFICATE OF REPORTER**

3

4               In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on November 7, 2024.

8

9

10                         s/ Ann M. Sawyer
                          Ann M. Sawyer, FCRR, RPR, CRR
11                        Official Court Reporter
                          U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                       **TRANSCRIPT INDEX**

3                 **EXCERPT - EXAMINATION OF A.P.**

4                    **NOVEMBER 7, 2024**

5

6 **W I T N E S S**                         **P A G E**

7 **A. P.**                               2

8    DIRECT EXAMINATION BY MR. COOPER:     2

9    CROSS-EXAMINATION BY MR. SOEHNLEIN:   30

10    REDIRECT EXAMINATION BY MR. COOPER:   40

11    RECROSS-EXAMINATION BY MR. SOEHNLEIN:  44

12

13

14 **E X H I B I T**                       **P A G E**

15  GOV Exhibit 485                   13

16

17

18

19

20

21

22

23

24

25