UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

19-CR-227-LJV
23-CR-37-LJV

PETER GERACE, JR.,

Defendant.

---

### JURY VERDICT

Now that you have been instructed on the law applicable to this case, you must make unanimous findings of guilty or not guilty for each count on which the defendant, Peter Gerace, Jr., is charged in the indictment. **Your answers to all questions must be unanimous.**

Before you may find Mr. Gerace guilty on a certain count, you must find that the government has proven the essential elements of that count beyond a reasonable doubt. If the government has done so, you should find Mr. Gerace guilty; if it has not, your verdict must be not guilty on that count.

*Proceed to the next page.*

## COUNT 1

**(CONSPIRACY TO DEFRAUD THE UNITED STATES AND COMMIT BRIBERY IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 371)**

**How do you find as to the defendant, Peter Gerace, Jr., on Count 1?**

_____ **NOT GUILTY**          __X__ **GUILTY**

*Proceed to the next page.*

## COUNT 2

**(PAYING A BRIBE TO A PUBLIC OFFICIAL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 201(B)(1)(A) AND 201(B)(1)(C))**

**How do you find as to the defendant, Peter Gerace, Jr., on Count 2?**

____ **NOT GUILTY**          **_X_ GUILTY**

*Proceed to the next page.*

## COUNT 3

### (MAINTAINING A DRUG-INVOLVED PREMISES IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 856(A)(1), AND TITLE 18, UNITED STATES CODE, SECTION 2)

**How do you find as to the defendant, Peter Gerace, Jr., on Count 3?**

____  **NOT GUILTY**          _X_  **GUILTY**

*Proceed to the next page.*

# COUNT 4

## (CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES AND TO MAINTAIN A DRUG-INVOLVED PREMISES IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 846)

**How do you find as to the defendant, Peter Gerace, Jr., on Count 4?**

____  **NOT GUILTY**          _X_  **GUILTY**

*Proceed to the next page.*

## COUNT 5

## (CONSPIRACY TO COMMIT SEX TRAFFICKING IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1594(C))

**How do you find as to the defendant, Peter Gerace, Jr., on Count 5?**

\_\_\_\_ **NOT GUILTY**         **_X_ GUILTY**

*Proceed to the next page.*

## COUNT 6

### (TAMPERING WITH A WITNESS IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 1512(B)(1) AND 2)

**How do you find as to the defendant, Peter Gerace, Jr., on Count 6?**

\_\_\_\_ **NOT GUILTY**          _X_ **GUILTY**

*Proceed to the next page.*

## COUNT 7

### (TAMPERING WITH A WITNESS IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 1512(B)(2)(A) AND 2)

**How do you find as to the defendant, Peter Gerace, Jr., on Count 7?**

\_\_\_\_ **NOT GUILTY**          _X_ **GUILTY**

*Proceed to the next page.*

## COUNT 8

## (TAMPERING WITH A WITNESS IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 1512(B)(3) AND 2)

**How do you find as to the defendant, Peter Gerace, Jr., on Count 8?**

   **X**  **NOT GUILTY**                    \_\_\_\_  **GUILTY**

*Proceed to the next page.*

## COUNT 9

**(POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(A)(1) AND 841(B)(1)(C))**

**How do you find as to the defendant, Peter Gerace, Jr., on Count 9?**

_____ **NOT GUILTY**          __X__ **GUILTY**

*Proceed to the next page.*

## FINAL INSTRUCTIONS

Now that you have completed the verdict sheet, place it in the envelope provided and seal the envelope. Inform the court by a separate written note that you have reached a verdict. Do not disclose the verdict to the court or to anyone else until you are asked to do so by the judge in open court.

**I certify this verdict to be true and accurate.**

Dated: 12/27/2024

_____
Signature of Jury Foreperson