IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PETER GERACE, JR.,

        Defendant.

19-CR-227-LJV
23-CR-37-LJV

---

## ORDER

Upon motion of the government to temporarily deny media access to conduct an in-person interview of defendant Gerace until the parties have an opportunity to be heard on such matter and the Court can give it due consideration, it is hereby

**ORDERED** that the Chautauqua County Jail staff and/or the United States Marshals Service, or designees of either, are directed not to permit in-person media interviews of defendant Gerace until further order of this Court.

DATED:    Buffalo, New York, January 8, 2025.

TIME:     5:12 p.m.

                                      HONORABLE LAWRENCE J. VILARDO
                                      United States District Judge