1          **UNITED STATES DISTRICT COURT**
           **WESTERN DISTRICT OF NEW YORK**
2
   _____
3  **UNITED STATES OF AMERICA,**
                                      Case No. 1:19-cr-227
4              Plaintiff,                       1:23-cr-37
   v.                                               (LJV)
5
   **PETER GERACE, JR.,**               December 13, 2024
6
               Defendant.
   _____
7
         **TRANSCRIPT EXCERPT - EXAMINATION OF L.L. (PW #1)**
8          **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
               **UNITED STATES DISTRICT JUDGE**
9
   <u>**APPEARANCES:**</u>    **TRINI E. ROSS, UNITED STATES ATTORNEY**
10                     **BY: JOSEPH M. TRIPI, ESQ.**
                          **NICHOLAS T. COOPER, ESQ.**
11                        **CASEY L. CHALBECK, ESQ.**
                       Assistant United States Attorneys
12                     Federal Centre, 138 Delaware Avenue
                       Buffalo, New York 14202
13                     For the Plaintiff

14                     **THE FOTI LAW FIRM, P.C.**
                       **BY: MARK ANDREW FOTI, ESQ.**
15                     16 West Main Street, Suite 100
                       Rochester, New York 14614
16                        And
                       **SOEHNLEIN LAW**
17                     **BY: ERIC MICHAEL SOEHNLEIN, ESQ.**
                       350 Main Street, Suite 2100
18                     Buffalo, New York 14202
                       For the Defendant
19
   <u>**PRESENT:**</u>      **KAREN A. CHAMPOUX, USA PARALEGAL**
20                     **BRIAN A. BURNS, FBI SPECIAL AGENT**
                       **MARILYN K. HALLIDAY, HSI SPECIAL AGENT**
21                     **OLIVIA A. PROIA, J.D., PARALEGAL**

22 <u>**LAW CLERK:**</u>    **REBECCA FABIAN IZZO, ESQ.**

23 <u>**COURT CLERK:**</u>   **COLLEEN M. DEMMA**

24 <u>**REPORTER:**</u>     **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                       Robert H. Jackson Courthouse
25                     2 Niagara Square Buffalo, New York 14202
                       Ann_Sawyer@nywd.uscourts.gov

|  |  |  |
|--|--|--|
| | 1 | (Excerpt commenced at 3:33 p.m.) |
| | 2 | (Jury is present.) |
| 03:33PM | 3 | **THE COURT:** The government can call its next witness. |
| 03:33PM | 4 | **MR. TRIPI:** Just waiting for this witness to exit, |
| 03:33PM | 5 | Your Honor. Okay. Your Honor, we call L.L. |
| 03:34PM | 6 | |
| 03:34PM | 7 | **L.L. (PROTECTED WITNESS #1)**, having been duly called and |
| 03:34PM | 8 | sworn, testified as follows: |
| 03:34PM | 9 | **MR. TRIPI:** Good afternoon, Ms. L.L. |
| 03:34PM | 10 | May I proceed, Your Honor? |
| 03:34PM | 11 | **THE COURT:** You may. |
| 03:34PM | 12 | |
| 03:34PM | 13 | **DIRECT EXAMINATION BY MR. TRIPI:** |
| 03:34PM | 14 | Q. Ms. L.L., can you tell us how old you are, and introduce |
| 03:34PM | 15 | yourself to the jury, please? |
| 03:34PM | 16 | A. I am 32 years old. |
| 03:34PM | 17 | Q. And what's your -- what's your name? |
| 03:34PM | 18 | A. L.L. |
| 03:34PM | 19 | Q. Ms. L.L., how far have you gone in school? |
| 03:34PM | 20 | A. I graduated high school at Lake Shore Senior High. |
| 03:34PM | 21 | Q. Where are you from originally? |
| 03:35PM | 22 | A. I'm from Cuba, New York. |
| 03:35PM | 23 | Q. And just geographically, where is that in relation to |
| 03:35PM | 24 | Buffalo? |
| 03:35PM | 25 | A. Jamestown, Olean area. |

USA v Gerace - L.L. - Tripi/Direct - 12/13/24
3

03:35PM   1   Q.   Okay.  And where did you graduate from high school?

03:35PM   2   A.   This was in Angola, New York that I graduated.

03:35PM   3   Q.   What was the name of the school?

03:35PM   4   A.   Lake Shore Senior High.

03:35PM   5   Q.   Did you graduate when you were 18 years old?

03:35PM   6   A.   Yes.

03:35PM   7   Q.   Have you recently completed further education?

03:35PM   8   A.   I did.  I went through training to become a peer

03:35PM   9   advocate.  And I'm finishing volunteering hours and taking my

03:35PM  10   exam, and then I can go on to working in that field.

03:35PM  11   Q.   Is a peer advocate, is that a certification course?

03:36PM  12   A.   Yes.

03:36PM  13   Q.   And tell the jury what a peer advocate is.

03:36PM  14   A.   A peer advocate is somebody who helps people through

03:36PM  15   substance abuse.  We help them get resources to rehabs,

03:36PM  16   anything they need.  Resource-wise, we will get.

03:36PM  17   Q.   And do you have to do some additional volunteer hours

03:36PM  18   before you are able to work in that field?

03:36PM  19   A.   Yes.

03:36PM  20   Q.   How many volunteer hours do you need to work in the

03:36PM  21   field?

03:36PM  22   A.   I need 500.

