IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

19-CR-227-LJV-MJR
23-CR-37-LJV-MJR

PETER GERACE, JR.,

        Defendant

---

### ORDER PERMITTING DISCLOSURE AS RULE 16 DISCOVERY

The government has moved for permission to disclose Doc. Nos. 488, 498, 503, and 605, each filed under seal, to the defendants' attorneys in *United States v. Gogolack, et. al.*, Case No. 23-CR-99, as voluntary discovery pursuant to defendant Gerace's request under Fed. R. Crim. P. Rule 16(a)(1)(E)(i).

For the reasons set forth in the government's Second Motion to Disclose Certain Sealed Filings, the Court determines that the sealed filings at Doc. Nos. 488, 498, 503, and 605, are discoverable pursuant to Fed. R. Crim. P. Rule 16(a)(1)(E)(i), and hereby permits the government to disclose Doc. Nos. 488[1], 498, 503, and 605 to counsel for the defendants in *United States v. Gogolack, et. al.*, Case No. 23-CR-99, as voluntary discovery, subject to the protective order (*see* Cas No. 23-CR-99, Doc. No. 293) governing the use and dissemination of voluntary discovery in *United States v. Gogolack, et. al.*, Case No. 23-CR-99.

---

[1] Although Doc. No. 488 has previously been unsealed in a minimally redacted form, this Order permits the government to disclose an unredacted version of Doc. No. 488, which remains under seal.

NOW, it is hereby

ORDERED, for the reasons set forth above, that the government be permitted to disclose Doc. Nos. 488, 498, 503, and 605 to the attorneys for the defendants in *United States v. Gogolack, et. al.*, Case No. 23-CR-99, in accordance with defendant Gerace's request under Fed. R. Crim. P. Rule 16(a)(1)(E)(i); and it is further

ORDERED that, except as described above, Doc. Nos. 488, 498, 503, and 605 will remain under seal in Case Nos. 19-CR-227 and 23-CR-37.

DATED: Buffalo, New York, March 3, 2025.

_____
HONORABLE LAWRENCE J. VILARDO
United States District Judge