09:37AM

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,
                                        Case No. 1:19-cr-227
            Plaintiff,                           1:23-cr-37
v.                                                    (LJV)

PETER GERACE, JR.,                      November 19, 2024

            Defendant.
_____

       TRANSCRIPT EXCERPT - EXAMINATION OF JOSEPH KRYWALSKI
          BEFORE THE HONORABLE LAWRENCE J. VILARDO
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:        TRINI E. ROSS, UNITED STATES ATTORNEY
                    BY: JOSEPH M. TRIPI, ESQ.
                        NICHOLAS T. COOPER, ESQ.
                        CASEY L. CHALBECK, ESQ.
                    Assistant United States Attorneys
                    Federal Centre, 138 Delaware Avenue
                    Buffalo, New York 14202
                    For the Plaintiff

                    THE FOTI LAW FIRM, P.C.
                    BY: MARK ANDREW FOTI, ESQ.
                    16 West Main Street, Suite 100
                    Rochester, New York 14614
                      And
                    SOEHNLEIN LAW
                    BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                    350 Main Street, Suite 2100
                    Buffalo, New York 14202
                    For the Defendant

PRESENT:            KAREN A. CHAMPOUX, USA PARALEGAL
                    BRIAN A. BURNS, FBI SPECIAL AGENT
                    MARILYN K. HALLIDAY, HSI SPECIAL AGENT
                    OLIVIA A. PRIOIA, J.D., PARALEGAL

LAW CLERK:          REBECCA FABIAN IZZO, ESQ.

