1             **UNITED STATES DISTRICT COURT**
           **WESTERN DISTRICT OF NEW YORK**

2

   _____

3  **UNITED STATES OF AMERICA,**
                       Case No. 1:19-cr-227

4             Plaintiff,        1:23-cr-37
   v.                       (LJV)

5

   **PETER GERACE, JR.,**           December 16, 2024

6

           Defendant.

7     _____

     **TRANSCRIPT EXCERPT - EXAMINATION OF BRIAN BURNS - DAY 1**

8          **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
             **UNITED STATES DISTRICT JUDGE**

9

   **APPEARANCES:**      **TRINI E. ROSS, UNITED STATES ATTORNEY**

10                    **BY: JOSEPH M. TRIPI, ESQ.**
                      **NICHOLAS T. COOPER, ESQ.**

11                       **CASEY L. CHALBECK, ESQ.**
                  Assistant United States Attorneys

12                   Federal Centre, 138 Delaware Avenue
                  Buffalo, New York 14202

13                   For the Plaintiff

14                   **THE FOTI LAW FIRM, P.C.**
                  **BY: MARK ANDREW FOTI, ESQ.**

15                   16 West Main Street, Suite 100
                  Rochester, New York 14614

16                     And
                  **SOEHNLEIN LAW**

17                   **BY: ERIC MICHAEL SOEHNLEIN, ESQ.**
                  350 Main Street, Suite 2100

18                   Buffalo, New York 14202
                  For the Defendant

19

   **PRESENT:**        **KAREN A. CHAMPOUX, USA PARALEGAL**

20                   **BRIAN A. BURNS, FBI SPECIAL AGENT**
                  **MARILYN K. HALLIDAY, HSI SPECIAL AGENT**

21                   **OLIVIA A. PROIA, J.D., PARALEGAL**

22    **LAW CLERK:**      **REBECCA FABIAN IZZO, ESQ.**

23    **COURT CLERK:**    **COLLEEN M. DEMMA**

24    **REPORTER:**      **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                  Robert H. Jackson Courthouse

25                   2 Niagara Square Buffalo, New York 14202
                  Ann_Sawyer@nywd.uscourts.gov

| | | |
|---|---|---|
| 05:03PM | 1 | (Excerpt commenced at 5:03 p.m.) |
| 05:03PM | 2 | (Jury seated at 5:03 p.m.) |
| 05:03PM | 3 | **THE COURT:**  The record will reflect all our jurors |
| 05:03PM | 4 | are present. |
| 05:03PM | 5 | The government may call its next witness. |
| 05:03PM | 6 | **MR. TRIPI:**  We call Special Agent Brian Burns of the |
| 05:03PM | 7 | FBI, Your Honor. |
| 05:03PM | 8 | |
| 05:03PM | 9 | **B R I A N   B U R N S**, having been duly called and sworn, |
| 05:04PM | 10 | testified as follows: |
| 05:04PM | 11 | **MR. TRIPI:**  May I proceed, Judge? |
| 05:04PM | 12 | **THE COURT:**  You may. |
| 05:04PM | 13 | |
| 05:04PM | 14 | **DIRECT EXAMINATION BY MR. TRIPI:** |
| 05:04PM | 15 | Q.  Good afternoon, Special Agent Burns. |
| 05:04PM | 16 | A.  Good afternoon. |
| 05:04PM | 17 | Q.  Special Agent Burns, can you tell the jury a little bit |
| 05:04PM | 18 | about where you're from, and your educational background, |
| 05:04PM | 19 | please? |
| 05:04PM | 20 | A.  I'm born in Buffalo, raised predominantly in Tonawanda, |
| 05:04PM | 21 | and then moved back to Buffalo and joined the FBI. |
| 05:04PM | 22 | Q.  All right.  Describe your educational background for the |
| 05:04PM | 23 | jury. |
| 05:04PM | 24 | A.  I have a bachelor's of science in pharmacy.  I was |
| 05:04PM | 25 | actually a licensed pharmacist in the State of New York, and |

