```
 1              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF NEW YORK
 2
   _____
 3 UNITED STATES OF AMERICA,
                                  Case No. 1:19-cr-227
 4              Plaintiff,             1:23-cr-37
   v.                                    (LJV)
 5
   PETER GERACE, JR.,              December 11, 2024
 6
   _____Defendant._____
 7
          TRANSCRIPT EXCERPT - EXAMINATION OF LOUIS SELVA
 8         BEFORE THE HONORABLE LAWRENCE J. VILARDO
                UNITED STATES DISTRICT JUDGE
 9
   APPEARANCES:     TRINI E. ROSS, UNITED STATES ATTORNEY
10                  BY: JOSEPH M. TRIPI, ESQ.
                        NICHOLAS T. COOPER, ESQ.
11                      CASEY L. CHALBECK, ESQ.
                    Assistant United States Attorneys
12                  Federal Centre, 138 Delaware Avenue
                    Buffalo, New York 14202
13                  For the Plaintiff

14                  THE FOTI LAW FIRM, P.C.
                    BY: MARK ANDREW FOTI, ESQ.
15                  16 West Main Street, Suite 100
                    Rochester, New York 14614
16                    And
                    SOEHNLEIN LAW
17                  BY: ERIC MICHAEL SOEHNLEIN, ESQ.
                    350 Main Street, Suite 2100
18                  Buffalo, New York 14202
                    For the Defendant
19
   PRESENT:         KAREN A. CHAMPOUX, USA PARALEGAL
20                  BRIAN A. BURNS, FBI SPECIAL AGENT
                    MARILYN K. HALLIDAY, HSI SPECIAL AGENT
21                  OLIVIA A. PROIA, J.D., PARALEGAL

22 LAW CLERK:       REBECCA FABIAN IZZO, ESQ.

23 COURT CLERK:     COLLEEN M. DEMMA

24 REPORTER:        ANN MEISSNER SAWYER, FCRR, RPR, CRR
                    Robert H. Jackson Courthouse
25                  2 Niagara Square Buffalo, New York 14202
                    Ann_Sawyer@nywd.uscourts.gov
```

04:21PM

| | | |
|---|---|---|
| 04:21PM | 1 | (Excerpt commenced at 4:21 p.m.) |
| 04:21PM | 2 | (Jury is present.) |
| 04:22PM | 3 | **THE COURT:**  We're all getting our steps in today.  I |
| 04:22PM | 4 | said three minutes, I was spot on.  The record will reflect |
| 04:22PM | 5 | that all our jurors are present. |
| 04:22PM | 6 | Mr. Tripi, you can call your next witness. |
| 04:22PM | 7 | **MR. TRIPI:**  Yes, we call Louis Selva, Your Honor. |
| 04:22PM | 8 | |
| 04:22PM | 9 | **L O U I S   S E L V A**, having been duly called and sworn, |
| 04:22PM | 10 | testified as follows: |
| 04:22PM | 11 | **MR. TRIPI:**  May I proceed, Your Honor? |
| 04:22PM | 12 | **THE COURT:**  You may. |
| 04:22PM | 13 | |
| 04:22PM | 14 | **DIRECT EXAMINATION BY MR. TRIPI:** |
| 04:22PM | 15 | Q.  Good afternoon, Mr. Selva. |
| 04:22PM | 16 | A.  Good afternoon. |
| 04:22PM | 17 | Q.  Mr. Selva, how old are you, sir? |
| 04:22PM | 18 | A.  60. |
| 04:22PM | 19 | Q.  And where did you grow up? |
| 04:22PM | 20 | A.  In North Buffalo. |
| 04:22PM | 21 | Q.  Basically, with a brief stint in Las Vegas, have you |
| 04:22PM | 22 | lived in the Buffalo area your whole life? |
| 04:22PM | 23 | A.  Yes, the exception of living in Arizona as well, yes, out |
| 04:23PM | 24 | West for a little while. |
| 04:23PM | 25 | Q.  Did you go to Arizona for a period of time for some |

04:23PM    1    college?

04:23PM    2    A.   Yes.

04:23PM    3    Q.   Did you live in Las Vegas for a short period of time?

04:23PM    4    A.   I did.

04:23PM    5    Q.   Other than that, you're from Buffalo?

04:23PM    6    A.   Correct.

04:23PM    7    Q.   What part of Buffalo did you grow up in?

04:23PM    8    A.   North Buffalo, the north side.

04:23PM    9    Q.   How far have you gone in school?

04:23PM    10   A.   Just under -- I have three -- over -- a little over three

04:23PM    11   years of college.  A little short of my bachelor's.

04:23PM    12   Q.   Tell the jury what different types of jobs you have had

04:23PM    13   as an adult.

04:23PM    14        **THE COURT:**  Mr. Selva, can you just move the

04:23PM    15   microphone up and speak right into it, please?

04:23PM    16        **THE WITNESS:**  Yes.  Mostly --

04:23PM    17        **THE COURT:**  Put the microphone -- just move it over

04:23PM    18   to the side.

04:23PM    19        Mr. Tripi, help him, yeah.

04:23PM    20        **THE WITNESS:**  Okay.

04:23PM    21        **THE COURT:**  So, you, as you're looking at them, so

04:23PM    22   they can hear you.

04:24PM    23        **THE WITNESS:**  In sales, sales management, and

04:24PM    24   bartending as well.

           25

04:24PM   1    **BY MR. TRIPI:**

04:24PM   2    Q.  Are you currently in the sales field?

04:24PM   3    A.  I am.

04:24PM   4    Q.  Have you also for a time, were you also a member of the

04:24PM   5    Erie County Sheriff's Department?

04:24PM   6    A.  I was.

04:24PM   7    Q.  What was your job there?

04:24PM   8    A.  I was a deputy at the holding center.

04:24PM   9    Q.  Did you resign that position as a result of some trouble

04:24PM   10   you got into that we're gonna touch upon during your

04:24PM   11   testimony today?

04:24PM   12   A.  I did, yes.

04:24PM   13   Q.  Okay.  Do you know an individual named Joseph

04:24PM   14   Bongiovanni?

04:24PM   15   A.  I do.

04:24PM   16   Q.  Who is that?

04:24PM   17   A.  At the time, we -- I had grown up with him.  We were best

04:24PM   18   friends at the time.

04:24PM   19   Q.  And you indicated you're best friends.  At some point,

04:24PM   20   were you the best man at one of his weddings?

04:24PM   21   A.  Yes.

04:24PM   22   Q.  How many years have you known Joseph Bongiovanni?

