UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    v.                                                            19-CR-227
                                                                   23-CR-37

PETER GERACE, JR.,

           Defendant.

---

## NOTICE OF MOTION FOR FORFEITURE OF PROPERTY

    PLEASE TAKE NOTICE, the United States of America, by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, respectfully moves this Court pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 1594(d)(1), and Title 21, United States Code, Section 853(a)(2), for a Preliminary Order of Forfeiture. In support of this motion, the United States submits a Memorandum of Law.

Dated:  May 28, 2025,
          Buffalo, New York

                                                  MICHAEL DIGIACOMO
                                                  United States Attorney
                                                  Western District of New York

                                     By:  s/Elizabeth M. Palma
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Western District of New York
                                          138 Delaware Avenue
                                          Buffalo, New York 14202
                                          (716) 843-5860
                                          elizabeth.palma@usdoj.gov