UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                                     19-CR-227
                                                       23-CR-37

PETER GERACE, JR.,

           Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed:

1. Notice of Motion for Forfeiture of Property,
2. Memorandum of Law in Support of United States' Motion for Forfeiture of Property, and
3. Proposed Preliminary Order of Forfeiture

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants in this case:

Eric Michael Soehnlein, Esq.
Soehnlein Law
350 Main Street, Suite 2100
Buffalo, New York 14202

Mark A. Foti
16 W. Main Street, Suite 100
Rochester, New York 14614

Dated: May 28, 2025
          Buffalo, New York

*s/Elizabeth M. Palma*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usdoj.gov