

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street*
*Suite 500*
*Rochester, New York 14614*     *Writer's Telephone:  585/ 399-3962*
                                *Jonathan.Ferris@usdoj.gov*

April 20, 2026

**BY CM/ECF**
Honorable Lawrence J. Vilardo
United States District Court Judge
2 Niagara Square
Buffalo, New York 14202

      Re:    **United States v. Peter Gerace, Jr., 19-CR-227-LJV**

Dear Judge Vilardo:

      The government respectfully writes regarding its motion for a preliminary order of forfeiture (Dkt. 1552) in the above-referenced matter. As Your Honor is aware, Mr. Gerace filed his response in opposition to that motion on April 10, 2026, and the government filed its reply brief on April 17, 2026. Oral argument has not been scheduled.

      Although the government does not believe oral argument is necessary, it respectfully suggests that, if the Court determines that oral argument would be helpful, any such hearing be scheduled on a date prior to or otherwise separate from the sentencing currently scheduled for Friday, April 24, 2026. Separating these proceedings would allow for a more focused consideration of the forfeiture issues and promote an orderly presentation of other matters before the Court.

      As discussed in the government's moving papers, Criminal Rule of Procedure 32.2 counsels that a court should "enter the preliminary order sufficiently in advance of sentencing." Fed R. Cr. P. 32.2.(b)(2)(A). However, despite that language, the Second Circuit holds that entering the preliminary order of forfeiture during sentencing does not affect its validity. *See United States v. Kaufman*, No. 21-2589, 2023 WL 1871669, at *6 (2d Cir. Feb. 10, 2023).

      We thank you for the Court's attention to this matter.

                 Respectfully submitted,

                 MICHAEL DIGIACOMO
                 UNITED STATES ATTORNEY

                 /s/ Jonathan W. Ferris
                 Jonathan W. Ferris
                 Assistant U.S. Attorney