

**SOEHNLEIN LAW**
Extraordinary representation for exceptional situations.

April 24, 2026

**VIA ECF**
Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:     *United States v. Peter Gerace, Jr.*
        W.D.N.Y. Case No.: 19-cr-227/23-cr-37

Your Honor:

On April 20, 2026 the Court issued two text orders.  The first directed the government and Probation to "explain in detail the basis for the PSR's drug weight calculation."  Docket Item 1731.  The second converted the sentencing hearing scheduled today to oral argument to include argument on the defense's objections to the PSR.  Docket Item 1733.

Late yesterday evening, after the close of business and the night before oral argument, the government filed a sixteen-page memorandum regarding the drug weight calculation in the PSR.  Docket Item 1735.  The memorandum purports to summarize the trial testimony of twelve witnesses and cites case law.  In that regard, the memorandum cites testimony and information beyond the scope of materials relied upon in the PSR and in the PSR's drug calculation.

The defense respectfully requests an opportunity to review the materials cited in the government's memorandum and respond to the government's memorandum in writing.  Given the short time frame between the filing of the government's new basis for the drug calculation and oral argument, the defense will not have sufficient time between now and oral argument (scheduled for 11:30 today) to review all of the new materials cited by the government and to respond.

Thank you for your time and attention to our request.

ERIC@SOEHNLEINLAW.COM
716.771.9092



Respectfully,

*s/Eric M. Soehnlein*

Eric M. Soehnlein