03:36PM  23   Q.   Are you working towards that now?

03:36PM  24   A.   Yes.

03:36PM  25   Q.   Is that a field that's sort of important to you, given

USA v Gerace - L.L. - Tripi/Direct - 12/13/24

4

03:36PM  1  some of things that you've gone through in life?

03:36PM  2  A.  Yes.  It's very important to me, yes.

03:36PM  3  Q.  All right.  We'll get into it.  But do you have a long

03:36PM  4  history of substance abuse yourself?

03:36PM  5  A.  Yes.

03:36PM  6  Q.  Okay.  We're going to get into that in more detail.  But

03:37PM  7  tell the jury, between sort of high school and where you are

03:37PM  8  today, what types of different work have you done?

03:37PM  9  A.  I started out waitressing at, you know, restaurants.

03:37PM  10  Then I went on to retail work.  And then I went on to working

03:37PM  11  at Pharaoh's Gentlemen's Club.

03:37PM  12  Q.  Okay.  We'll get there in a moment.  But generally, it

03:37PM  13  was restaurant work and sort of retail work?

03:37PM  14  A.  Yes.

03:37PM  15  Q.  I want to talk a little bit sort of in broad details

03:37PM  16  right now about your drug history, and we'll get into more

03:37PM  17  specifics later, okay?

03:37PM  18      In terms of your drug history, do you have a history of

03:37PM  19  addiction to cocaine and heroin?

03:37PM  20  A.  Yes.

03:37PM  21  Q.  Have you tried other drugs?

03:37PM  22  A.  Yes.

03:37PM  23  Q.  Would it be fair to say those are the two main drugs that

03:38PM  24  you've struggled with throughout your life?

03:38PM  25  A.  Yes.

USA v Gerace - L.L. - Tripi/Direct - 12/13/24

5

```
03:38PM    1    Q.  As you sit here today, from heroin, have you been clean

03:38PM    2    for a length of time?

03:38PM    3    A.  Yes.

03:38PM    4    Q.  What year was your last use of heroin?

03:38PM    5    A.  2019.

03:38PM    6    Q.  What was the last year that you had worked at all at

03:38PM    7    Pharaoh's?

03:38PM    8    A.  2019.

03:38PM    9    Q.  Could it have been 2018, your last year at Pharaoh's?

03:38PM   10    A.  It could have been.

03:38PM   11    Q.  Okay.  How are you doing as it relates to heroin now?

03:38PM   12    A.  I am doing good.  I'm still doing a program that's

03:38PM   13    helping me stay clean.

03:38PM   14    Q.  Okay.  And what's -- generally what's that program?

03:38PM   15    A.  That is it's called MAT, medicated assistance treatment.

03:38PM   16    Q.  And does that essentially involve you going in the

03:39PM   17    mornings to get a dosage of methadone?

03:39PM   18    A.  Yes.

03:39PM   19    Q.  And what is that methadone supposed to do for you?

03:39PM   20    A.  The methadone is supposed to help so I don't go back to

03:39PM   21    using.  It helps with cravings.

03:39PM   22    Q.  Okay.  Is that what's referred to as sort of a methadone

03:39PM   23    maintenance program?

03:39PM   24    A.  Yes.

03:39PM   25    Q.  And is the idea of the program over time you use less and
```

03:39PM  1   less and less so you can eventually not be on that?

03:39PM  2   A.   Yes.

03:39PM  3   Q.   Did you take your daily methadone under a doctor's

03:39PM  4   supervision this morning?

03:39PM  5   A.   Yes.

03:39PM  6   Q.   If you weren't to take the methadone, would that have a

03:39PM  7   physical effect on you?

03:39PM  8   A.   Yes.

03:39PM  9   Q.   Would you be able to concentrate if you didn't take the

03:39PM  10  methadone?

03:39PM  11  A.   No.

03:39PM  12  Q.   So is that part of your sort of daily routine in order to

03:40PM  13  make sure you're able to function well?

03:40PM  14  A.   Yes, absolutely.

03:40PM  15  Q.   And have you been clean from cocaine for a while?

03:40PM  16  A.   Yes.

03:40PM  17  Q.   How long have you been clean from cocaine?

03:40PM  18  A.   Since summer.  This past summer.

03:40PM  19  Q.   Okay.  Would it be fair to say that when you have slipups

03:40PM  20  along the way, it's usually cocaine use?

03:40PM  21  A.   Yes.

03:40PM  22  Q.   You're pretty good at staying away from heroin, right?

03:40PM  23  A.   Yes.

03:40PM  24  Q.   What's your focus right now?  What are you focused on?