COURT CLERK:        COLLEEN M. DEMMA

REPORTER:           ANN MEISSNER SAWYER, FCRR, RPR, CRR
                    Robert H. Jackson Courthouse
                    2 Niagara Square Buffalo, New York 14202
                    Ann_Sawyer@nywd.uscourts.gov
```

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
| 11:16AM  | 1  | (Excerpt commenced at 11:16 a.m.)                                            |
| 11:17AM  | 2  | (Jury seated at 11:16 a.m.)                                                  |
| 11:17AM  | 3  | **THE COURT:** The record will reflect that all our                          |
| 11:17AM  | 4  | jurors are again present.                                                    |
| 11:17AM  | 5  | The government can call its next witness.                                    |
| 11:17AM  | 6  | **MS. CHALBECK:** Thank you, Your Honor. The government                      |
| 11:17AM  | 7  | calls Joseph Krywalski.                                                      |
| 11:17AM  | 8  |                                                                              |
| 11:17AM  | 9  | **JOSEPH KRYWALSKI**, having been duly called and                            |
| 11:17AM  | 10 | sworn, testified as follows:                                                 |
| 11:17AM  | 11 | **MS. CHALBECK:** May I inquire, Judge?                                      |
| 11:17AM  | 12 | **THE COURT:** You may.                                                      |
| 11:17AM  | 13 |                                                                              |
| 11:17AM  | 14 | **DIRECT EXAMINATION BY MS. CHALBECK:**                                      |
| 11:17AM  | 15 | Q. Good morning.                                                             |
| 11:17AM  | 16 | A. Good morning.                                                             |
| 11:17AM  | 17 | Q. How are you?                                                              |
| 11:17AM  | 18 | A. Good, how are you?                                                        |
| 11:17AM  | 19 | Q. Please introduce yourself to the jury.                                    |
| 11:17AM  | 20 | A. My name is Zone Sergeant Joseph Krywalski.                                |
| 11:17AM  | 21 | Q. And what do you do for work, sir?                                         |
| 11:17AM  | 22 | A. I am employed by the New York State Police.                               |
| 11:17AM  | 23 | Q. How long have you been with the New York State Police?                    |
| 11:18AM  | 24 | A. About 19 and a half years now.                                            |
| 11:18AM  | 25 | Q. Can you just walk the jury through the different                          |

Case 1:19-cr-00227-LJV-MJR   Document 1452   Filed 03/08/25   Page 3 of 8
USA v Gerace - Krywalski - Chalbeck/Direct - 11/19/24

3

| | | |
|---|---|---|
| 11:18AM | 1 | positions you've had while there? |
| 11:18AM | 2 | A.  I started as a road trooper working my way back from |
| 11:18AM | 3 | downstate to upstate.  Then was promoted to sergeant, and |
| 11:18AM | 4 | then eventually a zone sergeant. |
| 11:18AM | 5 | Q.  In your capacity as a road patrol trooper, did you come |
| 11:18AM | 6 | into contact with a person named Jessica Leyland? |
| 11:18AM | 7 | A.  I did. |
| 11:18AM | 8 | Q.  How -- how do you know that person? |
| 11:18AM | 9 | A.  She was -- I arrested her on a traffic stop. |
| 11:18AM | 10 | Q.  Do you remember the date that you arrested her? |
| 11:18AM | 11 | A.  It was August 2nd, 2013. |
| 11:18AM | 12 | Q.  And do you remember the time of day that you arrested |
| 11:18AM | 13 | Ms. Leyland? |
| 11:18AM | 14 | A.  Approximately 2:35, in that area, in the morning. |
| 11:18AM | 15 | Q.  In the morning, a.m.? |
| 11:18AM | 16 | A.  Correct. |
| 11:18AM | 17 | Q.  And can you just explain to the jury the circumstances of |
| 11:18AM | 18 | the stop? |
| 11:18AM | 19 | A.  I was on patrol on Transit Road in the Town of Clarence, |
| 11:18AM | 20 | Cheektowaga, Lancaster area.  We conducted a traffic stop on |
| 11:19AM | 21 | a vehicle that had turned onto Transit Road.  The vehicle was |
| 11:19AM | 22 | un-inspected and turned improperly onto Transit.  We did a |
| 11:19AM | 23 | routine traffic stop on the car. |
| 11:19AM | 24 | When we approached the vehicle, I was with a partner at |
| 11:19AM | 25 | the time, he was in the driver side I was in the passenger |

11:19AM  1   side.  As soon as we walked up to the car, I saw in plain
11:19AM  2   view illegal drugs on the passenger's side seat, as well as
11:19AM  3   in the gear shifter and in the ashtray.
11:19AM  4   Q.   And let me stop you right there.  We'll break this down a
11:19AM  5   little bit.
11:19AM  6        You said that you -- you pulled Ms. Leyland over on
11:19AM  7   Transit Road; is that correct?
11:19AM  8   A.   That's correct.
11:19AM  9   Q.   Where in relation to Pharaoh's Gentlemen's Club did you
11:19AM 10   pull Ms. Leyland over?