USA v Gerace - Burns - Tripi/Direct - 12/16/24

3

| | | |
|---|---|---|
| 05:04PM | 1 | I still am licensed, I don't practice. |
| 05:04PM | 2 | And then I received a masters in business administration. |
| 05:04PM | 3 | Q.  And where did you get those degrees from? |
| 05:04PM | 4 | A.  Both from the University of Buffalo. |
| 05:04PM | 5 | Q.  How long did you work as a licensed pharmacist? |
| 05:04PM | 6 | A.  From '94 until about '98. |
| 05:04PM | 7 | Q.  After that, and around 1998, did you begin the process of |
| 05:04PM | 8 | becoming an FBI agent? |
| 05:05PM | 9 | A.  Yeah.  I applied in '97.  There was a series of steps in |
| 05:05PM | 10 | there.  And then I entered on duty October 26th of 1998. |
| 05:05PM | 11 | Q.  Very briefly, describe the process of becoming an FBI |
| 05:05PM | 12 | agent for the jury.  I think you might be the first FBI agent |
| 05:05PM | 13 | who's actually -- oh, second, sorry about that. |
| 05:05PM | 14 | A.  It's a -- it's -- back then it was four months.  You |
| 05:05PM | 15 | actually stay in kind of like a dorm setting at the Marine |
| 05:05PM | 16 | base at Quantico, Virginia.  And really they teach you just |
| 05:05PM | 17 | about everything that you need to know from, you know, how |
| 05:05PM | 18 | to -- constitutional law, how to effect an arrest, how to |
| 05:05PM | 19 | execute a search warrant, interview techniques, the different |
| 05:05PM | 20 | crime prob -- the different -- both foreign and |
| 05:05PM | 21 | counterintelligence, criminal statutes, surveillance, just |
| 05:05PM | 22 | really all the different tools that you're -- you -- you need |
| 05:05PM | 23 | to successfully become an FBI agent. |
| 05:06PM | 24 | Q.  After you -- is that academy in Quantico, Virginia? |
| 05:06PM | 25 | A.  Yes, it is. |

05:06PM    1    Q.  After you graduated from the FBI Academy in Quantico, did

05:06PM    2    you receive your first assignment in the field somewhere?

05:06PM    3    A.  Yes, I was assigned to Memphis, Tennessee, the FBI office

05:06PM    4    there.

05:06PM    5    Q.  How long were you an FBI agent in Memphis, Tennessee?

05:06PM    6    A.  From '99 until about 2008.  I had some trials, so I kind

05:06PM    7    of went back and forth for a couple years.

05:06PM    8    Q.  So almost ten years?

05:06PM    9    A.  About ten years.

05:06PM    10    Q.  What types of cases did you work when you were in Memphis

05:06PM    11    primarily?

05:06PM    12    A.  When I initially started, I worked predominantly

05:06PM    13    narcotics investigations.  And then I kind of segued to

05:06PM    14    corruption-type matters, particularly like law enforcement

05:06PM    15    corruption.  Law enforcement would also be involved.  Usually

05:06PM    16    they related to narcotics.  And then I kind of started

05:06PM    17    working public officials, elected officials.  And I've done

05:06PM    18    some frauds along the way, and a couple civil rights cases,

05:07PM    19    but --

05:07PM    20    Q.  All right.  After -- after that stint in Memphis working

05:07PM    21    narcotics and corruption-related cases, did you make your way

05:07PM    22    back to Buffalo?

05:07PM    23    A.  Yes.  I had an opportunity to get back home.  So in 1998,

05:07PM    24    I actually started on January 1999, I started in the -- with

05:07PM    25    the Buffalo office, but out of the Niagara Falls they had a

05:07PM   1    small office.

05:07PM   2    Q.  You're in the '90s again.  Did you mean to say 2000s?

05:07PM   3    A.  2000, sorry.

05:07PM   4    Q.  Please, go ahead.

05:07PM   5    A.  Yeah, sorry.  So it was 2008 I got back.  And I was

05:07PM   6    initially assigned to the Niagara Falls resident agency, it's

05:07PM   7    a small office up in the Falls.

05:07PM   8    Q.  Does that exist anymore?

05:07PM   9    A.  No, they closed it down as the population of Niagara

05:07PM  10    Falls has gotten smaller.

05:07PM  11    Q.  At that point, did you move to the Buffalo office here?

05:07PM  12    A.  Yes, I did.

05:07PM  13    Q.  What types of cases have you been assigned to work on

05:08PM  14    since you returned to, we'll call it, Niagara Falls/Buffalo

05:08PM  15    area?

05:08PM  16    A.  Predominantly I've been on the white collar squad the

05:08PM  17    whole time, and predominantly working public corruption

05:08PM  18    matters.

05:08PM  19    Q.  Not to fast forward too much, but is that what ultimately

05:08PM  20    gets you involved in this case as it related to Special Agent

05:08PM  21    Joseph Bongiovanni?

05:08PM  22    A.  Yes, that's why I was -- ended up here.

05:08PM  23    Q.  Throughout your work in Buffalo and Memphis, have many of

05:08PM  24    your corruption cases that you've investigated still had some

05:08PM  25    type of nexus to narcotics in the kinds of cases you worked

05:08PM   1   in the beginning of your career?

05:08PM   2   A.   Yeah.   A lot of the corruption cases I had involved with

05:08PM   3   narcotics and law enforcement officers.

05:08PM   4   Q.   Other than your sort of stint in Quantico for training

05:08PM   5   and your about ten years in Memphis, Tennessee, do you

05:08PM   6   consider yourself a lifelong member of this community?

05:08PM   7   A.   Yes.   I've always been a Buffalo guy.   I was happy to get

05:08PM   8   back home.