04:24PM   23   A.  Since grammar school.  Since sixth grade.

04:24PM   24   Q.  And do you know an individual named Peter Gerace Jr.?

04:25PM   25   A.  Yes.

04:25PM  1   Q.  How long have you known Peter Gerace Jr.?

04:25PM  2   A.  Since we were teenagers, 20s.

04:25PM  3   Q.  How did you meet Peter Gerace Jr.?

04:25PM  4       If you're gonna turn back away, we've got to move the mic

04:25PM  5   back in front of you, okay?

04:25PM  6   A.  Just from growing up.  Growing up in the neighborhood.

04:25PM  7   Just different -- I don't remember where exactly we met, but

04:25PM  8   we've known each other.

04:25PM  9   Q.  As you grew up in the neighborhood, did you know Joseph

04:25PM  10  Bongiovanni and Peter Gerace Jr. to be friends?

04:25PM  11  A.  Yes.

04:25PM  12  Q.  What was the nature of their relationship, based on your

04:25PM  13  observations and experiences?

04:25PM  14  A.  They were close.  They were good friends.

04:25PM  15  Q.  Do you see Peter Gerace Jr. in court today?

04:25PM  16  A.  Yes.

04:25PM  17  Q.  Can you please point to him and describe something he's

04:25PM  18  wearing?

04:25PM  19  A.  He's at the defense table in the middle wearing a suit,

04:25PM  20  dark suit and a tie.

04:25PM  21          **MR. TRIPI:**  May the record reflect that the witness

04:25PM  22  has identified the defendant, Your Honor.

04:25PM  23          **THE COURT:**  It does.

04:25PM  24          **BY MR. TRIPI:**

04:25PM  25  Q.  All right.  Getting back to Bongiovanni just for a

04:26PM    1    moment.  Would you characterize yourself as sort of his

04:26PM    2    childhood best friend and all the way into adulthood?

04:26PM    3    A.  Yes, one of them.  He had other best friends, but yes, we

04:26PM    4    were close.

04:26PM    5    Q.  Did you go to grammar school with Mr. Bongiovanni?  Same

04:26PM    6    grammar school?

04:26PM    7    A.  Yes, from sixth grade on.

04:26PM    8    Q.  Did you attend three different high schools:

04:26PM    9    Saint Joe's, Canisius, and Cardinal O'Hara?

04:26PM   10    A.  That's correct.

04:26PM   11    Q.  Ultimately, did you graduate from Bennett High School?

04:26PM   12    A.  That's correct.

04:26PM   13    Q.  So as it relates to the Saint Joe's, Canisius, and

04:26PM   14    Cardinal O'Hara, was that freshman, sophomore, junior year?

04:26PM   15    A.  Yes, sir.

04:26PM   16    Q.  Was Mr. Bongiovanni a classmate at all of those same

04:26PM   17    schools with you?

04:26PM   18    A.  Yes, he was.

04:26PM   19    Q.  After high school, did you spend a little bit of time in

04:26PM   20    the Air Force?

04:26PM   21    A.  I did.

04:26PM   22    Q.  Ultimately, you received a separation from the Air Force?

04:26PM   23    A.  Yes, separation under honorable conditions.

04:26PM   24    Q.  And did you also attend college, I think you said, over

04:27PM   25    three years of college credit?

04:27PM    1    A.    Yes.

04:27PM    2    Q.    At Mesa Junior College in Arizona?

04:27PM    3    A.    There for two years, and then Buff State.

04:27PM    4    Q.    Buff State for one year?

04:27PM    5    A.    Buffalo State locally, yes, sir.

04:27PM    6    Q.    You indicated for a period of your adult life you worked

04:27PM    7    at the Erie County Sheriff's Office.    What -- what time

04:27PM    8    period of your life was that?    Approximately what year?

04:27PM    9    A.    Well, it was going -- it would be -- when was it?    March

04:27PM    10   9th -- March of 2019 until I resigned, which was the end of

04:27PM    11   August of 2019.

04:27PM    12   Q.    And specifically did you resign August 23rd, 2019, when

04:27PM    13   Homeland Security Investigations executed a federal search

04:27PM    14   warrant at your residence?

04:27PM    15   A.    That's correct.

04:27PM    16   Q.    Okay.    I'll get into that in slightly more detail later.

04:27PM    17        **MR. TRIPI:**    But if we can show the witness

04:27PM    18   Exhibit 215, please, for the witness only at this point, I

04:27PM    19   think.

04:28PM    20        **BY MR. TRIPI:**

04:28PM    21   Q.    Okay.    As a part of your -- let me ask you a few

04:28PM    22   questions while you look at that.

04:28PM    23        As a part of your application to become a member of the

04:28PM    24   Erie County Sheriff's Office, in part did you have to list

04:28PM    25   some references?

| | | |
|---|---|---|
| 04:28PM | 1 | A.  I did, yes. |
| 04:28PM | 2 | Q.  Did you fill out a list of references as part of the |
| 04:28PM | 3 | application process? |
| 04:28PM | 4 | A.  Yes. |
| 04:28PM | 5 | Q.  Do you recognize the Exhibit 215 in redacted format |
| 04:28PM | 6 | that's in front of you? |
| 04:28PM | 7 | A.  Yes. |
| 04:28PM | 8 | Q.  What do you recognize that to be? |
| 04:28PM | 9 | A.  Those are the references that I provided. |
| 04:28PM | 10 | Q.  Is that -- other than the redacted box and the fact that |
| 04:28PM | 11 | it's just page 10 of the application, does that fairly and |
| 04:28PM | 12 | accurately depict the references that you listed when you |
| 04:28PM | 13 | were applying to become a member of the Erie County Sheriff's |
| 04:28PM | 14 | Office? |
| 04:28PM | 15 | A.  That's correct, yes. |
| 04:28PM | 16 | MR. TRIPI:  The government offers Exhibit 215, |
| 04:28PM | 17 | Your Honor. |
| 04:28PM | 18 | MR. FOTI:  No objection. |
| 04:28PM | 19 | THE COURT:  Received without objection. |
| 04:28PM | 20 | (GOV Exhibit 215 was received in evidence.) |
| 04:28PM | 21 | MR. TRIPI:  Can we publish this just, briefly? |
| 04:29PM | 22 | BY MR. TRIPI: |
| 04:29PM | 23 | Q.  I want to focus in on this one name, the top sort of box |
| 04:29PM | 24 | there. |
| 04:29PM | 25 | Who did you list as your -- in order of sequence down the |