03:40PM  25  A.   Right now, I'm focused on my kids and furthering my

USA v Gerace - L.L. - Tripi/Direct - 12/13/24

7

| | | |
|---|---|---|
| 03:40PM | 1 | career. |
| 03:40PM | 2 | Q.  You have two kids? |
| 03:40PM | 3 | A.  Two kids. |
| 03:40PM | 4 | Q.  What are their ages? |
| 03:40PM | 5 | A.  Two and five. |
| 03:40PM | 6 | Q.  Do you have custody of one of them? |
| 03:40PM | 7 | A.  Yes. |
| 03:40PM | 8 | Q.  Who has custody of the other? |
| 03:41PM | 9 | A.  My mother. |
| 03:41PM | 10 | Q.  So do you have custody of the two-year old? |
| 03:41PM | 11 | A.  Yes. |
| 03:41PM | 12 | Q.  And does your mother have custody of the five-year old? |
| 03:41PM | 13 | A.  Yes. |
| 03:41PM | 14 | Q.  Is that because during the five-year old's birth period, |
| 03:41PM | 15 | that's when you were still heavily involved in your drug use? |
| 03:41PM | 16 | A.  Yes. |
| 03:41PM | 17 | Q.  When you were first contact by law enforcement in this |
| 03:41PM | 18 | case, were you living in Pennsylvania in 2020? |
| 03:41PM | 19 | A.  Yes, I was. |
| 03:41PM | 20 | Q.  Were you living with your mom? |
| 03:41PM | 21 | A.  Yes. |
| 03:41PM | 22 | Q.  When you were first contacted by law enforcement, were |
| 03:41PM | 23 | you expecting to be contacted? |
| 03:41PM | 24 | A.  No. |
| 03:41PM | 25 | Q.  Did you know how law enforcement learned about you? |

| | | |
|---|---|---|
| 03:41PM | 1 | A.  No idea. |
| 03:41PM | 2 | Q.  Were the agents that first contacted you, was it -- was |
| 03:41PM | 3 | it two state police agents who worked with the FBI named |
| 03:42PM | 4 | Geraldo Rondon and Angel Benitos-Santos? |
| 03:42PM | 5 | A.  Yes. |
| 03:42PM | 6 | Q.  Did they first meet up with you at your mom's house? |
| 03:42PM | 7 | A.  Yes. |
| 03:42PM | 8 | Q.  During that first meeting, were you asked questions about |
| 03:42PM | 9 | your experiences and things that happened to you at |
| 03:42PM | 10 | Pharaoh's? |
| 03:42PM | 11 | A.  Yes. |
| 03:42PM | 12 | Q.  Were they telling you information or were they asking you |
| 03:42PM | 13 | questions? |
| 03:42PM | 14 | A.  Asking questions. |
| 03:42PM | 15 | Q.  Were you providing the substance of the information back? |
| 03:42PM | 16 | A.  Yes. |
| 03:42PM | 17 | Q.  At that time, after they did that interview with you at |
| 03:42PM | 18 | your mom's house, were you provided a subpoena to come travel |
| 03:42PM | 19 | to Buffalo to testify before a federal grand jury? |
| 03:42PM | 20 | A.  Yes. |
| 03:42PM | 21 | Q.  Were you nervous to talk publicly about what happened in |
| 03:42PM | 22 | your past in the context of Pharaoh's? |
| 03:42PM | 23 | A.  Yes. |
| 03:42PM | 24 | Q.  After you -- after you were first interviewed by Special |
| 03:43PM | 25 | Agent Rondon, did you text message him and ask him to put you |

03:43PM    1    in witness protection if you had to speak publicly?

03:43PM    2    A.  Yes.

03:43PM    3    Q.  Did that turn out to not be feasible for you because it

03:43PM    4    would have separated you from your older child, your

03:43PM    5    five-year old?

03:43PM    6    A.  Yes.

03:43PM    7    Q.  Are you testifying here today under a subpoena?

03:43PM    8    A.  Yes.

03:43PM    9    Q.  Given where you are in your recovery today, if you

03:43PM    10   weren't under subpoena, would you still be here to testify?

03:43PM    11   A.  Yes.

03:43PM    12   Q.  Tell them why.

03:43PM    13   A.  I would still be here to testify because I have kids, a

03:43PM    14   daughter.  I wouldn't want her to ever have to go through

03:43PM    15   something like I did.  Or --

03:43PM    16          MR. SOEHNLEIN:  Objection, Your Honor.

03:44PM    17          MR. TRIPI:  Can we come up, Judge?

03:44PM    18          MR. SOEHNLEIN:  Can we come up?

03:44PM    19          (Sidebar discussion held on the record.)

03:44PM    20          THE COURT:  What's the basis of the objection?

03:44PM    21          MR. SOEHNLEIN:  It's inappropriate bolstering, Judge.

03:44PM    22   The witness protection thing.  And the why are you here to

03:44PM    23   testify.  It's just -- it's -- if she wants to talk about

03:44PM    24   facts, if she wants to talk about what happened to her, that's

03:44PM    25   fine.  But it's -- it's not appropriate to bolster like this

03:44PM    1    at the beginning of an examination.

03:44PM    2         **MR. TRIPI:**  It's not bolstering, and here's why,

03:44PM    3    Your Honor.

03:44PM    4         **THE COURT:**  Go ahead.

03:44PM    5         **MR. TRIPI:**  They opened on all the benefits we gave

03:44PM    6    witnesses, and they were specifically referencing thousands

03:44PM    7    and thousands of dollars.

03:44PM    8         This witness couldn't qualify for WITSEC for a

03:44PM    9    personal reason, and so the FBI had to find a solution to her

03:44PM   10    safety concerns and issues down the road, later on, and they

03:45PM   11    placed her in hotels, and they spent money on her.  And

03:45PM   12    it's -- I don't know, Eric probably has the numbers better

03:45PM   13    than me, it builds up over time to $30,000.  And so I'm sure

03:45PM   14    they're going cross-examine her.  He's got a huge

03:45PM   15    cross-examination about this witness.

03:45PM   16         But her motives for testifying are always, and

03:45PM   17    sometimes those motives for testifying are cooperation

03:45PM   18    agreements, but sometimes people want to do the right thing.