11:19AM 11   A.   Within eyesight.  I mean she -- the infraction happened
11:19AM 12   at Aero and Transit, which you can almost see the club from
11:19AM 13   there.  And then the actual traffic stop occurred at
11:19AM 14   Cloverleaf, I believe, which is just south on Transit.
11:20AM 15   Q.   Okay.  So, fair to say that you saw the -- the illegal
11:20AM 16   turn, the infraction, and then it took a while to pull -- to
11:20AM 17   make a successful stop?
11:20AM 18   A.   That's correct.
11:20AM 19   Q.   Okay.  You mentioned that you saw illegal drugs in plain
11:20AM 20   view.  What drugs did you see?
11:20AM 21   A.   There was a large amount of cocaine on the passenger's
11:20AM 22   side front seat.  And there was an unburned marijuana
11:20AM 23   cigarette in the gear shifter on the -- her side of the car,
11:20AM 24   as well as a burnt marijuana cigarette in the ashtray.  And
11:20AM 25   at this time, marijuana was still illegal.

| | | |
|---|---|---|
| 11:20AM | 1 | Q. Now you mentioned that there was cocaine in the |
| 11:20AM | 2 | passenger's seat.  Was there anyone else in the vehicle at |
| 11:20AM | 3 | the time? |
| 11:20AM | 4 | A. No. |
| 11:20AM | 5 | Q. Did you, after you saw the cocaine, did you make an |
| 11:20AM | 6 | arrest of Ms. Leyland? |
| 11:20AM | 7 | A. Yes. |
| 11:20AM | 8 | Q. After making the arrest, did you complete an inventory |
| 11:20AM | 9 | inspection of the vehicle? |
| 11:21AM | 10 | A. I did. |
| 11:21AM | 11 | Q. Can you just explain to the jury what that means, an |
| 11:21AM | 12 | inventory inspection? |
| 11:21AM | 13 | A. So we -- the state police has a form that we do when |
| 11:21AM | 14 | we're towing a vehicle.  It's essentially an inventory of the |
| 11:21AM | 15 | contents of the vehicle, so the state can't be held liable if |
| 11:21AM | 16 | some of those items go missing. |
| 11:21AM | 17 | Q. And so when you completed this inventory check of the |
| 11:21AM | 18 | vehicle, did you find articles of clothing? |
| 11:21AM | 19 | A. I did. |
| 11:21AM | 20 | Q. Can you describe for the jury the kinds of clothing that |
| 11:21AM | 21 | you found? |
| 11:21AM | 22 | A. It was all women's clothing, mostly scantily-clad items. |
| 11:21AM | 23 | Q. Did it look consistent with stripper clothing? |
| 11:21AM | 24 | A. It did. |
| 11:21AM | 25 | Q. Okay.  Going back to the cocaine, did you ultimately |

11:21AM 1 weigh out the amount of cocaine that was in the passenger's
11:21AM 2 seat of this vehicle?
11:21AM 3 A.  I did.
11:21AM 4 Q.  How many grams or how much cocaine was there?
11:21AM 5 A.  I believe just over 31 grams, approximately.  A little
11:21AM 6 more than nine 8 Balls, I want to say.
11:22AM 7       **MS. CHALBECK:**  May I have one moment, Your Honor?
11:22AM 8       **THE COURT:**  Sure.
11:22AM 9       **BY MS. CHALBECK:**
11:22AM 10 Q.  A couple more questions on that cocaine.
11:22AM 11     Was it one big bag of cocaine?  Or was it packaged in a
11:22AM 12 certain way?
11:22AM 13 A.  So it was one large baggie containing 39
11:22AM 14 individually-packaged baggies.
11:22AM 15 Q.  Based on your training and experience, is that consistent
11:22AM 16 with selling user quantities?
11:22AM 17 A.  It is.
11:22AM 18 Q.  Do you know many drug users who just have 31 grams of
11:22AM 19 cocaine for their own personal use?
11:22AM 20 A.  No.
11:22AM 21       **MS. CHALBECK:**  Okay.  No further direct, Your Honor.
11:22AM 22       **THE COURT:**  Any cross?
11:22AM 23       **MR. SOEHNLEIN:**  Just briefly.
11:22AM 24
25

Case 1:19-cr-00227-LJV-MJR   Document 1452   Filed 03/08/25   Page 7 of 8
USA v Gerace - Krywalski - Soehnlein/Cross - 11/19/24

7

11:22AM  1      **CROSS-EXAMINATION BY MR. SOEHNLEIN:**

11:22AM  2   Q.  You said this was 2013?

11:22AM  3   A.  That's correct.

11:22AM  4          **MR. SOEHNLEIN:**  That's all I have.  Thank you.

11:22AM  5          **THE COURT:**  You can step down, sir.  Thank you.

11:22AM  6          **THE WITNESS:**  Thank you, Judge.

11:22AM  7          (Witness excused at 11:22 a.m.)

         8          (Excerpt concluded at 11:22 a.m.)

         9              *     *     *     *     *     *     *

        10

        11

        12

        13              **CERTIFICATE OF REPORTER**

        14

        15          In accordance with 28, U.S.C., 753(b), I

        16   certify that these original notes are a true and correct

        17   record of proceedings in the United States District Court for

        18   the Western District of New York on November 19, 2024.

        19

        20                      s/ Ann M. Sawyer
                                Ann M. Sawyer, FCRR, RPR, CRR
        21                      Official Court Reporter
                                U.S.D.C., W.D.N.Y.

**TRANSCRIPT INDEX**

**EXCERPT - EXAMINATION OF JOSEPH KRYWALSKI**

**NOVEMBER 19, 2024**

| **W I T N E S S** | **P A G E** |
|---|---|
| **J O S E P H   K R Y W A L S K I** | 2 |
| DIRECT EXAMINATION BY MS. CHALBECK: | 2 |
| CROSS-EXAMINATION BY MR. SOEHNLEIN: | 7 |