05:08PM   9   Q.   Sometime in 2019, did you become involved in the public

05:09PM   10  corruption investigation as it related to former DEA Special

05:09PM   11  Agent Joseph Bongiovanni?

05:09PM   12  A.   Yes, I did.

05:09PM   13  Q.   Approximately when did you start becoming involved in

05:09PM   14  that?

05:09PM   15  A.   In January of 2019, I was -- we had a briefing at the

05:09PM   16  United States Attorney's Office.

05:09PM   17  Q.   And by "briefing," is that just sort of a meeting where

05:09PM   18  you began to familiarize yourself with what had happened up

05:09PM   19  to that point?

05:09PM   20  A.   Yeah, I was requested to attend that along with our

05:09PM   21  executive management at my office, a couple -- another agent,

05:09PM   22  a couple agents on my squad, our supervisor, and we met with

05:09PM   23  HSI, I met with executive management from the U.S. Attorney,

05:09PM   24  first assistant, so executive management from the U.S.

05:09PM   25  Attorney's Office.   And then we were briefed up from our HSI

05:09PM    1   partners.

05:09PM    2   Q.  At that point, was Homeland Security, HSI Investigations,

05:09PM    3   essentially the lead agency that was working with the

05:10PM    4   Department of Justice Office of Inspector General up to that

05:10PM    5   point?

05:10PM    6   A.  Up to that point, yes.

05:10PM    7   Q.  Now, locally, does typically the FBI investigate public

05:10PM    8   corruption?

05:10PM    9   A.  It's kind of one of our first criminal priority.

05:10PM   10   Q.  So that's when you were basically brought in?

05:10PM   11   A.  Yeah, it made sense to kind of -- for us to get involved.

05:10PM   12   Q.  I'd like to fast forward to June of -- June 6th of 2019.

05:10PM   13   By that point in time, had agents you were working with with

05:10PM   14   HSI, specifically Special Agent Curtis Ryan, obtained a

05:10PM   15   search warrant -- federal search warrant to search the

05:10PM   16   residence of Joseph Bongiovanni?

05:10PM   17   A.  Yes, they had.

05:10PM   18   Q.  Did you participate in the search warrant executed at

05:10PM   19   Bongiovanni's house that day?

05:10PM   20   A.  Yes, I did.

05:10PM   21   Q.  Other than sort of getting briefed on what had been done,

05:10PM   22   was that essentially your first investigative actions in the

05:10PM   23   case?

05:10PM   24   A.  Yeah, it was the first kind of, like, more involvement in

05:10PM   25   the case.  The other part had been just background.

05:11PM    1    Q.  Okay.  My question might have been poorly phrased, but

05:11PM    2    was it the first large event you were present for?

05:11PM    3    A.  Yes, first significant investigative activity involving

05:11PM    4    this case that I was a part of.

05:11PM    5    Q.  Were there other agents who were leading the

05:11PM    6    investigation to that point?  Did it include Special Agents

05:11PM    7    Curtis Ryan and Marilyn Halliday with HSI, and Dave Carpenter

05:11PM    8    from DOJ OIG at that time?

05:11PM    9    A.  Yes.

05:11PM   10    Q.  At that search warrant, what was your role?

05:11PM   11    A.  I did some inter -- I interviewed Joseph Bongiovanni's

05:11PM   12    wife, Lindsay.  Their son was present.  I did do a tertiary

05:11PM   13    search, but I was not part of the search team.  I was

05:11PM   14    predominantly interviewing Mrs. Bongiovanni.

05:11PM   15    Q.  You were in and out of the house?

05:11PM   16    A.  Yes.

05:11PM   17    Q.  You were in and out of various rooms in the house?

05:11PM   18    A.  Yes.  But I wasn't the actual person looking and

05:11PM   19    searching, so I spoke to her outside, and we spoke inside.

05:11PM   20    She directed me to some areas in the house or some of the

05:12PM   21    evidence that would have been seized pursuant to the search

05:12PM   22    warrant.  So she helped identify --

05:12PM   23    Q.  Generally, what were Special Agents Ryan and Carpenter

05:12PM   24    doing?