| | | |
|---|---|---|
| 04:29PM | 1 | list there, number 1 reference? |
| 04:29PM | 2 | A.   Joseph Bongiovanni. |
| 04:29PM | 3 | Q.   And did you describe his occupation in the application? |
| 04:29PM | 4 | A.   I did, yes. |
| 04:29PM | 5 | Q.   What was the description that you provided? |
| 04:29PM | 6 | A.   Special agent, Drug Enforcement Agency. |
| 04:29PM | 7 | Q.   And that's the DEA? |
| 04:29PM | 8 | A.   The DEA. |
| 04:29PM | 9 | Q.   And at the time of the application, did you list how long |
| 04:29PM | 10 | you had known Mr. Bongiovanni? |
| 04:29PM | 11 | A.   Yes. |
| 04:29PM | 12 | Q.   And how long -- how much time had you known him as of the |
| 04:29PM | 13 | time of your application in 2019? |
| 04:29PM | 14 | A.   Oh, 45 years. |
| 04:29PM | 15 | Q.   Now, I just said 2019.  I introduced that year, and I may |
| 04:29PM | 16 | have misspoke.  Did the application process begin in 2018? |
| 04:29PM | 17 | A.   I believe so, yes. |
| 04:29PM | 18 | Q.   Okay. |
| 04:29PM | 19 | A.   Before I got appointed. |
| 04:29PM | 20 | Q.   I apologize for that. |
| 04:29PM | 21 | **MR. TRIPI:**  All right.  Can we take that down.  For |
| 04:29PM | 22 | the witness only, can we bring up Government Exhibit 109AA. |
| 04:29PM | 23 | **BY MR. TRIPI:** |
| 04:30PM | 24 | Q.   I'm gonna ask you a couple questions, and I'm going to |
| 04:30PM | 25 | ask you some questions about the image on the screen. |

04:30PM  1    Ultimately, after going through the application process,

04:30PM  2  were you hired by the Erie County Sheriff's Office?

04:30PM  3  A.  I was, yes.

04:30PM  4  Q.  And after you are told you're gonna be hired, do you have

04:30PM  5  to complete some training courses before you're officially a

04:30PM  6  sheriff deputy?

04:30PM  7  A.  You have to go through the academy.

04:30PM  8  Q.  Okay.  And is there a graduation associated with the

04:30PM  9  academy?

04:30PM  10  A.  There is.

04:30PM  11  Q.  Looking at now on the screen Government Exhibit 109AA, do

04:30PM  12  you recognize what's there?

04:30PM  13  A.  That's the day I graduated from the academy.

04:30PM  14  Q.  So that's an image of a picture on your screen, right?

04:30PM  15  A.  Yes.

04:30PM  16  Q.  Does that fairly and accurately depict a moment in time

04:30PM  17  from the day of your graduation from the academy?

04:30PM  18  A.  Yes.

04:30PM  19       **MR. TRIPI:**  The government offers Exhibit 109AA,

04:30PM  20  Your Honor.

04:30PM  21       **MR. SOEHNLEIN:**  No objection.

04:30PM  22       **THE COURT:**  Received without objection.

04:31PM  23       **(GOV Exhibit 109AA was received in evidence.)**

04:31PM  24       **MR. TRIPI:**  If we can publish that for the jury.

         25

04:31PM    1          BY MR. TRIPI:

04:31PM    2     Q.  Can you tell us who's in the middle of the photograph

04:31PM    3     there?

04:31PM    4     A.  That's myself.

04:31PM    5     Q.  And if we're looking at the picture to the left of the

04:31PM    6     picture, but to your right as you were situated in the photo,

04:31PM    7     who's that?

04:31PM    8     A.  Joseph Bongiovanni.

04:31PM    9     Q.  Okay.  And just for completeness, I guess, who's that

04:31PM   10     other person?

04:31PM   11     A.  Victor Sorrento.

04:31PM   12     Q.  Is he another friend of yours?

04:31PM   13     A.  Yes.

04:31PM   14          MR. TRIPI:  We can take that down.

04:31PM   15          BY MR. TRIPI:

04:31PM   16     Q.  Now, in your life experience with Mr. Bongiovanni, in

04:31PM   17     terms of your relationship, have you also been a character

04:31PM   18     reference for him on a -- a prior application?

04:31PM   19     A.  Yes.

04:31PM   20     Q.  What was that all about?

04:31PM   21     A.  I believe it was his pistol permit.

04:31PM   22          MR. TRIPI:  Okay.  Can we show Government

04:31PM   23     Exhibit 143A-1 for the witness only?

04:31PM   24          BY MR. TRIPI:

04:31PM   25     Q.  All right.  I'm gonna ask you just orient yourself to

04:32PM    1    that, and I'll ask you a couple questions.  Let me know when

04:32PM    2    you're done.

04:32PM    3    A.   Okay.

04:32PM    4    Q.   Do you recognize that document that's up on the screen

04:32PM    5    even though it's redacted?

04:32PM    6    A.   Yes.

04:32PM    7    Q.   What do you recognize that to be?

04:32PM    8    A.   That's an application for a pistol permit from Joseph

04:32PM    9    Bongiovanni.

04:32PM   10    Q.   And as part of that application, did you serve as a

04:32PM   11    character reference?

04:32PM   12    A.   I did, yes.

04:32PM   13    Q.   Did your information get input into the application, and

04:32PM   14    did you sign it verifying it?

04:32PM   15    A.   Yes.

04:32PM   16    Q.   Do you recognize your signature there?

04:32PM   17    A.   Yes.

04:32PM   18    Q.   Other than the redactions, does this page fairly and

04:32PM   19    accurately depict a portion of a character reference that you

04:32PM   20    provided for Mr. Bongiovanni back when he was applying for a

04:32PM   21    pistol permit?

04:32PM   22    A.   Correct, yes.

04:32PM   23         **MR. TRIPI:**  The government offers Exhibit 143A-1,

04:32PM   24    Your Honor.