03:45PM   19    Okay?  And testify either way.

03:45PM   20         So it's the same category.

03:45PM   21         **THE COURT:**  Why isn't that --

03:45PM   22         **MR. TRIPI:**  It's not bolstering her credibility in

03:45PM   23    court.

03:45PM   24         **THE COURT:**  Let me ask.

03:45PM   25         **MR. TRIPI:**  I'm sorry.

03:45PM    1        THE COURT:  Why isn't that grounds for redirect?  If

03:45PM    2    she's -- if she is cross-examined on that.  You're assuming

03:45PM    3    she's going to be cross-examined on it.

03:45PM    4        MR. TRIPI:  Judge, I've briefed it in my brief.  I

03:45PM    5    know it was long and a long time ago.  But there's clear

03:45PM    6    2nd Circuit authority and Circuit Court authority to allows us

03:45PM    7    to front things.

03:45PM    8        THE COURT:  How much longer are you going to go?

03:45PM    9        MR. TRIPI:  She should be able to answer the question

03:45PM   10    on the table, and then I'm moving on.

03:46PM   11        MR. FOTI:  Then there's also something particularly

03:46PM   12    prejudicial about the I'm thinking about my own kids, and I'm

03:46PM   13    thinking about --

03:46PM   14        It's one thing to say I want to testify voluntarily,

03:46PM   15    it has nothing to do with the money I've been paid.  But to

03:46PM   16    start invoking her children and start saying --

03:46PM   17        THE COURT:  But if that's the answer, Mr. Foti,

03:46PM   18    that's the answer.

03:46PM   19        MR. TRIPI:  It can't be like when they like the

03:46PM   20    answer it's allowed to be asked, but when they don't like the

03:46PM   21    answer, it's not.

03:46PM   22        THE COURT:  The problem is with you asking this now

03:46PM   23    before she's --

03:46PM   24        MR. TRIPI:  This is how we started with her, like,

03:46PM   25    we've contacted -- this is chronological.  Contact her out of

03:46PM  1   the blue.  The first thing she does is give an interview, the

03:46PM  2   next thing she does is send a text message --

03:46PM  3        **THE COURT:**  But now you're asking her why she's here.

03:46PM  4   And the problem I have is that I think it is bolstering if

03:46PM  5   it's not in response to some cross-examination.  So I think

03:46PM  6   you can do this on redirect, I just don't think you can do

03:46PM  7   this now.

03:46PM  8        **MR. TRIPI:**  I'm allowed -- my last pitch, Judge, is

03:46PM  9   I'm generally allowed to take this thing out of cross waiting

03:47PM 10   until he's batting me over the head with a baseball bat.

03:47PM 11        **THE COURT:**  You're right on cross, but there's

03:47PM 12   certain things I think that you can't do unless they come out

03:47PM 13   of cross.  So if he stays away from this sort of stuff, I

03:47PM 14   don't know that it would come in at all.

03:47PM 15        **MR. COOPER:**  Judge, I think when the defense opens

03:47PM 16   like they did in this case on witnesses were bought and paid

03:47PM 17   for --

03:47PM 18        **MR. TRIPI:**  That's what they said, that's a quote.

03:47PM 19        **MR. COOPER:**  -- and so when they open and put that in

03:47PM 20   front of the jury, because what if he doesn't go there on

03:47PM 21   cross, but he opened in front of the jury and said we bought

03:47PM 22   and paid for witnesses.

03:47PM 23        **THE COURT:**  And maybe I'm starting to understand, I

03:47PM 24   think, what Mr. Tripi is saying.

03:47PM 25        So you're saying that this is in response to the

03:47PM    1    argument that she's testifying because of money she got and

03:47PM    2    things that she's got?

03:47PM    3        **MR. COOPER:** Correct. Which was a huge theme, which

03:47PM    4    was a huge theme in the defense opening. Right? That's how

03:47PM    5    they chose to do this case.

03:47PM    6        **MR. TRIPI:** And, Judge, it was effective. And now we

03:47PM    7    have to --

03:47PM    8        **THE COURT:** I'll let her answer this question, but

03:47PM    9    that's it.

03:47PM    10        (Sidebar discussion held on the record.)

03:47PM    11        **THE COURT:** Okay. The objection is overruled.

03:48PM    12        **MR. TRIPI:** Ms. Sawyer, can you please just read back

03:48PM    13    my question so I can get it right?

03:48PM    14        She's going to read the question. Listen to it, and

03:48PM    15    then answer, please.

03:48PM    16        **THE WITNESS:** Okay.

03:48PM    17        (The above-requested testimony was then read by the

03:48PM    18    reporter.)

03:48PM    19        **BY MR. TRIPI:**

03:48PM    20    Q.  Is there any more to your answer on that? You can

03:48PM    21    continue with it.

03:48PM    22    A.  I'll leave it there.

03:48PM    23    Q.  Okay. Now, I want to talk generally about Pharaoh's

03:49PM    24    Gentlemen's Club and your life in terms of your introduction

03:49PM    25    to drugs. And I'm going to get much more specific later on,

03:49PM  1    okay?

03:49PM  2    A.  Yes.

03:49PM  3    Q.  Did you work at Pharaoh's Gentlemen's Club from

03:49PM  4    approximately 2013 to 2018?

03:49PM  5    A.  Yes.