05:12PM   25    A.  They were sitting at the kitchen table interviewing

USA v Gerace - Burns - Tripi/Direct - 12/16/24

| | | |
|---|---|---|
| 05:12PM | 1 | Mr. -- |
| 05:12PM | 2 | Q.  Dining room table? |
| 05:12PM | 3 | A.  Kind of dining room/kitchen, sort of over to the right. |
| 05:12PM | 4 | Q.  Open floor plan? |
| 05:12PM | 5 | A.  Open floor plan, so I -- yeah.  So there was a table, |
| 05:12PM | 6 | they were both sitting at it, and they were both interviewing |
| 05:12PM | 7 | Mr. Bongiovanni. |
| 05:12PM | 8 | Q.  Were you at -- were you present at the location when a |
| 05:12PM | 9 | DEA evidence box was recovered in the basement -- |
| 05:12PM | 10 |         **MR. FOTI:**  Objection. |
| 05:12PM | 11 |         **BY MR. TRIPI:** |
| 05:12PM | 12 | Q.  -- and then brought upstairs at some point where Special |
| 05:12PM | 13 | Agent Ryan and Carpenter were interviewing Bongiovanni? |
| 05:12PM | 14 | A.  Yes. |
| 05:12PM | 15 |         **MR. FOTI:**  Objection.  Can we approach? |
| 05:12PM | 16 |         **THE COURT:**  Yeah, come on up. |
| 05:12PM | 17 |         (Sidebar discussion held on the record.) |
| 05:12PM | 18 |         **MR. FOTI:**  I will withdraw the objection to that |
| 05:12PM | 19 | specific question, but I think where it's going is something |
| 05:13PM | 20 | that we've already -- I could be wrong, but I think it's going |
| 05:13PM | 21 | somewhere that we've already addressed this with an earlier |
| 05:13PM | 22 | witness.  The government wanted to get into the contents of |
| 05:13PM | 23 | that box, which primarily relates to the Serio conspiracy. |
| 05:13PM | 24 | The Court had denied -- |
| 05:13PM | 25 |         **THE COURT:**  And I let the government get into some |

USA v Gerace - Burns - Tripi/Direct - 12/16/24

10

| | | |
|---|---|---|
| 05:13PM | 1 | contents and -- |
| 05:13PM | 2 | **MR. TRIPI:** Yeah, in my -- in my December 3rd |
| 05:13PM | 3 | briefing, I circled back, and I've identified two documents |
| 05:13PM | 4 | that I want to get into evidence through this witness. And |
| 05:13PM | 5 | one is a DARTS email that links to -- it's one email thread, |
| 05:13PM | 6 | several pages, it links to both Anthony Gerace and Hot Dog, |
| 05:13PM | 7 | which I think I've linked up in this trial. |
| 05:13PM | 8 | And the other document is OCDETF report that links up |
| 05:13PM | 9 | to Frank Tripi, who I think I've linked up in this trial and |
| 05:13PM | 10 | will further, because he'll explain the phone records. |
| 05:13PM | 11 | So those are the only two. I've submarked them. |
| 05:13PM | 12 | I've sent those over. |
| 05:13PM | 13 | So, one of the concerns was all the documents. I've |
| 05:13PM | 14 | isolated two. |
| 05:13PM | 15 | **THE COURT:** Yeah, I understand. |
| 05:14PM | 16 | **MR. TRIPI:** Okay. So -- |
| 05:14PM | 17 | **MR. FOTI:** I -- I guess I don't really have a |
| 05:14PM | 18 | strong -- even though I do have an argument against Anthony |
| 05:14PM | 19 | Gerace, I understand that there's been testimony about that. |
| 05:14PM | 20 | I think Frank Tripi and Hot Dog, it really comes down to their |
| 05:14PM | 21 | contacts in both the phones. |
| 05:14PM | 22 | **THE COURT:** The Anthony Gerace document is the same |
| 05:14PM | 23 | as the -- |
| 05:14PM | 24 | **MR. TRIPI:** It's in the same, yeah, they're both on |
| 05:14PM | 25 | one document. It might be like a four- or five-page document. |

05:14PM    1    **THE COURT:**  Frank Tripi, it's the OCDETF.

05:14PM    2    **MR. TRIPI:**  It's the OCDETF form, yeah.

05:14PM    3    **THE COURT:**  Yes, it's an organized --

05:14PM    4    **MR. TRIPI:**  Yes.

05:14PM    5    **THE COURT:**  -- crime form, you certainly can --

05:14PM    6    **MR. TRIPI:**  And it is charged overt acts.

05:14PM    7    **THE COURT:**  Those two things, but that's it.

05:14PM    8    **MR. TRIPI:**  That's all I'm going for.

05:14PM    9    **MR. FOTI:**  Okay.

05:14PM   10    (End of sidebar discussion.)

05:14PM   11    **MR. FOTI:**  I'll withdraw the objection, Judge.

05:14PM   12    **THE COURT:**  Okay.  Go ahead, next question.

05:14PM   13    Read it back, Ann.

05:14PM   14    (The above-requested testimony was then read by the

05:15PM   15   reporter.)

05:15PM   16    **MR. TRIPI:**  Okay.  I think you answered the question,

05:15PM   17   so I'll move on to the next question.

05:15PM   18    **BY MR. TRIPI:**

05:15PM   19   Q.  And as part of your involvement as a member of the

05:15PM   20   investigative team, you have reviewed that box as well as the

05:15PM   21   contents of it several times?

05:15PM   22   A.  Yes, I have.

05:15PM   23   Q.  And just for record purposes, the box and the file inside

05:15PM   24   the box is Exhibit Number 100; is that correct?

05:15PM   25   A.  The box is 100, correct.

05:15PM 1  Q.  The file in the box --

05:15PM 2  A.  Correct.