04:32PM   25         **MR. SOEHNLEIN:**  No objection.

| | | |
|---|---|---|
| 04:32PM | 1 | **THE COURT:**  Received without objection. |
| 04:32PM | 2 | **(GOV Exhibit 143A-1 was received in evidence.)** |
| 04:32PM | 3 | **MR. TRIPI:**  Thank you.  Okay.  We can take that down. |
| 04:32PM | 4 | **BY MR. TRIPI:** |
| 04:32PM | 5 | Q.  I'm gonna ask you some very specific questions.  If you |
| 04:33PM | 6 | could, to the extent possible, limit your answers just to yes |
| 04:33PM | 7 | or no, and if I need to ask some followups I will. |
| 04:33PM | 8 | A.  Go ahead. |
| 04:33PM | 9 | Q.  Are you here today testifying under the terms of a |
| 04:33PM | 10 | cooperation agreement with the United States government? |
| 04:33PM | 11 | A.  An agreement, but I -- I have nothing guaranteed, yes. |
| 04:33PM | 12 | Q.  Just the question is -- |
| 04:33PM | 13 | A.  Yes. |
| 04:33PM | 14 | Q.  -- as you sit here today, do you have a cooperation |
| 04:33PM | 15 | agreement? |
| 04:33PM | 16 | A.  Yes. |
| 04:33PM | 17 | Q.  Okay.  And who is that agreement between? |
| 04:33PM | 18 | A.  Myself and the U.S. Attorney's Office. |
| 04:33PM | 19 | Q.  Okay.  Now I want to talk about the things that preceded |
| 04:33PM | 20 | you entering that agreement, okay?  And sort of just limit |
| 04:33PM | 21 | your answers if you could. |
| 04:33PM | 22 | Prior to you coming to that agreement with the U.S. |
| 04:33PM | 23 | Attorney's Office, your house was searched by Homeland |
| 04:33PM | 24 | Security Investigations on August 23rd, 2019; is that |
| 04:33PM | 25 | correct? |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

14

04:33PM  1    A.  That's correct.

04:33PM  2    Q.  Prior to that date, had you been involved in distribution

04:34PM  3    of marijuana with others?

04:34PM  4    A.  Yes.

04:34PM  5    Q.  Had that conduct you were engaged in gone on for a long

04:34PM  6    time?

04:34PM  7    A.  Yes.

04:34PM  8    Q.  The day of that search warrant that was executed at your

04:34PM  9    residence, were you getting ready for work that morning to go

04:34PM  10   to work as an Erie County sheriff deputy?

04:34PM  11   A.  I was.

04:34PM  12   Q.  Did you work at the jail?

04:34PM  13   A.  I did.

04:34PM  14   Q.  Was basically your job to guard prisoners in the Erie

04:34PM  15   County Holding Center?

04:34PM  16   A.  Correct.

04:34PM  17   Q.  All right.  That morning when you were getting ready to

04:34PM  18   go to work, Homeland Security executed a search warrant; is

04:34PM  19   that right?

04:34PM  20   A.  That's correct.

04:34PM  21   Q.  Did they find in your residence evidence associated with

04:34PM  22   your marijuana distribution activity that you had been

04:34PM  23   involved in for a long time?

04:34PM  24   A.  Yes.  They did.

04:35PM  25         **THE COURT:**  Into the microphone, please.

USA v Gerace - Selva - Tripi/Direct - 12/11/24

15

04:35PM  1          **THE WITNESS:**  Yes, they did.

04:35PM  2          I'm sorry.  I'm sorry, Your Honor.

04:35PM  3          **THE COURT:**  That's okay.

04:35PM  4          **BY MR. TRIPI:**

04:35PM  5   Q.  I just want to go through some examples of some of the

04:35PM  6   things that were in your house.

04:35PM  7          Was there a grow lamp in your house?

04:35PM  8   A.  There was.

04:35PM  9   Q.  Was there some leftover marijuana in your house?

04:35PM  10  A.  Scraps, yes.

04:35PM  11  Q.  Little bit?

04:35PM  12  A.  A little bit, yes.

04:35PM  13  Q.  Was that the scraps, as you called them, evidence of

04:35PM  14  things that had been going on in your house?

04:35PM  15  A.  Yes.

04:35PM  16  Q.  Did you have some firearms that you had as well?

04:35PM  17  A.  Yes.

04:35PM  18  Q.  Okay.  After that did -- in your house, without getting

04:35PM  19  into what you said, did you have an interview in some

04:35PM  20  substance with Homeland Security Special Agent Marilyn

04:35PM  21  Halliday?

04:35PM  22  A.  Yes.

04:35PM  23  Q.  Did you provide her your cell phone, and allow Homeland

04:35PM  24  Security consent to search your phone?

04:35PM  25  A.  I did, yes.

USA v Gerace - Selva - Tripi/Direct - 12/11/24
16

04:35PM  1    Q.  Did you then go to the Sheriff's Office?  Were you

04:36PM  2    transported there by a member of the Sheriff's Office?

04:36PM  3    A.  Correct.

04:36PM  4    Q.  Did you resign your position?

04:36PM  5    A.  I did.

04:36PM  6    Q.  In that interview with Ms. Halliday, did you tell a

04:36PM  7    little bit of truthful information but withhold a lot of

04:36PM  8    details pertaining to what you were involved in?

04:36PM  9    A.  Yes, exactly.

04:36PM  10   Q.  Okay.  Following that search warrant and then your

04:36PM  11   resignation, that following Monday, okay, did you come into

04:36PM  12   the U.S. Attorney's Office with an attorney?

04:36PM  13   A.  Yes.

04:36PM  14   Q.  Did you engage in what's called a proffer interview?

04:36PM  15   A.  I did.

04:36PM  16   Q.  Did you and your attorney execute that document, and did

04:36PM  17   you agree to answer questions?

04:36PM  18   A.  Yes.

04:36PM  19   Q.  At that time, were you hoping that answering questions

04:36PM  20   would, under the terms of that proffer agreement, would

04:36PM  21   potentially benefit you down the road?

04:36PM  22   A.  That's correct, yes.

04:36PM  23   Q.  After your initial proffer, is there a provision in the

04:37PM  24   proffer agreement that when you sign it, you agree to do a

04:37PM  25   polygraph interview?

04:37PM   1   A.   That's correct.

04:37PM   2   Q.   Were you asked to do a polygraph?

04:37PM   3   A.   Yes.

04:37PM   4   Q.   Did you -- did you participate in a polygraph that was

04:37PM   5   conducted by Homeland Security Investigations?

04:37PM   6   A.   Yes.

04:37PM   7   Q.   Now, I want to focus you in on that polygraph, okay?

04:37PM   8   A.   Okay.

04:37PM   9   Q.   And, again, just answer my questions yes or no.

04:37PM  10        Prior to -- at some point in your relationship with

04:37PM  11   Joseph Bongiovanni prior to Homeland Security searching your

04:37PM  12   house, prior to your resignation, prior to the first proffer

04:37PM  13   you were in, and prior to the polygraph, okay, prior to all

04:37PM  14   that occurring, at some point in your relationship with

04:37PM  15   Mr. Bongiovanni, had he given you a directive or an

04:38PM  16   instruction about what to do if law enforcement ever

04:38PM  17   approached you asking you questions about criminal activity?