03:49PM  6    Q.  Was that for approximately two years steady every day?

03:49PM  7    A.  Yes.

03:49PM  8    Q.  And for approximately three years after that, was

03:49PM  9    there -- were there some gaps?

03:49PM  10   A.  Yes.

03:49PM  11   Q.  Describe how much -- how many -- how much gaps you had

03:49PM  12   after the first two years.

03:49PM  13   A.  My gaps would be every couple of months.

03:49PM  14   Q.  So you'd work there for several months, and then not work

03:49PM  15   there a month; is that what you're explaining?

03:49PM  16   A.  Yes.

03:49PM  17   Q.  Okay.  And then you'd come back, work several months,

03:49PM  18   miss a month; is that the flow?

03:49PM  19   A.  Yes.

03:49PM  20   Q.  Okay.  So would it be fair to say that from 2013 to 2015,

03:50PM  21   you worked steady at Pharaoh's?

03:50PM  22   A.  Yes.

03:50PM  23   Q.  And from 2016 to approximately 2018, it was that sort of

03:50PM  24   intermittent, you'd miss a month here and there?

03:50PM  25   A.  Yes.

03:50PM    1    Q.  Where in your life did you become addicted to heroin?

03:50PM    2    A.  At Pharaoh's.

03:50PM    3    Q.  Did you progress from sniffing it, to then using it

03:50PM    4    intravenously at Pharaoh's?

03:50PM    5    A.  Yes.

03:50PM    6    Q.  How many times have you done heroin inside Pharaoh's?

03:50PM    7    A.  Too many to count.

03:50PM    8    Q.  Where in your life did you become addicted to cocaine?

03:50PM    9    A.  Pharaoh's.

03:50PM   10    Q.  How many times in your life have you done cocaine inside

03:50PM   11    Pharaoh's?

03:50PM   12    A.  Too many to count.

03:50PM   13    Q.  Generally, again -- and I'll ask you about specifics

03:50PM   14    later, probably Monday at this point, okay -- have you

03:50PM   15    engaged in sex acts in exchange for drugs and/or money with

03:51PM   16    men in your life?

03:51PM   17    A.  Yes.

03:51PM   18    Q.  Where did you first engage in commercial sex acts with

03:51PM   19    men for drugs and money?

03:51PM   20    A.  At Pharaoh's.

03:51PM   21    Q.  What did you get for it?

03:51PM   22    A.  I would get drugs or money.

03:51PM   23    Q.  Sometimes both?

03:51PM   24    A.  Yes.

03:51PM   25    Q.  Approximately how many times did you engage in sex acts

03:51PM    1    inside Pharaoh's in exchange for drugs and/or money?

03:51PM    2    A.  Too many to count.

03:51PM    3    Q.  Had you ever done that prior to working at Pharaoh's?

03:51PM    4    A.  No.

03:51PM    5    Q.  Did you do that because your addiction became very bad at

03:52PM    6    Pharaoh's?

03:52PM    7    A.  Yes.

03:52PM    8    Q.  Did you do that for money for drugs?

03:52PM    9    A.  Yes.

03:52PM    10   Q.  Did you do it for favoritism at Pharaoh's?

03:52PM    11   A.  Yes.

03:52PM    12   Q.  Explain the favoritism part for them.

03:52PM    13   A.  So, a favorite basically is somebody -- there were a

03:52PM    14   couple girls that were favorites.  The ones that would do

03:52PM    15   whatever we were asked to do there.  Things in the back room

03:52PM    16   that we weren't supposed to do, if you would do them, you're

03:52PM    17   a favorite.

03:52PM    18   Q.  Whose favorite were you?

03:52PM    19   A.  I was Peter's favorite.

03:52PM    20   Q.  Do you see him in court?

03:52PM    21   A.  Yes.

03:52PM    22   Q.  Can you point to him and describe an article of clothing

03:52PM    23   he's wearing?

03:52PM    24   A.  Whitish/tannish tie.

03:53PM    25   Q.  Is he in the middle there?

```
03:53PM    1   A.  Yes.

03:53PM    2          MR. TRIPI:  May the record reflect the witness

03:53PM    3   identified the defendant?

03:53PM    4          THE COURT:  It does.

03:53PM    5          BY MR. TRIPI:

03:53PM    6   Q.  Prior to working at Pharaoh's, had you used heroin?

03:53PM    7   A.  No.

03:53PM    8   Q.  Prior to working at Pharaoh's, were you addicted to

03:53PM    9   heroin?

03:53PM   10   A.  No.

03:53PM   11   Q.  Prior to working at Pharaoh's, had you used cocaine?

03:53PM   12   A.  No.

03:53PM   13   Q.  Prior to working at Pharaoh's, were you addicted to

03:53PM   14   cocaine?

03:53PM   15   A.  No.

03:53PM   16   Q.  Where did all of those things start becoming and take

03:53PM   17   over your life?

03:53PM   18   A.  At Pharaoh's.

03:53PM   19   Q.  Was the plan when you walked into Pharaoh's at about --

03:53PM   20   how old were you?

03:53PM   21   A.  20.

03:53PM   22   Q.  Was the plan when you walked into Pharaoh's at age 20 to

03:53PM   23   become severely addicted to heroin and cocaine, and to

03:53PM   24   perform sex acts on men in exchange for drugs and money?

03:53PM   25   A.  No.
```