05:15PM 3  Q.  -- is -- the box is 100, the file in the box is 100A?

05:15PM 4  A.  Correct.  100, and then 100A, the Redweld.

05:15PM 5  Q.  Have you reviewed every document inside that Redweld

05:16PM 6  folder that is Exhibit 100A?

05:16PM 7  A.  Yes, I have, extensively.

05:16PM 8  Q.  Now I want to show you two documents, one at a time.

05:16PM 9        **MR. TRIPI:**  For the witness only, Ms. Champoux, can

05:16PM 10 we pull up what I've marked as 100A.1-1?

05:16PM 11       And, Ms. Champoux, when the witness indicates, can we

05:16PM 12 just scroll through each page?

05:16PM 13       **BY MR. TRIPI:**

05:16PM 14 Q.  And, Mr. Burns, once you've looked at every page, signal

05:16PM 15 to me, and I'll ask more questions, okay?

05:16PM 16 A.  Can you move up?

05:16PM 17 Q.  I'm also going to hand it up for you if that's faster for

05:16PM 18 you.

05:16PM 19 A.  That might be easier.

05:16PM 20 Q.  I'll hand up 100A.1-1.

05:17PM 21 A.  That was a document that was contained -- one of the many

05:17PM 22 documents contained in that Redweld folder.

05:17PM 23 Q.  Specifically, do you recognize that to be a DARTS

05:17PM 24 deconfliction email that was contained in the file folder

05:17PM 25 that was marked as 100A?

| | | |
|---|---|---|
| 05:17PM | 1 | A.  Yes, it is. |
| 05:17PM | 2 | Q.  Is that a fair and accurate copy of one of those |
| 05:17PM | 3 | documents that was in the file? |
| 05:17PM | 4 | A.  That is. |
| 05:17PM | 5 | **MR. TRIPI:**  The government offers 100A.1-1, |
| 05:17PM | 6 | Your Honor. |
| 05:17PM | 7 | **MR. FOTI:**  No objection. |
| 05:18PM | 8 | **THE COURT:**  Received without objection. |
| 05:18PM | 9 | **(GOV Exhibit 100A.1-1 was received in evidence.)** |
| 05:18PM | 10 | **BY MR. TRIPI:** |
| 05:18PM | 11 | Q.  I'd like to ask you just a couple questions about this |
| 05:18PM | 12 | document now, okay? |
| 05:18PM | 13 | A.  Certainly. |
| 05:18PM | 14 | Q.  When you reviewed this document, do you understand it to |
| 05:18PM | 15 | be a DARTS deconfliction email? |
| 05:18PM | 16 | A.  Yes, it is. |
| 05:18PM | 17 | Q.  And is DARTS a DEA deconfliction database? |
| 05:18PM | 18 | A.  Yes, it deconflicts based on entries into their system. |
| 05:18PM | 19 | Q.  Does the FBI have a similar system that also operates the |
| 05:18PM | 20 | same way? |
| 05:18PM | 21 | A.  Similar.  It's not called DARTS, but there's a telephone |
| 05:18PM | 22 | application system. |
| 05:18PM | 23 | Q.  And this particular document that you reviewed, are there |
| 05:18PM | 24 | references that have indications pertaining to Anthony |
| 05:18PM | 25 | Gerace, as well as a phone number pertaining to Paul |

| | | |
|---|---|---|
| 05:18PM | 1 | Francoforte? |
| 05:18PM | 2 | A.  Anthony Gerace, I see a red flag. |
| 05:19PM | 3 | Q.  What page is that, please? |
| 05:19PM | 4 | A.  The Anthony Gerace? |
| 05:19PM | 5 | Q.  Yes. |
| 05:19PM | 6 | A.  It's referenced on page 6 of this document, but it would |
| 05:19PM | 7 | actually be page -- front and back -- 3 of the exhibit. |
| 05:19PM | 8 | Q.  Okay. |
| 05:19PM | 9 | A.  Do you want me to look for Mr. Bifulco now? |
| 05:19PM | 10 | Q.  What's the printed number -- page number at the bottom? |
| 05:19PM | 11 | A.  6. |
| 05:19PM | 12 | MR. TRIPI:  Okay.  Go to page 6, Ms. Champoux. |
| 05:19PM | 13 | BY MR. TRIPI: |
| 05:19PM | 14 | Q.  Is this a document that's generated from an email system? |
| 05:19PM | 15 | A.  That's correct. |
| 05:19PM | 16 | Q.  So in order to have a physical copy, it would need to be |
| 05:19PM | 17 | printed? |
| 05:19PM | 18 | A.  Yes, you have to print it out.  It's, as you can see on |
| 05:19PM | 19 | the first page, it's an email. |
| 05:19PM | 20 | Q.  Now, looking at your screen, can you show us the |
| 05:19PM | 21 | reference to Anthony Gerace on this deconfliction document? |
| 05:20PM | 22 | A.  Sure.  I think there's several, but this is the one I'm |
| 05:20PM | 23 | looking at on this page. |
| 05:20PM | 24 | Q.  And can you just walk them through the -- that portion of |
| 05:20PM | 25 | the document, please? |

05:20PM    1    A.   Right.  So Anthony Casullo, sorry, I forgot.