04:38PM  18   A.   Yes.

04:38PM  19   Q.   What was the directive or instruction he provided you to

04:38PM  20   give?

04:38PM  21   A.   To say that I was an informant working for him.

04:38PM  22   Q.   Okay.   Now, was that ever true?

04:38PM  23   A.   No.

04:38PM  24   Q.   Was that a lie?

04:38PM  25   A.   Yes.

04:38PM | 1 | Q. Did you try to repeat that lie the day of your polygraph?

04:38PM | 2 | A. Yes.

04:38PM | 3 | Q. Did that not work out for you?

04:38PM | 4 | A. It did not, no.

04:38PM | 5 | Q. Okay. After the polygraph, did you engage in more

04:38PM | 6 | interviews with law enforcement under the terms of that

04:38PM | 7 | proffer agreement?

04:38PM | 8 | A. I did, yes.

04:38PM | 9 | Q. Were those generally at the U.S. Attorney's Office?

04:38PM | 10 | A. They were.

04:38PM | 11 | Q. Over time, did you provide more information?

04:38PM | 12 | A. Yes.

04:38PM | 13 | Q. Okay. As you sit there today -- withdrawn.

04:38PM | 14 | Eventually, did you enter that cooperation agreement on

04:39PM | 15 | May 14th, 2020?

04:39PM | 16 | A. That's correct.

04:39PM | 17 | Q. In terms of the reasons that you withheld information for

04:39PM | 18 | a period of time, I want to ask some more "yes" or "no"

04:39PM | 19 | questions, okay?

04:39PM | 20 | A. Okay.

04:39PM | 21 | Q. Did that -- was that because of your friendship with

04:39PM | 22 | Mr. Bongiovanni?

04:39PM | 23 | A. Yes.

04:39PM | 24 | Q. Was that also because of fear you had of being labeled a

04:39PM | 25 | snitch in the neighborhood?

04:39PM    1    A.  Yes.

04:39PM    2    Q.  Okay.  What does your cooperation agreement require of

04:39PM    3    you?

04:39PM    4    A.  Tell the truth.

04:39PM    5    Q.  Does it require you to testify in any particular way?

04:39PM    6    A.  No.

04:39PM    7    Q.  Is it contingent on the results of any proceeding or

04:39PM    8    trial?

04:39PM    9    A.  No.

04:39PM   10    Q.  In terms of your conduct, ultimately was it your activity

04:40PM   11    and what you were involved in that caused you to have to

04:40PM   12    resign and puts you in this position?

04:40PM   13    A.  That's correct.

04:40PM   14    Q.  Are you responsible for it?

04:40PM   15    A.  I am.

04:40PM   16    Q.  Do you intend to tell this jury the truth?

04:40PM   17    A.  I do.

04:40PM   18    Q.  Okay.  We talked a little bit about Peter Gerace.  You

04:40PM   19    indicated you met him, and I don't want to forget what the

04:40PM   20    answer was.  Was that in your teenage years, you said?

04:40PM   21    A.  Yes.  Yeah.  When we were younger, yes.

04:40PM   22    Q.  At one point, were -- was Mr. Bongiovanni a bartender

04:40PM   23    growing up?

04:40PM   24    A.  He was, yes.

04:40PM   25    Q.  Where was he a bartender?

| | | |
|---|---|---|
| 04:40PM | 1 | A.  A place called the Ramada, The Bubble, it was called. |
| 04:40PM | 2 | Q.  Where was that located? |
| 04:40PM | 3 | A.  On Transit Road. |
| 04:40PM | 4 | Q.  Is that over by the Buffalo-Niagara International |
| 04:40PM | 5 | Airport? |
| 04:40PM | 6 | A.  Yeah.  Yeah, yes, that vicinity. |
| 04:40PM | 7 | Q.  Generally? |
| 04:40PM | 8 | A.  Generally, yes.  Sorry. |
| 04:41PM | 9 | Q.  And there was a bar inside the Ramada.  Was that a hotel? |
| 04:41PM | 10 | A.  Yes.  And there was a nightclub they called The Bubble. |
| 04:41PM | 11 | Q.  Okay. |
| 04:41PM | 12 | A.  I think. |
| 04:41PM | 13 | Q.  Would you go and visit Mr. Bongiovanni when he worked |
| 04:41PM | 14 | there? |
| 04:41PM | 15 | A.  Yeah.  A few times, yeah. |
| 04:41PM | 16 | Q.  Did you know this defendant to also work with |
| 04:41PM | 17 | Mr. Bongiovanni at that bar? |
| 04:41PM | 18 | A.  Yes. |
| 04:41PM | 19 | Q.  Did you see them work together? |
| 04:41PM | 20 | A.  Few times I was there, yes. |
| 04:41PM | 21 | Q.  I'd like to focus you in a little bit more on sort of |
| 04:41PM | 22 | your relationship with Mr. Bongiovanni and sort of growing up |
| 04:41PM | 23 | in the neighborhood, okay? |
| 04:41PM | 24 | A.  Okay. |
| 04:41PM | 25 | Q.  You indicated that you grew up in North Buffalo, right? |

04:41PM    1    A.  Correct.

04:41PM    2    Q.  Was that a predominantly Italian neighborhood?

04:41PM    3    A.  It was.

04:41PM    4    Q.  Were you friends with predominantly Italian men?

04:41PM    5    A.  Correct.

04:42PM    6    Q.  Would that hold true for Mr. Bongiovanni?  Were his

04:42PM    7    friends your same friend group?

04:42PM    8    A.  Yes, sir.

04:42PM    9    Q.  Were they of Italian descent?

04:42PM   10    A.  They were.

04:42PM   11    Q.  Early in life, high school and beyond, did you experiment

04:42PM   12    with drugs?

04:42PM   13    A.  Yes.

04:42PM   14    Q.  Have you used marijuana?

04:42PM   15    A.  Yes.

04:42PM   16    Q.  Have you used cocaine?

04:42PM   17    A.  Yes.

04:42PM   18    Q.  Did Mr. Bongiovanni also experiment with those same drugs

04:42PM   19    with you?

04:42PM   20    A.  Yes.

04:42PM   21    Q.  Where did you live in proximity to Mr. Bongiovanni

04:42PM   22    growing up in North Buffalo?

04:42PM   23    A.  Few blocks away.  I mean, actually originally around the

04:42PM   24    corner.  He lived on a street called Lovering.  I lived on

04:42PM   25    Commonwealth, and then we moved to Tennyson which was all in

04:43PM  1    the same area.

04:43PM  2    Q.  And which grammar school did you guys go to together?