USA v Gerace - L.L. - Tripi/Direct - 12/13/24

| | | |
|---|---|---|
| 03:53PM | 1 | Q.  Did you have that as your life plan? |
| 03:53PM | 2 | A.  No. |
| 03:53PM | 3 | Q.  Was that someone you were turned into at Pharaoh's? |
| 03:53PM | 4 | A.  Yes. |
| 03:54PM | 5 | Q.  We've identified the defendant.  What was his position at |
| 03:54PM | 6 | Pharaoh's while you were there? |
| 03:54PM | 7 | A.  The owner. |
| 03:54PM | 8 | Q.  Where's Pharaoh's located? |
| 03:54PM | 9 | A.  999 Aero Drive in Cheektowaga. |
| 03:54PM | 10 | Q.  Is that over near the airport? |
| 03:54PM | 11 | A.  Yes. |
| 03:54PM | 12 | Q.  How did you first start to come working there? |
| 03:54PM | 13 | A.  Friend and I, named A.A., we heard about it, and we went |
| 03:54PM | 14 | to audition. |
| 03:54PM | 15 | Q.  Was that audition like? |
| 03:54PM | 16 | A.  We had to do three -- three songs on the stage.  And then |
| 03:54PM | 17 | the manager would decide if they wanted to keep you. |
| 03:55PM | 18 | Q.  Did you get hired? |
| 03:55PM | 19 | A.  Yes. |
| 03:55PM | 20 | Q.  Did A.A. get hired? |
| 03:55PM | 21 | A.  Yes. |
| 03:55PM | 22 | Q.  When did you start? |
| 03:55PM | 23 | A.  The next day. |
| 03:55PM | 24 | Q.  After you started, what was your schedule like at first? |
| 03:55PM | 25 | A.  I could work as much as I want, I was doing seven days a |

03:55PM   1    week.

03:55PM   2    Q.  Were you working 8 p.m. to 4 a.m.?

03:55PM   3    A.  Yes.

03:55PM   4    Q.  I've asked you about cocaine and heroin.  I want to go a

03:55PM   5    little further with those at Pharaoh's.

03:55PM   6        How long after starting work at Pharaoh's did you begin

03:55PM   7    using cocaine?

03:55PM   8    A.  Just a few days in.

03:55PM   9    Q.  How long after that did you become addicted to it where

03:55PM   10   you used it every day?

03:55PM   11   A.  Two months.

03:55PM   12   Q.  How long after starting work at Pharaoh's did you begin

03:56PM   13   using heroin?

03:56PM   14   A.  Couple days.

03:56PM   15   Q.  How long after that did you become addicted to it every

03:56PM   16   day?

03:56PM   17   A.  Same.  Couple months.

03:56PM   18   Q.  Eventually were you taking heroin intravenously inside

03:56PM   19   Pharaoh's?

03:56PM   20   A.  Yes.

03:56PM   21   Q.  Was it a daily habit?

03:56PM   22   A.  Yes.

03:56PM   23   Q.  Did you use heroin and cocaine daily?

03:56PM   24   A.  Yes.

03:56PM   25   Q.  Explain how we -- how you would use those two drugs both

USA v Gerace - L.L. - Tripi/Direct - 12/13/24

20

| | | |
|---|---|---|
| 03:56PM | 1 | during the course of a day.  Walk them through a day. |
| 03:56PM | 2 | A.  Okay.  So, you wake up.  The first thing you have to do |
| 03:56PM | 3 | is go get heroin, because you wake up physically sick from |
| 03:56PM | 4 | not having it for so many hours.  So you have to do that. |
| 03:56PM | 5 | Then when you do start feeling a little bit better from |
| 03:57PM | 6 | the heroin, then your body wants the cocaine.  So then you |
| 03:57PM | 7 | have to do that. |
| 03:57PM | 8 | Which, by the time I was shooting both of them, so it |
| 03:57PM | 9 | made my arms different colors, and it just started -- I was |
| 03:57PM | 10 | just looking really bad after a while. |
| 03:57PM | 11 | Q.  Would you have to use the heroin in the beginning and |
| 03:57PM | 12 | then cocaine during your shift? |
| 03:57PM | 13 | A.  Yes. |
| 03:57PM | 14 | Q.  Why did you primarily use cocaine during your shift? |
| 03:57PM | 15 | A.  The cocaine would keep us awake and keep you going. |
| 03:57PM | 16 | Q.  So morning heroin, work shift cocaine.  And then what |
| 03:57PM | 17 | happens at the end of the night? |
| 03:57PM | 18 | A.  At the end of the night, you have to use heroin again to |
| 03:57PM | 19 | be able to calm down from all the cocaine. |
| 03:57PM | 20 | Q.  How frequently do you need the cocaine through the course |
| 03:57PM | 21 | of a shift when you're working 8 p.m. to 4 a.m.? |
| 03:57PM | 22 | A.  Well, the high only lasts ten minutes, so you're chasing |
| 03:58PM | 23 | it. |
| 03:58PM | 24 | Q.  What do you mean by that? |
| 03:58PM | 25 | A.  You're chasing it every ten minutes.  Your body wants |

USA v Gerace - L.L. - Tripi/Direct - 12/13/24
21

03:58PM    1    more and more and more, so you focus more on that sometimes

03:58PM    2    than working.

03:58PM    3    Q.  Are you familiar with the term "dope sick?"

03:58PM    4    A.  Yes.

03:58PM    5    Q.  What does that term mean?