05:20PM    2        So you can see that Anthony Casullo was the DEA agent,

05:20PM    3    had entered this into the -- his system.  And the cases, it

05:20PM    4    has his case number there, the C2-17-0023, and then numbers

05:20PM    5    in contact with oxycodone trafficker Anthony Gerace, so that

05:20PM    6    would be an email to the individuals on the first page, and

05:20PM    7    basically deconflicting, so they'll all be aware of that

05:20PM    8    number and how it tied into the various DEA cases.

05:20PM    9    Q.   So in layman's terms, is -- does that email indicate that

05:21PM   10    a phone number Anthony Casullo was investigating was in

05:21PM   11    contact with a phone number associated with Anthony Gerace?

05:21PM   12    A.   Yes, it does.

05:21PM   13    Q.   And this was a document located in Defendant

05:21PM   14    Bongiovanni's basement?

05:21PM   15    A.   That's correct.

05:21PM   16        MR. TRIPI:  Now, if we can just briefly,

05:21PM   17    Ms. Champoux, pull up Exhibit 310AT.

05:21PM   18        THE COURT:  In evidence?

05:21PM   19        MR. TRIPI:  It is in evidence, yes, sorry.

05:21PM   20        And could, Ms. Champoux, could you advance it to

05:21PM   21    record entry number 16, please?

05:22PM   22        BY MR. TRIPI:

05:22PM   23    Q.   Okay.  Generally in Exhibit 310AT, are we looking at

05:22PM   24    contacts that were extracted from Mr. Gerace's phone?

05:22PM   25    A.   Yes, pursuant to the border search.

05:22PM    1    Q.   And I should be clear, that would be Peter Gerace's

05:22PM    2    phone?

05:22PM    3    A.   That's Peter Gerace's phone.

05:22PM    4    Q.   At record number 16, does he have a contact for a person

05:22PM    5    Pauly, Hot Dog?

05:22PM    6    A.   Yes, he does.

05:22PM    7    Q.   And what is the phone number there?

05:22PM    8    A.   716-866-2687.

05:22PM    9         **MR. TRIPI:**  Okay.  Now, Ms. Champoux, if we could

05:22PM   10    toggle back over to Exhibit 100A.1-1.

05:22PM   11         **BY MR. TRIPI:**

05:22PM   12    Q.   That same exhibit, is there a deconfliction regarding

05:22PM   13    that phone number that you just associated or just referenced

05:22PM   14    in Mr. Gerace -- Peter Gerace's phone contacts for Hot Dog?

05:22PM   15         **MR. TRIPI:**  Ms. Champoux, can we scroll down while

05:22PM   16    he's looking for that?  Here we go, stop here.

05:22PM   17         **BY MR. TRIPI:**

05:23PM   18    Q.   Look at page number 2.

05:23PM   19    A.   Certainly.  Yes.  That's the telephone number for Paul

05:23PM   20    Francoforte, a/k/a Hot Dog.  That was contained as a contact

05:23PM   21    in Mr. Gerace's cell phone extraction.

05:23PM   22    Q.   And so do you see that number in the sort of upper

05:23PM   23    left-hand corner --

05:23PM   24    A.   Yes.

05:23PM   25    Q.   -- of the box?

USA v Gerace - Burns - Tripi/Direct - 12/16/24

17

| | | |
|---|---|---|
| 05:23PM | 1 | A.  Yep. |
| 05:23PM | 2 | Q.  Right there. |
| 05:23PM | 3 | A.  I'm familiar with that number. |
| 05:23PM | 4 | Q.  And does that indicate that that number was part of |
| 05:23PM | 5 | Mr. Casullo's investigation, and it created a deconfliction |
| 05:23PM | 6 | notice based upon its contact with a file Mr. Bongiovanni had |
| 05:23PM | 7 | in the middle there? |
| 05:23PM | 8 | A.  Yes. |
| 05:23PM | 9 | Q.  And what file number is that? |
| 05:23PM | 10 | A.  C2-13-0026. |
| 05:23PM | 11 | Q.  And is that the number of the file that was recovered in |
| 05:23PM | 12 | the basement? |
| 05:23PM | 13 | A.  Yes, it is. |
| 05:24PM | 14 | MR. TRIPI:  And let's go back to the first page of |
| 05:24PM | 15 | this exhibit, Ms. Champoux. |
| 05:24PM | 16 | BY MR. TRIPI: |
| 05:24PM | 17 | Q.  Looking at the header of the document, the "to" section. |
| 05:24PM | 18 | Do you see that Mr. Bongiovanni received this email? |
| 05:24PM | 19 | A.  Yes, along with a number of other DEA personnel.  Joseph |
| 05:24PM | 20 | Bongiovanni's on that "to" line. |
| 05:24PM | 21 | Q.  Can you circle Mr. Bongiovanni's name?  It's just a |
| 05:24PM | 22 | temporary highlight. |
| 05:24PM | 23 | And do you see Mr. Casullo's name? |
| 05:24PM | 24 | A.  Yes. |
| 05:24PM | 25 | Q.  Okay.  Does that indicate they both received this email? |

05:24PM  1    A.  That's correct.  Along with the other individual, or

05:24PM  2    other DEA personnel.