04:43PM  3    A.  P.S. Number 81.

04:43PM  4    Q.  And that's where you met?

04:43PM  5    A.  That's correct.

04:43PM  6    Q.  So you would see each other at school?

04:43PM  7    A.  Yes.

04:43PM  8    Q.  And when you were out of school, would you hang out?

04:43PM  9    A.  Yes.

04:43PM  10   Q.  Did you spend some time at his house with his parents

04:43PM  11   growing up?

04:43PM  12   A.  Yes.

04:43PM  13   Q.  Do you know his whole family?

04:43PM  14   A.  Yes.

04:43PM  15   Q.  Does he know your whole family?

04:43PM  16   A.  Yes.

04:43PM  17   Q.  Growing up in the neighborhood, as time went on, did you

04:43PM  18   and Mr. Bongiovanni -- and this is just one of those "yes" or

04:43PM  19   "no" questions -- did you ever engage in conversations about

04:43PM  20   what we're referring to as Italian Organized Crime with

04:43PM  21   Mr. Bongiovanni?

04:43PM  22   A.  Yeah.  It came up, sure, yes.

04:43PM  23   Q.  That topic of conversation came up on occasion?

04:43PM  24   A.  Yeah.

04:43PM  25   Q.  Okay.  I'm just going to -- I'm going to ask you

04:43PM    1    questions, and I really -- these questions are designed to

04:43PM    2    talk about Mr. Bongiovanni's mindset when we're talking about

04:43PM    3    it, okay?

04:43PM    4    A.  Okay.

04:44PM    5    Q.  Just to focus you in.

04:44PM    6    A.  Okay.

04:44PM    7    Q.  Growing up in that neighborhood, did you personally

04:44PM    8    develop a perception of certain people in the neighborhood

04:44PM    9    based upon things you heard from other people in the

04:44PM    10    neighborhood, news reports, books, things like that?

04:44PM    11    A.  All of that, perception, yes.

04:44PM    12    Q.  Did you -- did you form opinions as to who may or may not

04:44PM    13    be part of Italian Organized Crime as you were growing up in

04:44PM    14    the neighborhood?

04:44PM    15    A.  Yes.  When I was younger, yes.

04:44PM    16    Q.  That's what I'm asking you about.

04:44PM    17    A.  Yes.

04:44PM    18    Q.  When you were with Mr. Bongiovanni, would you and he

04:44PM    19    engage in some of those discussions about some of those

04:44PM    20    people in the neighborhood?

04:44PM    21    A.  Yes.

04:44PM    22    Q.  Were there some people that you had opinions based, upon

04:44PM    23    the reputation in the neighborhood, that you believed they

04:44PM    24    were associated with Italian Organized Crime?

04:44PM    25    A.  From things you heard, yes.  Yes.

USA v Gerace - Selva - Tripi/Direct - 12/11/24

24

04:44PM    1    Q.   That's a yes?

04:44PM    2    A.   Yes.

04:44PM    3    Q.   When you discussed that topic with Mr. Bongiovanni, did

04:45PM    4    he have his own opinions as well?

04:45PM    5    A.   Yes.

04:45PM    6    Q.   When you were present with Mr. Bongiovanni in the

04:45PM    7    neighborhood in various social situations, did you ever see

04:45PM    8    him go and sort of show respect to people that you believed,

04:45PM    9    based on things you'd heard, opinions you formed, were --

04:45PM   10    were, by reputation at least, connected to Italian Organized

04:45PM   11    Crime?

04:45PM   12         MR. SOEHNLEIN:  I'm just going to object to form of

04:45PM   13    that question.

04:45PM   14         MR. TRIPI:  Did you understand my question?

04:45PM   15         THE WITNESS:  I did, yes.

04:45PM   16         THE COURT:  I'm going to sustain the form of the

04:45PM   17    question.  It was a little unwieldy, Mr. Tripi, so --

04:45PM   18         MR. TRIPI:  Yeah, I'm trying to be mindful of the

04:45PM   19    time, and I maybe tried to ask it in too convoluted of a way,

04:45PM   20    so I --

04:45PM   21         THE COURT:  Sometimes by trying to save time, we end

04:45PM   22    up wasting it, so go ahead.

04:45PM   23         MR. TRIPI:  You are correct, Judge, that's what I

04:45PM   24    did.

          25

|          |    |                                                                       |
|----------|----|-----------------------------------------------------------------------|
| 04:45PM  | 1  | **BY MR. TRIPI:**                                                      |
| 04:45PM  | 2  | Q.  When you were present with Mr. Bongiovanni, did you               |
| 04:45PM  | 3  | observe him show respect to individuals that you had both            |
| 04:45PM  | 4  | discussed as being, by reputation, connected to organized           |
| 04:45PM  | 5  | crime?                                                                |
| 04:45PM  | 6  | A.  By reputation, yes.                                               |
| 04:46PM  | 7  | Q.  What was Mr. Bongiovanni's demeanor around those types of        |
| 04:46PM  | 8  | individuals?                                                          |
| 04:46PM  | 9  | A.  Just friendly.  One of respect.  Just, hello, goodbye.           |
| 04:46PM  | 10 | Brief.                                                                |
| 04:46PM  | 11 | Q.  What do you mean by respect or respectful?                       |
| 04:46PM  | 12 | A.  Just saying hello.  I mean, shaking their hand.  Just           |
| 04:46PM  | 13 | acknowledging their presence.  Just being friendly.                 |
| 04:46PM  | 14 | Q.  Was it important to you to know who people were in              |
| 04:46PM  | 15 | relation to one another in the neighborhood?                        |
| 04:46PM  | 16 | A.  It wasn't important, but I -- you hear things and, yeah.         |
| 04:46PM  | 17 | Sure, I knew.                                                         |
| 04:46PM  | 18 | Q.  Did -- did you perceive Mr. Bongiovanni to care about          |
| 04:46PM  | 19 | individual status in the neighborhood?                              |
| 04:46PM  | 20 | A.  Yeah.  In a sense, yes.                                          |
| 04:46PM  | 21 | Q.  Now, again, I told you about sort of Mr. Bongiovanni's          |
| 04:47PM  | 22 | state of mind.  When you were growing up through the years          |
| 04:47PM  | 23 | with him, did he ever tell you about any of his father's           |
| 04:47PM  | 24 | friends and -- regarding whether or not they were connected        |
| 04:47PM  | 25 | to Italian Organized Crime?                                         |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

26

04:47PM  1  A.  His father was a card player, so yes, he would talk about

04:47PM  2  some of his dad's friends.