03:58PM    6    A.  That means when you're in withdrawal from having no

03:58PM    7    drugs.

03:58PM    8    Q.  Can you explain the sickness from heroin withdrawal to

03:58PM    9    this jury?

03:58PM   10    A.  Yes.  Sickness, you first start to feel hot and cold

03:58PM   11    flashes.  Then it gets to the point where you're really,

03:58PM   12    really less -- restless and full of anxiety so you can't,

03:58PM   13    like, sit down.  You don't want to lay down.  You don't want

03:58PM   14    to get up, though, because your body hurts.  You have many

03:58PM   15    aches and pains.  Diarrhea, you're throwing up, you're

03:59PM   16    dehydrated.  You can't eat.

03:59PM   17        I always say like the flu times ten.  That's the best I

03:59PM   18    can try to put it.

03:59PM   19    Q.  Did you ever get COVID?

03:59PM   20    A.  Yeah.

03:59PM   21    Q.  Is it a lot worse than that?

03:59PM   22    A.  Yes.

03:59PM   23    Q.  Do you get the chills?

03:59PM   24    A.  Yes.

03:59PM   25    Q.  Do you get cramps?

| | | |
|---|---|---|
| 03:59PM | 1 | A.  Yes. |
| 03:59PM | 2 | Q.  When you're withdrawing, are you able to think straight? |
| 03:59PM | 3 | A.  No. |
| 03:59PM | 4 | Q.  Is that -- is that a sickness and a pain that you fear? |
| 03:59PM | 5 | A.  Yes. |
| 03:59PM | 6 | Q.  Is that something you want to avoid at all costs? |
| 03:59PM | 7 | A.  Yes. |
| 03:59PM | 8 | Q.  How bad -- explain for this jury, how bad did you want to |
| 03:59PM | 9 | avoid that withdrawal feeling that you just described? |
| 03:59PM | 10 | A.  I would have done anything not to feel that way, and |
| 03:59PM | 11 | that's what I did. |
| 03:59PM | 12 | Q.  Once you're addicted, is it a daily fear that you go |
| 03:59PM | 13 | through that you would do anything to avoid that withdrawal |
| 03:59PM | 14 | feeling? |
| 03:59PM | 15 | A.  Yes. |
| 03:59PM | 16 | Q.  Is it a feeling of desperation for you? |
| 04:00PM | 17 | A.  Yes. |
| 04:00PM | 18 | Q.  Over time, did you develop scarring from heroin use on |
| 04:00PM | 19 | your arms? |
| 04:00PM | 20 | A.  Yes. |
| 04:00PM | 21 | Q.  I apologize to ask, but would you mind standing up to |
| 04:00PM | 22 | show the jury your arms? |
| 04:00PM | 23 |         **MR. TRIPI:**  And if counsel needs to see it. |
| 04:00PM | 24 |         May the record reflect the witness is holding up her |
| 04:00PM | 25 | sleeve showing her arms to the jury. |

| | | |
|---|---|---|
| 04:00PM | 1 | **THE WITNESS:**  That's with about four years of, you |
| 04:00PM | 2 | know, healing.  It's four years of healing. |
| 04:00PM | 3 | **BY MR. TRIPI:** |
| 04:00PM | 4 | Q.  How do those scars develop that are on your arms? |
| 04:00PM | 5 | A.  They develop by when you try to shoot IV, if you miss, |
| 04:00PM | 6 | that's what happens. |
| 04:00PM | 7 | Q.  You miss a vein, in other words? |
| 04:00PM | 8 | A.  Yes. |
| 04:00PM | 9 | Q.  And you try again, so you puncture yourself again? |
| 04:00PM | 10 | A.  And you try again, and again, again, yes. |
| 04:01PM | 11 | Q.  Eventually do you've got to try different spots on your |
| 04:01PM | 12 | arms? |
| 04:01PM | 13 | A.  Yes. |
| 04:01PM | 14 | Q.  Is that why they call it track, because you could track |
| 04:01PM | 15 | the scars up and down your arms? |
| 04:01PM | 16 | A.  Yes. |
| 04:01PM | 17 | Q.  Eventually, do your veins collapse? |
| 04:01PM | 18 | A.  Yes. |
| 04:01PM | 19 | Q.  When that happens and your veins collapse in your arms, |
| 04:01PM | 20 | what do you do next? |
| 04:01PM | 21 | A.  It's called skin popping and/or muscle popping. |
| 04:01PM | 22 | Q.  And what does that mean? |
| 04:01PM | 23 | A.  Both.  Where you just put anywhere in your skin, anywhere |
| 04:01PM | 24 | that you can, or you find a muscle and do it in there. |
| 04:01PM | 25 | Q.  Does that hurt? |

04:01PM    1    A.  Yes.

04:01PM    2    Q.  Does that cause bruising?

04:01PM    3    A.  Yes.

04:01PM    4    Q.  When you lose the -- when the veins in your arms

04:01PM    5    collapse, do you go to your legs?

04:01PM    6    A.  Yes.

04:01PM    7    Q.  Does all of that cause visible scarring over time on your

04:01PM    8    arms and legs at the injection sites?

04:01PM    9    A.  Yes.

04:01PM   10    Q.  Was that scarring developing while you were at Pharaoh's?

04:01PM   11    A.  Yes.

04:01PM   12    Q.  By 2015, was it visible?

04:02PM   13    A.  Yes.