05:24PM  3    Q.  Right.  Everyone in that "to" section --

05:24PM  4    A.  Would get this email, yes.

05:24PM  5    Q.  Now, looking at page 1, can you just read the section --

05:24PM  6    I have sort of indicated, beginning in blue there?

05:24PM  7    A.  An investigative overlap was created by agent POC, point

05:25PM  8    of contact, Anthony J. Casullo.  And then a telephone number.

05:25PM  9    Sean M. Hoerner on 1/7/2019, 10:45:35 under case number C2 --

05:25PM  10   C2 --

05:25PM  11        **MR. TRIPI:**  Can you move the cursor, Ms. Champoux?

05:25PM  12        **THE WITNESS:**  -- C2-17-0001, with a contact number of

05:25PM  13   716-846-6035, and an email for Mr. and Mrs. Hoerner, Sean,

05:25PM  14   smhoerner@dea.usdoj.gov.

05:25PM  15        **BY MR. TRIPI:**

05:25PM  16   Q.  And what's the subject of this email?

05:25PM  17   A.  DARTS deconfliction.

05:25PM  18   Q.  And then there's a bunch of numbers and the case number?

05:25PM  19   A.  Correct, the C2-17-0001.

05:25PM  20   Q.  Now, sticking on the topic of Mr. Francoforte, whose

05:25PM  21   number was 716-866-2687, we just looked at a moment ago --

05:26PM  22        **MR. TRIPI:**  We can take that down, Ms. Champoux.

05:26PM  23        **BY MR. TRIPI:**

05:26PM  24   Q.  -- have you reviewed Government Exhibit 358?

05:26PM  25   A.  Yes, I have.

05:26PM 1  Q.  Are those phone records pertaining to Mr. Bongiovanni's

05:26PM 2  work phone from December 2013 through January 2019?

05:26PM 3  A.  I believe they might be November of 2013 to January '19.

05:26PM 4  That would encompass December.

05:26PM 5  Q.  And those are in evidence this case, correct?

05:26PM 6  A.  Correct, stipulation.

05:26PM 7  Q.  Based upon your review of those phone records, did

05:26PM 8  Special Agent Bongiovanni have phone contact with

05:26PM 9  Mr. Francoforte during that window of time?

05:26PM 10  A.  Yes.

05:26PM 11  Q.  Approximately how many times?

05:26PM 12  A.  50 times, I think that's approximately, or might be

05:26PM 13  exactly 50, over that period of December 2013 up until

05:26PM 14  January of 2019.  Might have been December of 2019.  But 50

05:27PM 15  times.

05:27PM 16  Q.  Okay.  Just keep your voice up just a little bit.

05:27PM 17  A.  Certainly.

05:27PM 18  Q.  Sometimes it's hard to hear you.

05:27PM 19      **MR. TRIPI:**  And, Ms. Champoux, can you pull up

05:27PM 20  Exhibit 393 side by side with Government Exhibit 310AT, that

05:27PM 21  record number 16.

05:27PM 22      Can you zoom in on record 16 for us?  You've got to

05:27PM 23  go lower.