04:47PM  3  Q.  When Mr. Bongiovanni would bring up his father's friends'

04:47PM  4  names, did he do it in a respectful sort of way?

04:47PM  5  A.  Yes.

04:47PM  6  Q.  Did he seem to have an affinity for those people that he

04:47PM  7  reported to you were his father's friends?

04:47PM  8  A.  Yeah, it was one of respect.  He was always kind to them.

04:47PM  9  Q.  Some of -- who -- what was Mr. Bongiovanni's father's

04:47PM  10  name?  I should ask that.

04:47PM  11  A.  Fred.

04:47PM  12  Q.  Okay.  Who were some people that in that context,

04:48PM  13  perception, reputation of their involvement in Italian

04:48PM  14  Organized Crime, who were some of the people that

04:48PM  15  Mr. Bongiovanni named to you that his father was friends

04:48PM  16  with?

04:48PM  17  A.  I -- his father played cards.  I -- he had an uncle he

04:48PM  18  referenced in Las Vegas.

04:48PM  19  Q.  I'm talking about Buffalo right now.

04:48PM  20  A.  Oh, okay.

04:48PM  21  Q.  The names in Buffalo, and I'll get to Las Vegas in a

04:48PM  22  moment.

04:48PM  23  A.  I can't remember exactly --

04:48PM  24  Q.  Okay.

04:48PM  25  A.  -- in Buffalo.

| | | |
|---|---|---|
| 04:48PM | 1 | **MR. TRIPI:**  Ms. Champoux, for the witness only, can |
| 04:48PM | 2 | we pull up Government Exhibit 3540N? |
| 04:48PM | 3 | And I'm, for the witness, we're going to have him |
| 04:48PM | 4 | read pages 23 and 24, Your Honor. |
| 04:48PM | 5 | **BY MR. TRIPI:** |
| 04:48PM | 6 | Q.  This will be on your screen, Mr. Selva.  I'm going to |
| 04:48PM | 7 | want you to read those pages. |
| 04:49PM | 8 | You tell us when you need the page flipped, okay? |
| 04:49PM | 9 | A.  Okay. |
| 04:49PM | 10 | **MR. TRIPI:**  Okay.  Ms. Champoux, can we flip to page |
| 04:49PM | 11 | 24 for the witness only, please? |
| 04:49PM | 12 | **BY MR. TRIPI:** |
| 04:49PM | 13 | Q.  Maybe just let me know when you get to line 18, that |
| 04:49PM | 14 | should be about it. |
| 04:50PM | 15 | A.  Okay. |
| 04:50PM | 16 | Q.  Okay.  We'll take that down off the screen.  Did that |
| 04:50PM | 17 | refresh your recollection as to names Mr. Bongiovanni |
| 04:50PM | 18 | mentioned? |
| 04:50PM | 19 | A.  Yes. |
| 04:50PM | 20 | Q.  What were the names you that you recall him mentioning in |
| 04:50PM | 21 | relation to his father's friends? |
| 04:50PM | 22 | A.  From playing cards on Hertel, Tom Machelli, Joe Rosado, |
| 04:50PM | 23 | Gabby Cino, I believe that was it. |
| 04:50PM | 24 | Q.  Was there a John Catanzaro, as well? |
| 04:50PM | 25 | A.  Yes, and John Catanzaro. |

| | | |
|---|---|---|
| 04:50PM | 1 | Q.  Mr. Selva, are you nervous mentioning these names? |
| 04:50PM | 2 | A.  Yes. |
| 04:50PM | 3 | Q.  Okay.  You understand when I ask the questions, you've |
| 04:50PM | 4 | got to answer them though, right? |
| 04:50PM | 5 | A.  Correct. |
| 04:50PM | 6 | Q.  By reputation in that same community you grew up in, did |
| 04:50PM | 7 | Defendant Gerace's grandfather have a reputation that you |
| 04:51PM | 8 | were aware of related to Italian Organized Crime? |
| 04:51PM | 9 | A.  Yes, from what I read in the paper. |
| 04:51PM | 10 | Q.  What was that reputation? |
| 04:51PM | 11 | A.  From what the paper said and what people said? |
| 04:51PM | 12 | Q.  Yeah. |
| 04:51PM | 13 | A.  Yeah.  That he was the head of organized crime. |
| 04:51PM | 14 | Q.  Are we reference -- what's the name of the person you're |
| 04:51PM | 15 | referencing? |
| 04:51PM | 16 | A.  Joseph Todaro Sr. |
| 04:51PM | 17 | Q.  Now you've mentioned Mr. Bongiovanni's father played |
| 04:51PM | 18 | cards a few times.  Were you familiar with a location on |
| 04:51PM | 19 | Hertel Avenue where Mr. Bongiovanni's father played cards? |
| 04:51PM | 20 | A.  Yes. |
| 04:51PM | 21 | Q.  Where was that? |
| 04:51PM | 22 | A.  1231, or 12 -- I don't know the exact address, but it was |
| 04:51PM | 23 | on Hertel Avenue between Commonwealth and Lovering, I |
| 04:51PM | 24 | believe. |
| 04:51PM | 25 | Q.  If I said the number, do you think it would jog your |

USA v Gerace - Selva - Tripi/Direct - 12/11/24

29

| | | |
|---|---|---|
| 04:51PM | 1 | memory? |
| 04:51PM | 2 | A.   Yes. |
| 04:51PM | 3 | Q.   1234 Hertel? |
| 04:51PM | 4 | A.   Yes, that would be it. |
| 04:52PM | 5 | Q.   Did that location have a nickname that you were aware of |
| 04:52PM | 6 | in the neighborhood? |
| 04:52PM | 7 | A.   The Club.  They just called it The Club. |
| 04:52PM | 8 | Q.   What was your understanding of what happened at that |
| 04:52PM | 9 | location? |
| 04:52PM | 10 | A.   Guys would be playing cards, it was a social club. |
| 04:52PM | 11 | Q.   Okay.  What, if any, connection were you aware of between |
| 04:52PM | 12 | Mr. Bongiovanni's father and that location?  You mentioned |
| 04:52PM | 13 | card playing.  Can you elaborate? |
| 04:52PM | 14 | A.   Yeah.  His father would go there quite a bit as he got |
| 04:52PM | 15 | retired, he was an avid card player, so he spent a lot of |
| 04:52PM | 16 | time there. |
| 04:52PM | 17 | Q.   Now, in the same sort of vein, the same sort of |
| 04:52PM | 18 | discussion about Italian Organized Crime, did Mr. Bongiovanni |
| 04:52PM | 19 | ever talk to you about family he had in another part of the |
| 04:52PM | 20 | country in the context of organized crime? |
| 04:52PM | 21 | A.   He -- yeah, he mentioned an uncle he in Las Vegas. |
| 04:53PM | 22 | Q.   Did he mention the name or nickname of that person he |
| 04:53PM | 23 | called an uncle? |
| 04:53PM | 24 | A.   Yeah, I never knew his name, he just called him his |
| 04:53PM | 25 | Uncle Cheech. |

04:53PM  1    Q.  Uncle Cheech?