04:02PM   14         MR. TRIPI:  Judge, it's 4:01.  I can stop or keep

04:02PM   15    going, it's up to you.

04:02PM   16         THE COURT:  Is this a good spot for you, Mr. Tripi?

04:02PM   17         MR. TRIPI:  It's fine.

04:02PM   18         THE COURT:  So we'll break now for the weekend.

04:02PM   19         Remember my instructions, folks.  Please don't talk

04:02PM   20    about this case with anyone, including each other.  Don't use

04:02PM   21    tools of technology to learn anything about the case or to

04:02PM   22    communicate about the case.  Don't read or watch or listen to

04:02PM   23    any news coverage of the case, if there is any, while the

04:02PM   24    trial is progress.  And don't make up your mind.

04:02PM   25         Again, we're going to start at 9:30 on Monday only

04:02PM    1    because I've got lots of other matters that I need to handle

04:02PM    2    on Monday morning, and I'm going to do it quickly, so we're

04:02PM    3    going to start at 9:30, but we're going to go until maybe

04:02PM    4    5:30.  We're gonna try to go to keep to that schedule that I

04:02PM    5    told you about earlier.  So be prepared to stay a little later

04:02PM    6    next week if you have to.  Okay?

04:02PM    7         Have a great weekend.  Get a good night's sleep.  And

04:03PM    8    please don't talk to anybody about this case.  We're so close

04:03PM    9    now, don't blow it.

04:03PM   10         And, Go Bills!

04:03PM   11         (Jury excused at 4:03 p.m.)

04:03PM   12         **THE COURT:**  Okay.

04:03PM   13         **MR. COOPER:**  Judge, I'd just ask the witness to stay

04:03PM   14    for a second.

04:03PM   15         **THE COURT:**  Yes.

04:03PM   16         So, ma'am, don't talk to any -- if you have a lawyer,

04:03PM   17    you can always talk to your lawyer, but you don't talk to

04:03PM   18    anybody other than your lawyer about your testimony over the

04:03PM   19    weekend.

04:03PM   20         **THE WITNESS:**  Yes, sir.

04:03PM   21         **MR. TRIPI:**  Judge, I just want to clarify.  There

04:03PM   22    will be discussions about logistics getting her here.

04:03PM   23         **THE COURT:**  Yes.

04:04PM   24         **MR. TRIPI:**  So, Ms. L.L., if you communicate, it's

04:04PM   25    just about when they're getting you, when -- where you need to

| | | |
|---|---|---|
| 04:04PM | 1 | be, nothing about your testimony, okay? |
| 04:04PM | 2 | **THE WITNESS:** Okay. |
| 04:04PM | 3 | **MR. TRIPI:** Thank you very much. |
| 04:04PM | 4 | **THE COURT:** You can talk about how you're gonna get |
| 04:04PM | 5 | here, when you're gonna get here, stuff like that. Time and |
| 04:04PM | 6 | logistics. But that's it. |
| 04:04PM | 7 | **THE WITNESS:** Okay. |
| 04:04PM | 8 | **THE COURT:** Okay? |
| 04:04PM | 9 | **THE WITNESS:** Got it. |
| 04:04PM | 10 | **THE COURT:** Got it. Okay. |
| 04:04PM | 11 | Anything more from the government? |
| 04:04PM | 12 | **MR. TRIPI:** No, Judge. |
| 04:04PM | 13 | **THE COURT:** Anything more from the defense? |
| 04:04PM | 14 | **MR. SOEHNLEIN:** Just we submitted a letter last night |
| 04:04PM | 15 | with regard to scope of cross. And I think that that's |
| 04:04PM | 16 | something that maybe we should hash out on Monday before the |
| 04:04PM | 17 | witness testifies, or whenever the Court wants to do it. |
| 04:04PM | 18 | **MR. TRIPI:** Yeah, I think Monday makes sense, Judge, |
| 04:04PM | 19 | that's fine by me. We've got a ways to go. But I would want |
| 04:04PM | 20 | to know before the end of direct, that's all. |
| 04:04PM | 21 | **THE COURT:** Yeah. And we will talk about that. You |
| 04:04PM | 22 | know, get here a little early on Monday. If I can finish the |
| 04:04PM | 23 | three matters I have scheduled for 9 -- |
| 04:04PM | 24 | They're all at 9:00, right? |
| 04:04PM | 25 | **THE CLERK:** Yeah. |

04:04PM      1           **THE COURT:**  So I have three matters scheduled at

04:04PM      2   9:00.  If I can finish them before 9:30, we'll start before

04:05PM      3   9:30 with the argument.  Okay?

04:05PM      4           **MR. TRIPI:**  Okay.

04:05PM      5           **THE COURT:**  Great.  Thanks, folks.

04:05PM      6           **THE CLERK:**  All rise.

04:05PM      7           (Off the record at 4:05 p.m.)

             8           *       *       *       *       *       *       *

             9

            10

            11

            12

            13

            14                   **CERTIFICATE OF REPORTER**

            15

            16           In accordance with 28, U.S.C., 753(b), I

            17   certify that these original notes are a true and correct

            18   record of proceedings in the United States District Court for

            19   the Western District of New York on December 13, 2024.

            20

            21                   s/ Ann M. Sawyer
                                 _____
            22                   Ann M. Sawyer, FCRR, RPR, CRR
                                 Official Court Reporter
            23                   U.S.D.C., W.D.N.Y.

            24

            25