05:27PM 24      **BY MR. TRIPI:**

05:27PM 25  Q.  In Exhibit 39 on the left there, do you see

USA v Gerace - Burns - Tripi/Direct - 12/16/24

20

| | | |
|---|---|---|
| 05:27PM | 1 | Mr. Francoforte? |
| 05:27PM | 2 | A.  Yes, I do. |
| 05:27PM | 3 | Q.  Can you tap him?  Okay. |
| 05:27PM | 4 | **MR. TRIPI:**  May the record reflect he's indicating |
| 05:27PM | 5 | Mr. Francoforte. |
| 05:27PM | 6 | **BY MR. TRIPI:** |
| 05:27PM | 7 | Q.  Is that the person whose left hand was on |
| 05:27PM | 8 | Mr. Todaro Sr.'s shoulder? |
| 05:27PM | 9 | A.  Yes, it is. |
| 05:27PM | 10 | Q.  And the jury has seen this earlier in this trial? |
| 05:27PM | 11 | A.  That's correct. |
| 05:28PM | 12 | **MR. TRIPI:**  Okay.  We can take this down. |
| 05:28PM | 13 | **BY MR. TRIPI:** |
| 05:28PM | 14 | Q.  And based upon your review of evidence seized from |
| 05:28PM | 15 | Mr. Bongiovanni's house, was there also a wedding card from |
| 05:28PM | 16 | Mr. Francoforte to Mr. Bongiovanni? |
| 05:28PM | 17 | A.  Yes, there was. |
| 05:28PM | 18 | Q.  Okay.  One moment.  I'm going to hand you up what's in |
| 05:28PM | 19 | evidence as 100D-2, it was looked at earlier in the trial, |
| 05:29PM | 20 | but it was a while ago.  This is in evidence.  Can you read |
| 05:29PM | 21 | the note that's contained in handwriting at the bottom? |
| 05:29PM | 22 | A.  Government Exhibit 100D-2.  It's a wedding card.  Love |
| 05:29PM | 23 | Hot Dog and Lynn, honored to be your friends.  Many years of |
| 05:29PM | 24 | happiness. |
| 05:29PM | 25 | Q.  And that was a card to Mr. Bongiovanni in his house? |

05:29PM    1    A.  Yes, recovered in the search warrant on June 6th of 2019

05:29PM    2    at the residence.

05:29PM    3            **MR. TRIPI:**  All right.  Judge, I'm going to move to

05:29PM    4    another topic.  I see it's 5:29.  Is this good?

05:29PM    5            **THE COURT:**  Good, so a minute early.

05:29PM    6            Please remember my instructions.  Don't communicate

05:29PM    7    about the case with anyone.  Don't use tools of technology to

05:29PM    8    learn anything about the case or to communicate about the

05:29PM    9    case.  Don't read, or listen to, or watch any news coverage of

05:29PM   10    the case while the case is in progress.  And don't make up

05:29PM   11    your mind until you start deliberating, which hopefully will

05:30PM   12    not be too much longer.

05:30PM   13            Everybody drive carefully.  Get a good night's sleep.

05:30PM   14    And we'll see you here as close to 9:00 as you can be here

05:30PM   15    tomorrow morning.  Thanks very much.

05:30PM   16            (Jury excused at 5:30 p.m.)

05:30PM   17            **THE COURT:**  Okay.  Anything we need to do before we

05:30PM   18    break?

05:30PM   19            **MR. TRIPI:**  Not from the government, Judge.

05:30PM   20            **MR. FOTI:**  No, Judge.  We'll get an updated list of

05:30PM   21    who the potential witnesses would be for -- for Wednesday.

05:30PM   22            **THE COURT:**  Right.  But we're just gonna -- we're

05:30PM   23    gonna finish Mr. Burns tomorrow, the government's going to

05:30PM   24    rest, the defense is going to make motions, we're going to do

05:31PM   25    our charge conference.

05:31PM    1              MR. TRIPI:  That sounds like a plan.

05:31PM    2              THE COURT:  Okay.  Great.

05:31PM    3              And then on Wednesday, we're either gonna sum up, or

05:31PM    4      you're going to present your case?

05:31PM    5              MR. FOTI:  Yes.

05:31PM    6              THE COURT:  Great.  Okay.  Thanks.

05:31PM    7              MR. TRIPI:  Thank you, Judge.

05:31PM    8              THE COURT:  Mr. Cooper, you have something?

05:31PM    9              MR. COOPER:  One -- I have a logistical question.

05:31PM   10      When -- when are we gonna know -- I guess what's the deadline

05:31PM   11      when we're gonna know if we're summing Wednesday or Thursday?

05:31PM   12      When do we decide on the defense case?  Not me, when do

05:31PM   13      they --

05:31PM   14              MR. FOTI:  I think it depends what time we finish

05:31PM   15      with Mr. Burns.  But I -- as soon as we finish that, I think

05:31PM   16      we're going meet with Mr. Gerace and have a conversation about

05:31PM   17      his testimony.  And then before the charge conference, I would

05:31PM   18      expect to have an answer.

05:31PM   19              THE COURT:  Great.  That's fair.

05:31PM   20              MR. COOPER:  Got it.  That's perfect.

05:31PM   21              THE COURT:  Thank you, all, very much.

05:31PM   22              (Proceedings concluded at 5:31 p.m.)

05:31PM   23              *        *        *        *        *

          24

          25

1

2                    **CERTIFICATE OF REPORTER**

3

4                    In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on December 16, 2024.

8

9

10                              s/ Ann M. Sawyer
                                Ann M. Sawyer, FCRR, RPR, CRR
11                              Official Court Reporter
                                U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRANSCRIPT INDEX**

**EXCERPT - EXAMINATION OF BRIAN BURNS - DAY 1**

**DECEMBER 16, 2024**

**W I T N E S S**                                    **P A G E**

**B R I A N   B U R N S**                                 2

   DIRECT EXAMINATION BY MR. TRIPI:              2


**E X H I B I T**                                    **P A G E**

GOV Exhibit 100A.1-1                                  13