04:53PM  2    A.  Yeah, I never knew the guy's name.

04:53PM  3    Q.  Sticking now on the topic of Mr. Bongiovanni --

04:53PM  4         **MR. TRIPI:**  And, Judge, I think once we get through

04:53PM  5    these next couple of questions, it might be a good breaking

04:53PM  6    point.  We're about five minutes early, right?

04:53PM  7         **THE COURT:**  Sure.

04:53PM  8         **BY MR. TRIPI:**

04:53PM  9    Q.  Do you know a woman named Dana Panepinto?

04:53PM  10   A.  Yes.

04:53PM  11   Q.  In sort of high school, late high school going into early

04:53PM  12   college age, so late teens, early 20s, did Mr. Bongiovanni

04:53PM  13   have a romantic relationship with that young lady?

04:53PM  14   A.  Yeah, it was his girlfriend back then.

04:53PM  15   Q.  About how long did they date for?

04:53PM  16   A.  Four or five years.

04:53PM  17   Q.  Would this be sort of high school into college time

04:54PM  18   period?

04:54PM  19   A.  I believe so, yes.

04:54PM  20   Q.  What -- do you know Dana Panepinto's father's name?

04:54PM  21   A.  Donnie.

04:54PM  22   Q.  Does he have a nickname?

04:54PM  23   A.  Turtle.

04:54PM  24   Q.  Sort of by -- by the same reputation I've been asking you

04:54PM  25   about, did -- did Mr. Panepinto, also known as Turtle, have a

04:54PM   1   reputation in the community you grew up in with having an

04:54PM   2   association with Italian Organized Crime?

04:54PM   3          **MR. SOEHNLEIN:**  Objection, relevance and foundation.

04:54PM   4          **MR. TRIPI:**  This goes Mr. Bongiovanni, Your Honor.

04:54PM   5          **THE COURT:**  Yeah, overruled.

04:54PM   6          **THE WITNESS:**  Yes.  Again, it was all rumors that

04:54PM   7   we -- yes.

04:54PM   8          **BY MR. TRIPI:**

04:54PM   9   Q.  I'm asking about reputation.

04:54PM  10   A.  Yeah, reputation, yes.

04:54PM  11          **MR. TRIPI:**  Okay.  I'm to another topic.  Do you want

04:55PM  12   me to keep going, Judge?

04:55PM  13          **THE COURT:**  No, I think this is probably as good a

04:55PM  14   time as any, Mr. Tripi.

04:55PM  15          **MR. TRIPI:**  Okay.

04:55PM  16          **THE COURT:**  Some of our jurors have been through a

04:55PM  17   very long day.

04:55PM  18          **MR. TRIPI:**  Yes.

04:55PM  19          **THE COURT:**  So we will now break for the evening.

04:55PM  20          Please remember my instructions about not

04:55PM  21   communicating about the case at all with anyone.

04:55PM  22          Don't communicate electronically about the case,

04:55PM  23   don't use electronic means or any means to learn anything

04:55PM  24   about the case.  Don't read, or watch, or listen to any news

04:55PM  25   coverage of the case.

04:55PM 1          Again, we've had testimony about news coverage of

04:55PM 2     this case.  I don't want you to get curious now, especially

04:55PM 3     this far into it, and ruin things by learning something that

04:55PM 4     you shouldn't know about the case.  Everything you should know

04:55PM 5     about this case comes from this courtroom and only this

04:55PM 6     courtroom.  It's extremely important.

04:55PM 7          So don't read, or watch, or listen to, or talk to

04:55PM 8     anybody about any news coverage of the case, if there is any,

04:55PM 9     while the trial is in progress.

04:55PM 10         Don't make up your mind until you start deliberating.

04:55PM 11         See you tomorrow morning at 9.  Again, come in early.

04:56PM 12    Leave early if you have to.  If the weather is bad, leave

04:56PM 13    early and get here a little bit early, please, because I want

04:56PM 14    to get at least a half day in tomorrow.  So we'll go from 9

04:56PM 15    until noon.

04:56PM 16         And then on Friday, we'll start at 9:30 and go until

04:56PM 17    probably 4ish.  Okay?

04:56PM 18         Thanks very much.  Get a good night's sleep.  And

04:56PM 19    drive carefully, please, both tonight and tomorrow morning.

04:56PM 20         (Jury excused at 4:56 p.m.)

04:56PM 21         **THE COURT:**  Okay.  Mr. Selva, don't talk to anybody

04:56PM 22    except your lawyer about your testimony in the overnight,

04:57PM 23    okay?

04:57PM 24         **THE WITNESS:**  Yes, Your Honor.

04:57PM 25         **THE COURT:**  Great.  Anything we need to do before we

04:57PM    1    break?  From the government?

04:57PM    2              **MR. TRIPI:**  No, thank you, Judge.

04:57PM    3              **THE COURT:**  From the defense?

04:57PM    4              **MR. FOTI:**  No, thank you.

04:57PM    5              **THE COURT:**  Okay.  We'll see you folks tomorrow

04:57PM    6    morning.

04:57PM    7              **THE CLERK:**  All rise.

04:57PM    8              (Excerpt concluded at 4:57 p.m.)

04:57PM    9              *        *        *        *        *

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

1

2                    **CERTIFICATE OF REPORTER**

3

4                    In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on December 11, 2024.

8

9

10                           s/ Ann M. Sawyer
                             Ann M. Sawyer, FCRR, RPR, CRR
11                           Official Court Reporter
                             U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        **TRANSCRIPT INDEX**

3              **EXCERPT - EXAMINATION OF LOUIS SELVA**

4                         **DECEMBER 11, 2024**

5

6

7      **W I T N E S S**                          **P A G E**

8      **L O U I S   S E L V A**                  2

9         DIRECT EXAMINATION BY MR. TRIPI:        2

10

11

12     **E X H I B I T S**                        **P A G E**

13     GOV Exhibit 215                            8

14     GOV Exhibit 109AA                          10

15     GOV Exhibit 143A-1                         13

16

17

18

19

20

21

22

23

24

25